USPO Document & Certified Mail No. 7016 1970 0000 8572 1774

# NOTICE
## EXISTENCE OF A COMMON LAW LIEN

COMES NOW, Thomas-James: Brown-Bey, Trustee for The THOMAS JAMES BROWN©®™ Estate Trust, (hereinafter, Trustee), to serve notice on the following entities of the existence of
COMMON LAW LIEN,
NOTICE COMMON LAW,
AND
WRIT OF ATTACHMENT ON REAL AND PERSONAL PROPERTY,
The 27th day of March, 2019
Pursuant to 15 USC – THIS IS A U.S.S.E.C. TRACER FLAG
*1988 Fleetwood LimitedVIN#17N430121HW00 & 1983 MCI CRUSADER BUS VIN# 1M89CM6A0DP037814*

In the amount of fifteen million dollars, $15,000,000,00;
See Exhibit "A"

Thomas-James: Brown-Bey, Trustee

### EXHIBIT "A" PAGE 1 OF 6

PUBLIC NOTICE
PRIVATE COMMON LAW LIEN.
NOTICE OF PRIVATE COMMON LAW LIEN,
AND
WRIT OF ATTACHMENT ON REAL AND PERSONAL PROPERTY,
The 28th day of January 2019
Pursuant to FS 2.01 & FS 2.04

7016 1970 0000 8572 1781    NOTICE TO    7016 1970 0000 8572 1774
7016 1970 0000 8572 1798

LARRY'S RV SHOP, REC-REST RV STORAGE PARTNERS, WARREN RV STORAGE, 6900 14 Mile Road, Warren, Mi 48092 **[7016 1970 0000 8572 1781]**, ABLE TOWING/SERVICE TOWING, 6006 Rinke Ave., Warren, MI 48091 **[7016 1970 0000 8572 1798]**, CITY OF WARREN, One City Square, Suite 400, Warren, MI 48093 **[7016 1970 0000 8572 1774]**, Roxanne R. Canestrelli d/b/a ROXANNE R. CANESTRELLI, ASSISTANT CITY ATTORNEY, Debra Busch d/b/a DEBRA BUSCH, WARREN OFFICER, Annette Gattari-Ross d/b/a ANNETTE GATTARI-ROSS acting as COURT ADMINISTRATOR, 37th DISTRICT COURT, THE STATE OF MICHIGAN, IN AND FOR MACOMB COUNTY, AND ANTHONY WICKERSHAM, SHERIFF OF MACOMB COUNTY, STATE OF MICHIGAN; and THE MACOMB (COUNTY) CODE ENFORCEMENT BOARD, and ALL ENTITIES WHO MAY CLAIM INTEREST NOW OR AT SOMETIME IN THE FUTURE, and ALL PERSONS KNOWN AND UNKNOWN WHO MAYBE SIMILARLY SITUATED, AND ALL OTHER CONCERNED PARTIES,

You are hereby notified that a FEDERAL COMMON LAW LIEN, WRIT OF ATTACHMENT ON REAL AND PERSONAL PROPERTY, is now in effect on Personal property, now of record in the name of THOMAS JAMES BROWN©®™ Estate Trust, as the owner, and, Thomas-James: Brown-Bey, the LIENOR on property located in Macomb County, State of Michigan, and commonly known as *1988 Fleetwood LimitedVIN#17N430121HW00 & 1983 MCI CRUSADER BUS VIN# 1M89CM6A0DP037814*, and more specifically and legally described as,

USPO Document & Certified Mail No. 7016 1970 0000 8572 1774

LEGAL DESCRIPTION

*1988 Fleetwood LimitedVIN#17N430121HW00 & 1983 MCI CRUSADER BUS VIN# 1M89CM6A0DP037814*, WAYNE COUNTY REGISTRY OF DEEDS BK 54556 PG 5,

COPY of this FEDERAL COMMON LAW LIEN, WRIT OF ATTACHMENT ON REAL AND PERSONAL PROPERTY, together with all buildings, improvements and appurtenances to the same belonging or in anywise appertaining thereunto, and the reversion/s, rents, issues and profits thereof, and every part and parcel thereof; AND also all the estate, allodial rights, titles, interest use, possession, property right claims and demands whatsoever of the grantors, in and to the premises herein described, and every part and parcel thereof, with the appurtenances, has also been filed in wayne county, Michigan (state):

TO HAVE AND TO HOLD all and singular the premises herein described, together with the appurtenances, unto the grantees and the grantees' proper use and benefit forever under the protection of the "law of the land." Pursuant to that certain agreement between THOMAS JAMES BROWN©®™ Estate Trust, the owner of the property, and Thomas-James: Brown-Bey the LIENOR, CLAIMS THE ATTACHMENT OF THE FEDERAL COMMON LAW LIEN, WRIT OF ATTACHMENT ON REAL AND PERSONAL PROPERTY, is in the amount of; FIFTEEN MILLION DOLLARS and no/100 dollars ($15,000,000.00)

MEMORANDUM OF LAW IN SUPPORT OF

EXHIBIT "A" PAGE 2 OF 6

Writs of "Attachments" are but another form of Federal Common Law Lien and supersede Mortgages and Equity Liens, Drummond Carriage v. Mills, 74 NW966; Hewitt v Williams, 47 La Ann 742, 17 So 269; Carr v. Dali 19 SE. 235; McMahon v. Lundin, 58 N.W. 827; and may be satisfied only when paid and/or property is taken in lieu of the monetary value and fully satisfied by said taking of property. As expressed in Whiteside v Rocky Mountain Fuel Co., 101 F2d 765 at 769, it is a right extended to a person to retain that which is his possession belonging to another, until the demand or charge of the person in possession is paid or satisfied.

The ruling of the U.S. Supreme Court in Rich v. Braxton, 158 US 375, specifically forbids judges from invoking Equity Jurisdiction to remove Common Law Liens or similar "Clouds of Title" Furthermore, even if a preponderance of evidence displays the lien to be void or voidable, the Equity Court still may not proceed until the Moving Party ask for, and comes "To Equity," with "Clean Hands," based on the "Clean Hands Doctrine" and "Power of Estoppel," Trice v. Comstock, 57 CCA 646, West v, Washburn, App. Div. 460, NY Supp. 230.

CAVEAT

Whoever attempts to modify, circumvent and/or negate this Common Law Writ of Attachment, shall be prosecuted pursuant to Universal Declaration of Human Rights in the nature of Title 42, U.S. Code,

USPO Document & Certified Mail No. 7016 1970 0000 8572 1774

Sections 1983, 1985 and 1986 and punishable under the penalties of the Common Law at Law and applicable sections of Title 18, U.S. Code.

Any official who attempts to modify or remove this Common Law Lien, in the form of Writ of Attachment, is fully liable for damages at law, pursuant to the mandatory rulings of the U.S. SUPREME COURT in Butz v. Economou, 438 US 495; 98 SCT 2894; Bell v. Hood. 327 US 196; Bivens v. Unknown Agents of Federal Bureau of Narcotics, 493 F.2d 718; and Belknap v. Schild, 161 US 10,

This Federal At Law Lien, in the form of a Writ of Attachment, shall be valid, notwithstanding any other provision of Statute or Rule, regarding the form or content of a "Notice of Lien," nor shall it be dischargeable for one hundred (100) years from the date of this notice, nor extinguishable due to Lienor's death, whether accidental or purposely; it shall be dischargeable only by Lienor, Lienor's Heirs, Assigns, or Executors upon payment in full of said Lien in the form of "Gold or Silver" (or any other valuable consideration at the sole discretion of the Lienor.) This Lien is made to secure Rights Pursuant to Article IV, Section 4, the First; Fourth, Fifth, Ninth and Tenth Amendments to the united State Constitution. Demand is made upon all Public Officials under penalty of Title 42, U.S. Code, Section 1986, not to modify or remove this Lien in any manner,

## JUDICIAL NOTICE

THIS COURT IS HEREBY NOTICED that pursuant to U.S. Supreme Court case Hafer v, Melo, No. 90-681, November 1991, any judicial actions that violate the constitutional guaranteed rights of individuals may be used as a cause of action in civil litigation against those performing said acts, without any form of immunity, CIVIL RIGHTS-Iinmunity: State Officials sued in their individual capacities are "persons" subject to suit for damages under 42 USC 1983: Eleventh Amendment does not bar such suits in Federal Court (Iafer v. Melo, No. 90-681), page 4001. State and/or local officials sued in their individual capacities are "persons" subject to suits for damages under Title 18, U.S. Code.

EXHIBIT "A" PAGE 3 OF 6

STATE OF MICHIGAN
COUNTY OF MACOMB
**AFFIDAVIT**

BEFORE ME, the undersigned authority, on this the 27th day of March 2019, did personally appear, THOMAS JAMES BROWN©®™ Estate Trust, the owner of the property, and Thomas-James: Brown-Bey, the Lienor, who being first personally and duly sworn/affirmed, does depose and say that the information contained in this foregoing Common Law Lien, Writ of Attachment on Real and Personal Property is true and accurate,
FURTHER AFFIANTS SAYETH NAUGHT,

_____      _____
THOMAS JAMES BROWN©®™, Owner:         Thomas-James: Brown-Bey, lienor

USPO Document & Certified Mail No. 7016 1970 0000 8572 1774

*INCL. EX B - NOTICE OF TORT CLAIM WITH ASSESSMENT FOR DAMAGES*
*EX C - DOCUMENT NO. 7015 1730 0000 8595 0513*

ACKNOWLEDGMENTS
state of Michigan
county of Macomb

The foregoing Notice of Federal Common Law Lien, Federal Common Law Lien, And Writ of Attachment on Real and Personal Property, was acknowledged before me this the 27th day of March 2019, by, the OWNER OF THE PROPERTY, THOMAS JAMES BROWN©®™ Estate Trust, and by Thomas-James: Brown-Bey, THE LIENOR, who are personally known to me or who produced identification proving to be the individuals executing this document,

_____ SEAL

TAMA PADGETTE
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES May 26, 2020
ACTING IN COUNTY OF

My Commission expires on May 26, 2020

MICHIGAN SHORT FORM INDIVIDUAL ACKNOWLEDGMENT (F.S. 695.25) Title of Document: FEDERAL COMMON LAW LIEN AND NOTICE OF FEDERAL COMMON LAW LIEN, WRIT OF ATTACHMENT ON REAL AND PERSONAL PROPERTY Number of Pages: three (3). Date of the Document: the 27th day of March 2019. Signer's on document; THOMAS JAMES BROWN©®™ Estate Trust, Owner of the Property, and Thomas-James: Brown-Bey, Lienor,

Respectfully submitted in the Name of Justice on this the 27th day of March 2019

/s/ _____ Owner
THOMAS JAMES BROWN©®™ Estate Trust

/s/ _____ liener
Thomas-James: Brown-Bey

THOMAS JAMES BROWN©®™ Estate Trust                                     Page 4 of 4