affidavit of financial statement






## THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
### Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America

## Affidavit of Financial Statement
(Exercise of Constitution – Secured Right)

Date  10, August, 2020

**Thomas james brown bey**, Authorized Representative, Natural Person, In Propria Persona:
Ex Relatione Thomas James Brown: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
detroit territory
C/o [15216] carlisle
detroit, michigan   [48205]
Non-Domestic

To:
The U.S. District Court for the Eastern District of Michigan
The Clerks Office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 599
Detroit Territory, Michigan Republic
[48226] uSA

Cases # 20-mc-50795-VAR-EAS
20-mc-50804
20-mc-50805

7019 2970 0000 0487 3748

### Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

**Article VI**
"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

thomas james brown bey                                                       Page 1 of 9

affidavit of financial statement

**Article 1, Section X**
"All debts shall be payable in gold or silver coin"

**Amendment V**
" No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

Your demand for a "Financial Statements" is used as an instrument to deny me due process of law and my right to free access to the courts. I introduced evidence in the form of an Affidavit of Fact and marked as Evidence. Someone in the courts tampered with that evidence, which is a Federal Violation, and misrepresented it as a Motion which is discretionary and an assumption that permission must be requested to exercise my Constitutional Rights and an exercise of a right is a Constitutional Right, not a Request and this office knows that. This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

**Amendment IX**
" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125:*

thomas james brown bey                                                                                              Page 2 of 9

affidavit of financial statement

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

Point 010 A. Affiant has no record or evidence that Libellee(s) have not used "Fictitious Conveyance of Language" against Affiant, leading to various and many connected interlocking directives founded, propagated, brought forward, and executed in the fraud to Affiant's pain and injury.

ADMIT - Libellee(s) admit to the truth and guilt of utilizing, as a device, against Affiant, "Fictitious Conveyance of Language" to Libellee(s) (potential) unjust gain and to Affiants pain and injury.

## EXHIBIT 010 A - NOTICE of Fictitious Conveyance of Language

NOTE: This NOTICE, with its several points is written in "event continuum" format to bring clarity to the various Points in dispute, displaying the fact that one point leads to another and the end issue is connected to the beginning issue. Points shall be "set off" in brackets "[ ]".

INTRODUCTION:

If an organization, corporation, or other entity, uses false conveyance of language, we call it "Deceptive Trade Practices"; acts and actions of such are often harmful to the intended victim and bring "ill-gotten gain" to the treasuries of such corporations.

Bear in mind that all governments are corporations and all legislative court systems are for profit "Also Trades As" corporations with very few safeguards in place to protect the private man. The corporate beasts' prime directive is to instill fear in the minds of the less fortunate persons of involuntary servitude; and the most common device in use by such fear-mongers is false conveyance of language.

All organizations within the government are required by 26: C.F.R.: 601.72(a)-1 to publish how the organizations are organized, and the nature of the organization. In most cases, there is plenty of evidence pointing to the fact that there is a lack of public disclosure concerning the true nature of the organization that is demanding monies, fees, fines, penalties, licensing, or prosecuting us. We have further evidence that the court's organization is just as fraudulent, since they all are organized as legislative foreign fictions, using subjective interpretation, legal fictions, and the like.

We also know, according to court records, that the judicial system has been manipulating job titles to confuse and dominate the proceedings. What are the consequences if we accept and act according to these fraudulent definitions? We find that we do not know to whom we are speaking, and what authority he is exercising at any moment, whether the person we are talking to is acting in his capacity as a clerk, judge, legislator, or whatever. In the court, are we talking to a judge, legislator, bailiff, banker, or a clerk when we are talking to the guy on the bench in the black robe?

BEGINNING OF POINTS:

Lack of full disclosure combined with the use of verb language (versus truth language, noun language) allows Libellee(s) to be charged with breaching Title 18, section 1001, for their [Point 010 A - a] false statements and Title

thomas james brown bey                                                                                              Page 3 of 9

affidavit of financial statement

18, section 1002, for their [Point 010 A - b] false papers against us. The organizational structure of the system, the false statements and false papers are designed to place us at a legal disability. So we claim our handicapped status of Title: 29: U. S. A. Codes: 706(8)(a), and charge them with breaching Title: 29: U. S. A. Codes: 701(C)(2): the Policy for the [Point 010 A - c] rights of the handicapped, since the government is obligated in Title: 42: ch: 126: 12182(2)(A)(iv) to make efforts to eliminate communication barriers that hinder the handicapped.

If the opposing party uses all uppercase styling of our names, they are intentionally addressing their pleadings to the fictional "strawman," and are using Title: 18: U. S. A. CODES: §: 1342: [Point 010 A - d] Fiction names against us to Title: 18: U. S. A. CODES: §: 1341 [Point 010 A - e] cause a Fraud and Swindle. By not using upper and lowercase lettering, with punctuation, they are in breach of F.R.C. P. RULE:10(a): [Point 010 A - f] proper name of the Party, and in breach of F.R.C. P. RULE: 17, [Point 010 A - g] since only the real party of interest can be sued in the admiralty.

For what purpose would a person knowingly (title 42 § 1986) do such a thing? For whatever reason, to hold their beloved system together, they are committing: Title: 42: 1985(3) [Point 010 A - h] Deprivation of our Rights. Therefore, they are engaging in a Title: 18: 1961 [Point 010 A - i] Racketeering-activity, for their Title: 42: 1985(2) [Point 010 A - j] Obstruction of the Justice, causing a Title: 42: CH. 21: 1983 [Point 010 A - k] Personal Injury, and a Title: 42: 1983: NOTE: 39 [Point 010 A - l] civil Deprivation of the Rights, by their Title: 42: 1983: NOTE: 319 and NOTE: 337 [Point 010 A - m] Custom & Policy of their Title: 18: 241 [Point 010 A - n] Conspiracy, under the Color of Law, causing the Title: 18: 242 [Point 010 A - o] criminal Deprivation of the Rights, Title: 18: 872 [Point 010 A - p] Collusion/ Coercion, for the Title: 18: Ch 73:§: 1512 [Point 010 A - q] criminal Obstruction of the Justice, ending with a Title: 28: §: 1359 [Point 010 A - r] Loss of the Jurisdiction by their Collusion, all under the Title: 4: §: 3 [Point 010 A - s] Desecrated flag.

Point 010 B. Affiant has no record or evidence that Affiant is guilty of creating fictitious obligations, but that Affiant does not admit that fictitious obligations do exist, to the hurt and injury of Affiant, as made more explicit in EXHIBIT 010 B - NOTICE OF FICTITIOUS OBLIGATIONS.

ADMIT - Libellees listed in this document admit to the truth and guilt of administering, processing, and promoting the use of fictitious obligations, created by fictional corporations, and enforced by fictional, legal entities and de facto governments.

# EXHIBIT 010 B - NOTICE OF FICTITIOUS OBLIGATIONS

TITLE 18, PART I, CHAPTER 25, § 514. Fictitious obligations

Release date: 2005-08-03

(a) Whoever, with the intent to defraud—

(1) draws, prints, processes, produces, publishes, or otherwise makes, or attempts or causes the same, within the United States;

(2) passes, utters [SEE Points 103, 104], presents, offers, brokers, issues, sells, or attempts or causes the same, or with like intent possesses, within the United States; or

(3) utilizes interstate or foreign commerce, including the use of the mails or wire, radio, or other electronic communication, to transmit, transport, ship, move, transfer, or attempts or causes the same, to, from, or through the United States,

any false or fictitious instrument, document, or other item appearing, representing, purporting, or contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority of the United States, a foreign government, a State or other political subdivision of the United States, or an organization, shall be guilty of a class B felony.

(b) For purposes of this section, any term used in this section that is defined in section 513 (c) has the same meaning given such term in section 513 (c).

affidavit of financial statement

(c) The United States Secret Service, in addition to any other agency having such authority, shall have authority to investigate offenses under this section.

---

The UNITED STATES CODE (USC) applies to all corporations of THE UNITED STATES, including ANYBANK USA, etc. Therefore, 18 USC Section 8 entitled "CRIMES AND CRIMINAL PROCEDURE - CRIMES - Obligation or other security of the United States defined" specifically states:

*"The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, federal Reserve bank notes, coupons..."*

The "Dictionary of Banking" by Jerry M. Rosenberg defines the following terms:
 obligation - the *legal responsibility and duty of the debtor (the obligor) to pay a debt when due, and the legal right of the creditor (the obligee) to enforce payment in the event of default (page 246).*
 note - *an instrument, such as a promissory note, which is the recognized legal evidence of a debt (page 243).*

This implies that Federal Reserve Notes are simply "evidence of debt", "liability instruments", "negative money" and legal obligations of THE UNITED STATES.

In the case "*Lewis v. U.S.*, 680 F.2d 1238 at 1241", the FEDERAL RESERVE BANK is established to be a *private corporation which is engaged in commercial activity by law of merchants*.

The FEDERAL RESERVE BANK (presumably referred to in 18 USC Section 8 as the "creditor") is a private corporation in the business of "lending" private script "money" (akin to DISNEY CORPORATION'S "Disney Dollars") to THE UNITED STATES (presumably referred to in 18 USC Section 8 as the "debtor") by the authority of "*The Federal Reserve Act of 1913*".

Article 3 of the Uniform Commercial Code sets forth the requisite form of negotiable instruments. In short, UCC, Section 3-104 entitled "NEGOTIABLE INSTRUMENT" states: "*Any writing to be a negotiable instrument within this article must: (a) be signed by the maker or drawer; and ; (b) contain an unconditional promise to pay a sum certain in money and no other promise, order, obligation or power given by the maker or drawer except as authorized by this Article; and (c) be payable on demand or at a definite time; and (d) be payable to order or to bearer.*"

Therefore, "FEDERAL RESERVE NOTES" violate your own laws and therefore do NOT meet the requirements of a note as required by Article 3 and in fact and law is NOT a "note", thereby making it an impossibility to "pay" the alleged debt "at law" using FEDERAL RESERVE NOTES. Since the sum of two negative numbers can never be zero, the account(s) can never be settled and closed. It further follows that Federal Reserve Notes are not payments. (See *Don E. Williams Co. v. Comm. Int. Rev.*, 51 L. Ed. 2d 48 (1977)).

It stands to reason that if THE UNITED STATES is the debtor to FEDERAL RESERVE BANK and the "money" being used is actually "evidence of debt" then the corporation known as THE UNITED STATES must be bankrupt and currently operating in a state of chapter 11 bankruptcy. It is rational to conclude that ALL corporations in the U.S. are sub-corporations of THE UNITED STATES and are also operating in bankruptcy. Thus POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT, etc., also must be operating in bankruptcy. If POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT is bankrupt then how can POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT "lend" credit to anybody since bankrupt corporations have no credit to lend? What "money of value" or asset instrument do any of the UNITED STATES corporations have to lend, including POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT?

If Federal Reserve Notes are bankruptcy money or *liability instruments*, then how can POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT, a FEDERAL RESERVE SYSTEM member, declare them to be "income" to INTERNAL REVENUE SERVICE on the Form 1099C "Cancellation of Debt" (OMB No. 1514-1424) submitted to the Internal Revenue Service? It appears that all ANYBANK USA did was lend INTERNAL REVENUE SERVICE debt.

Was there **INTENT TO DEFRAUD BY THE FEDERAL RESERVE BANKS, THE COMMERCIAL BANKS, OR THE UNITED STATES?** Affiant has no record or evidence that there was not!!

thomas james brown bey                                                                                                                    Page 5 of 9

affidavit of financial statement

Affiant has no record or evidence that Libellees/Plaintiffs are not accusing Affiant of the very CRIME THAT THEY, THEMSELVES, COMMIT ROUTINELY, DAY BY DAY!

NOTE:

If a contract or agreement is void for fraud or voidable for fraud, and the opposing party ignores (does not respond to/rebut) one's affidavit of rescindment for fraud, a dishonor has occurred (UCC 3-505) for non-acceptance of refusal for cause (of unconscionable instrument UCC 2-302).

UCC 1-103.6 mandates all parties to construe the statute in harmony with the common law, within statutorily created legislative agency, forcing recognition of common law rights.

Point 010 D. Affiant has no record or evidence that Libellee(s) listed within this document, the living man, or woman, in their True Character, acting for, or on behalf of, the STATE OF MICHIGAN is/are exempt from prosecution and loss of their liberty, funds, assets, accruals, and all other material goods in recompense for their malicious acts against Affiant, a living sovereign man upon the soil of the nation of Michigan.

ADMIT – Libellee(s) listed in this document admit to the truth and guilt of administering, processing, and promoting form of thievery in the use of fictitious obligations as a(n) (attempted) collateral assessment of fines, fees, licenses, permits, and/or other infringements upon the Rights of Affiant are merely creations by fictional corporations, and enforced by fictional, legal entities and de facto governments under threat, coercion and force of arms to Affiants injury and pain.

COMMERCIAL ACTIVITY EXCEPTION. Black's Law Dictionary, Seventh, states: the - term "commercial-activity exception" means: "An exemption from the rule of sovereign immunity, permitting a claim against a foreign state if the claim arises from private acts undertaken by the foreign state, as opposed to the state's public acts."

UNITED STATES Supreme Court. "If the nation comes down from its position of sovereignty and enters the domain of commerce, it submits itself to the same laws that govern individuals therein. It assumes the position of an ordinary citizen and it cannot recede from the fulfillment of its obligations;" 74 Fed. Rep. 145, following 91 U.S. 398.

The Supreme Court said that when a sovereign goes into a commercial relationship with private money it looses its sovereignty. The Supreme Court was telling all that they lost all sovereignty in 1933 when they went into commerce with private Federal Reserve Notes (FRN's), which did not secure title to the goods presumed purchased. Title remained with the "state" under the principle of escheat.

Heritage Dictionary: es·cheat (ĭs-chēt") n. 1. Reversion of land held under feudal tenure to the manor in the absence of legal heirs or claimants. 2. Low. a. Reversion of property to the state in the absence of legal heirs or claimants. b. Property that has reverted to the state when no legal heirs or claimants exist.

BE INFORMED, YOU ARE HEREBY NOTICED: Libellee(s) and any other living man or woman, in their True Character, is/are deemed guilty of felony and contempt charges for any and all acts performed, demanded, and/or required by/of Affiant, or any

thomas james brown bey                                                                                               Page 6 of 9

affidavit of financial statement

other Third Party, under threat of arms *(vi et ormis)*, coercion, fraud, or any other infamous crime, whereby Federal Reserve Notes (or, their equivalent) are passed from hand to hand, party to party, or account to account under the disguise of commerce to obtain any measure of gambling or wagering mediums, funds, or accruals; such guilt of a felony and contempt charge, is levied against Libellee(s) in their True Character as the living man or woman punishable in and for the issuing of said act(s) so performed.

BE FURTHER INFORMED AND NOTICED: Every "court" (including, but not limited to, every United States District Court) entered the empire of "Private Enterprise and Commerce" and is entered into Dunn and Bradstreet registry under the heading "Also Trades As:" Every said court of the de facto government (under vi et ormis) is a "Private Enterprise" existing and operating under the de facto executive branch of the de facto government only (not the judicial branch), receiving their implied authority from the private codes, statutes, rules, and regulations, many of which (U.C.C.) are purchased at the rate of $260,000 USD per year from UNIDROIT, Rome, Italy.

I, thomas-james: brown-bey, Claimant do hereby make known to the entire world my Claim against the STATE OF MICHIGAN for the Felony and Contempt crimes enumerated herein:

EXHIBIT 010E. Affiant, the living Man, has no record or evidence leading to proof that the existence of the living Man, Affiant and Sovereign, is by the authority or permission of any state, nor is in any relation to the corporate, fictional, legal entity known as the state, this State, or any State of XXXX; therefore, Affiant has no record or evidence that Affiant is required to pay any form of tax or tribute to any fictional character, its' actors, or any legal entity, whatsoever.

ADMIT – Libellee(s) listed within this document admit to the guilt and error of making demands upon Affiant to surrender any funds or other personal property to Affiants injury and pain.

"... THE POWER TO TAX INVOLVES THE POWER TO DESTROY". *McCULLOUGH v MARYLAND*, 4 Wheat 316.

"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may almost be pronounced as self-evident. The sovereignty of the state extends to everything which exists by its authority or its permission." *McCullough v Maryland*, 17 U.S. [4 Wheat] 316 (1819).

EXHIBIT 010F NOTICE – CLAIMANT'S EXEMPTION FROM FEES

Claimant has no record or evidence that any fees, court costs, penalties, or any other financial medium is required to be paid, or forfeited, to any court or policing agency without the United States and within any state of the Union of States.

ADMIT – Libellee(s) listed within this document admit to the guilt of tort and the breaching of contracts against Claimant under fictional falsity, a cloak to disguise a collateral undertaking, and malicious vexation by legal process to Claimant's pain and injury.

affidavit of financial statement

The US Supreme Court has ruled that a natural individual entitled to relief is "entitled to free access...... to its judicial tribunals and public offices in every State in the Union" (2 Black 620; see also: Crandell vs. Nevada, 6 Wall 35). Plaintiff should not be charged fees or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of government, and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale vs. Henkel, 201 U.S. 43).

"The Fee is the statutory creature moving within the fictional falsity as if it is presumed to be standing as the amortized obligation". *Ryan v Motor Credit Company*, 130 J.J. Eq. 531, 23 A.2d 607, 621

This is the fiction of law, wherein the fictional falsities are perfected by devious means. Read Ballentine's Law Dictionary.

Fiction. Something is presumed to be true, which is false.

The alleged determination of "commitment cost" of $ _____ for alleged traffic tickets or court costs, fees, or penalties requires execution as a "cloak to disguise a collateral undertaking" in U.S. Funds and is "malicious vexation by legal process" under the disguise/pretense of a "lawful" government to enforce the unwritten Master - Slave relationship.

"Although probable cause may not be inferred from malice, malice may be inferred from lack of probable cause." *Pouley v. Holl* 335 N.W. 2d 197, 124 Mich App 255.

"Malice is a state of mind and an essential element of action for malicious prosecution and is to be found by jury from case, and want of probable cause is the other element of action for malicious prosecution which must be proved by plaintiff." *Lopez v. Modisat* 488 F. Supp 119 D. C. 1980.

Point 010G – NOTICE that STATE is Employee of the People. Affiant has no record or evidence that the "STATE OF MICHIGAN" is anything other than an employee of the People of the state. Affiant cannot yield his sovereignty to any fiction that would allow the fake to rule over the Real.

ADMIT – Libellee(s) listed within this document admit to the guilt of usurping a presumed authority over Affiant to Affiant's pain and injury.

The (11th) Amendment's "fundamental principle" that "the States, in the absence of consent, are immune from suits brought against them . . . by a foreign State" was enunciated in *Principality of Monaco v. Mississippi*, 292 U.S. 313, 329-330, 78 L. Ed. 1282, 54 S. Ct. 745 (1934).

Most any "Legal Dictionary" will display the fact that, 1) the People are Sovereign; and 2) the People are the state.

The "majority" MAY be the consensus of the people of a Democracy, but in a Republic, or any state with a "Republican form of government", the minority is protected from the majority, or any other entity, cluster, group, or collection thereof that acts against actual "Law". This Affiant and Belligerent Claimant yields no license, leave, or permit to do anything contrary to this

thomas james brown bey                                                                                                 Page 8 of 9

affidavit of financial statement

Affiant's un-alienable Rights, as ensured in the written documents referred to as the Constitution for the united States of America and the Bill of Rights.

Any, and all, agents, or agencies, of any State are nothing more than "employees" of a state.

Any man accused of any crime has a right to face his accuser, not a "representative" of the alleged accuser. If the "STATE" says I have injured the STATE, let the STATE be sworn in and questioned. Only a properly sworn and verified complaint from a true injured party may witness against this Affiant. Anything short of that is Constructive Fraud, with many other types of fraud to follow; normally U.S. Mail fraud, conspiracy, coercion, vi et armis, intimidation, etc.

By your failure to CEASE AND DESIST, and to produce proof of your identification, standing, authority and jurisdiction as demanded, you are deemed "uncooperative" but you are knowingly, willingly and intentionally accepting full liability and responsibility, to be perfected as due, owing and collectible, pursuant to the process as noticed above, inclusive of any and all damages incurred by me due to your actions and in-actions, by true bill, duly secured, invoicing principle amount, costs, expenses, lost profits, interest, and triple damages accumulating and accruing, NUNC PRO TUNC.

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT;

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Duly sworn as true and correct, executed on this 10 day of August 2020 with all rights reserved without prejudice, UCC 1-308, and any and all "State of . . ." and international equivalents ("UCC 1-308"):

UCC 1-308  _thomas james brown_

thomas-james: brown-bey©®™

c/o 15216 Carlisle Street, Detroit, Michigan near [48205]

Thomas-James: Brown-Bey
c/o [15216] Carlisle
Detroit, Michigan near [48205-9998]
Non-Domestic, Without the UNITED STATES
USPS Int'l Mail Manual
742.1 - Marking Postage Paid
742.2—Parcels w/o Stamps
Treat as Pre-Paid

**MAIL TAMPERING**
In Accordance With:
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

US District Court
231 W. Lafayette #599
Detroit, MI 48226

48226-2794426

7019 2870 0000 0487 3748

8/10/20

TAXE-PERCUE/POSTAGE PAID
UPU RL 114 (2.2) - UPU RL 141 (2.2)

Date 8-10-20

Thomas James Brown-Bey
FOREIGN OFFICE OF ORIGIN

POSTAGE PAID
UPU RL 114 (2.2)