Certified Mail Article Number: 7016 2070 0000 0219 9224

thomas james brown bey, creditor/beneficiary
c/o Thomas James Brown©®™ Trust
c/o 15216 Carlisle Street
Detroit, Michigan [48205-9998]
248.227.9679
Non domestic without U.S.

Denise Page Hood dba CHIEF JUDGE 7016 2070 0000 0219 9224
UNITED STATE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
Theodoe Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan 48226
313.234.5400

Michael Duggan dba MAYOR 7016 2070 0000 0219 9231
David Cetlinski dba DIRECTOR
Kelly Tapper dba ASST. DIRECTOR
Cassandra Childress dba PAYMASTER
POLICE & FIRE RETIREMENT SYSTEM FOR THE CITY OF DETROIT
500 Woodward Avenue; Suite 3000
Detroit, Michigan 48226
313.224.3362
retirement@rscd.org
dcetlinski@rscd.org
ktapper@rscd.org
LIBELLEE(S)

RE: Third Party interloper POLICE & FIRE RETIREMENT SYSTEM FOR THE CITY OF DETROIT, Case No. 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; USPO Receipt No. RE297746986US Affidavit of Thomas James Brown Bey, 70162710000059208529 NOTICE AND DEMAND, 70162710000059255851 Notice of Contest of Lien, 70180680000120909052 Affidavit of Specific Negative Averment; UCC1 filing no. 20193234700 on 05-03-2020; UCC3 20203153584 filing on 05-04-2020, 70173040000026779193 Settlement, 70192970000000487360; After over 50 documents sent and no response to any I have exhausted all remedy and they have been converting private funds with no lawful right for over 38 months over 75% of my retirement funds.

Common Law Trust Mandatory Injunction Judicial Definition
Superior Common Law Court
Public Notice/Public Record

MANDATORY INJUCNTION defined: A "mandatory injunction" is one which commands the defendant to do some positive act. Bailey v. Schnitzius, 16 Atl. 680, 681, 45 N. J. Eq. (18 Stew.) 178. A "mandatory injunction" is the counterpart in equity of a "mandamus" at law, and may be used against public officers. It may be in direct form a command, or in the direct form of prohibiting the refusal to do an act to which another has a right. Parsons v. Marye (U.S.) 23 Fed. 113, 121. "Mandatory injunctions" are those, which require of a party the performance of some act, and they always to some extent anticipate the judgment of the court. It may ultimately be determined that such an order was erroneous, but it is not less within the power of the court to grant it. People v. McKAne, 28 N. Y. Supp. 981, 78 Hun, 154.

Where a primary injunction, while purporting simply to restrain a wrong, and while negative in its terms, may be so framed that it restrains the defendant from permitting his previous wrongful act to operate, and therefore virtually compels him to undo it by removing the obstructions or erections, and by restoring the plaintiff to his former condition, it is a "mandatory injunction," and resembles in its effect the "restorative interdict" of the Roman law, and is used where the injury is immediate and pressing and repairable, and clearly established by the proofs, and not acquiesced in by plaintiff. The rule is fully established at least by the English decisions, and is not controverted by

American authority, that in such cases, where the facts are clearly established and the injury is real, and the plaintiff acted promptly upon his acquiring knowledge of defendant's proceeding, a preliminary mandatory injunction may be granted, although the act complained of was fully completed before the suit was commenced. Proctor v. Stuart, 46 Pac. 501, 503, 4 Okl. 679 (citing 3 Pom. Eq. Jur. § 1359).

Whereas defined pursuant to Illinois Common Law Act: Sec. 1. That the common law of England, so far as the same is applicable and of a general nature, and all statutes or acts of the British parliament made in aid of, and to supply the defects of the common law, prior to the fourth year of James the First, excepting the second section of the sixth chapter of 43d Elizabeth, the eighth chapter of 13th Elizabeth, and ninth chapter of 37th Henry Eighth, and which are of a general nature and not local to that kingdom, shall be the rule of decision, and shall be considered as of full force until repealed by legislative authority. (Source: R.S. 1874, p. 269.)

Sovereign People or Freeborn are those men who are not bound by oath to serve other men. Subjects are those men who have given an oath of service to another man, or group of men. Every Freeborn who follows God's Laws is blessed with the right to settle his own disputes i.e. holds his own court at will. Freeborn may bring suit against other freeborn, though each has equal standing, and is not bound by any other mans court unless by oath, or voluntary delegation. A freeborn is generally empowered to settle disputes between his subjects. This is dependent upon the oath between the freeborn and the subject. A freeman may bring suit against his own subjects. Subjects have no standing in court, save that of their master. They may sue their master only at his pleasure, unless the oath between the master and subject specifically allows it, which is not common. No subject may directly sue another freeborn, but must appeal to his master to sue for relief on his behalf.

Whereas defined pursuant to: Superior Common Law Court of the Michigan republic; Because Common Law is the basis of the laws in America, Common Law is what is being referred to in almost every place where the word "Law" appears within the Constitution, the Declaration of Independence, and the Bill of Rights. These documents were designed to eliminate the vicious Equity, Maritime or Admiralty Laws that we revolted against in Our Revolution against the totalitarianism of England.

FACT - The Constitution does grant the Federal union the power to establish Courts of Equity and Maritime Courts. Because the federal entity is concerned with actions and activities between the States, dealing with the Indian Nations, and International Associations it needs a system of laws to manage these responsibilities.

FACT - Equity Courts are concerned with contracts, and settlement of disagreements between fictional entities. Since the States are fictional entities the arguments and disputes between the States are properly addressed in Equity Courts. They have nothing to do with anything else. They do not deal with Sovereign People, with property rights, or other matters involving such things.

FACT - Maritime Courts are concerned only with actions and activities occurring in International activities and on the high seas. Maritime Courts have jurisdiction over such things as captured naval vessels, piracy, salvage of goods from sunken ships, and mutiny by the crew of a ship. They do not deal with Sovereign People, with (private) property rights, or other matters involving such things.

FACT - The third type of Court that is only briefly mentioned in the Constitution is the Common Law Court. The Seventh Amendment to the Constitution is very clear about the power and the authority vested in the Common Law Courts. In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law. – Bill of Rights - Amendment VII

FACT - The significance of this is pointed up by the fact that any controversy involving Money (Gold and Silver Coins) in an amount greater than twenty dollars, or any property such as real estate can only be tried in a Court of Common Law with the right of trial by a jury who decides the Law as well as the Facts of the case!

FACT - This means that any Mortgage Foreclosure action can be tried only in a Court of Common Law, and that neither the Federal Congress, nor the State Legislature, has any Constitutional authority to provide that mortgage foreclosure actions shall be actions in Equity or Maritime Courts! This means that Sheriff's Sales, Foreclosure Sales, Foreclosure Auction Sales, as a result of these Mortgage Foreclosure actions are null and void! As a direct effect the

Sheriffs have participated in criminal confiscation of real property (private property) in violation of the Constitution and of their oaths of office!

Whereas defined pursuant to Supreme Court Annotated Statute: – Erie R.R. Co. v. Tompkins, 304 U.S. 64 (1938); There is no federal general common law. Congress has no power to declare substantive rules of common law applicable in a state whether they be local in their nature or 'general,' be they commercial law or a part of the law of torts. And no clause in the Constitution purports to confer such a power upon the federal courts.

FACT - When we created the Constitution We as Sovereign People issued absolute mandates to our public servants, the officers that would staff our creation in the form of the Laws of the Constitution. This amounted to a Writ of Mandamus commanding them to do exactly as they were told.
Mandate: An order by a Sovereign to his subjects.

Whereas defined pursuant to Supreme Court Annotated Statute: – Hauenstein vs Lynham (100 US 483); There can be no limitation on the power of the people of the United States. By their authority the State Constitutions were made, and by their authority the Constitution of the United States was established.

FACT - We the People also issued a Writ of Prohibition to our public servants that was designed to prohibit them from performing actions that were not specifically set forth in the Constitution.

FACT - There is no contract between the Sovereign People and the Constitution, We the People cannot violate the terms and conditions set forth in the Constitution. We the People cannot violate the conditions of an agreement that does not exist.

FACT - The contract that exists concerning the Constitutions that We the People created is by and between the Sovereign People and our public servants. The Oath of Office, subscribed to by each public servant, is a contract that they will defend and uphold the Constitution that We the People created.

FACT - We the People made no provisions that bound us to any performance within the language of either the State or Federal Constitutions. The Oath of Office is therefore, sworn Duties and Obligations to perform said Duties and Obligations (debts) to perform fall upon the shoulders of the Constitutional officers, office holders, agents and or assigns.

FACT - There are not, nor can there ever be, any circumstances under which the Constitutional Offices that we created through the Constitution, can have, or can exercise, any power to bring any law suit, or action at law, against any of the Sovereign People. Sovereignty of the people cannot be lost, taken away, nor given away.

FACT - Using our God granted Sovereignty we created a form of government that seemed best to us to effect our safety and happiness by creating a government that must serve our every command, and has no power to interfere with or bother our daily lives.

FACT - The proof of these statements are found in the Declaration of Independence: We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain un-a-lien-able Rights, that among these are Life, Liberty, and the pursuit of Happiness. That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, that whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles, and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.

FACT - The system of laws that each one of the Sovereign People has agreed to be subject to is the Common Laws. Only by one of the Sovereign People specifically agreeing to be subject to a law, bill, regulation, code, or ordinance will any of the Sovereign People be subject to that law, bill, regulation, code, or ordinance.

FACT - This is why the system of Common Laws is not detailed in either the Federal or State Constitutions. The Sovereign People retained all rights to Common Law and in doing so granted no rights to the Federal or State

entities to do anything that would interfere with or impact upon the Peoples Sovereign rights. There is no federal general common law.

Whereas defined pursuant to Supreme Court Annotated Statute: – Erie R.R. Co. v. Tompkins, 304 U.S. 64 (1938); Congress has no power to declare substantive rules of common law applicable in a state whether they be local in their nature or 'general,' be they commercial law or a part of the law of torts. And no clause in the Constitution purports to confer such a power upon the federal courts

Whereas defined pursuant to; Supreme Court Annotated Statue: Hagans v. Lavine, 415 U. S. 533 "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."

Whereas defined pursuant to: Supreme Court Annotated Statue: U.S. v. Anderson, 60 F.Supp. 649 (D. C. Wash. 1945); "Jurisdiction of court may be challenged at any stage of the proceeding, and also may be challenged after conviction and execution of judgment by way of writ of habeas corpus."

Whereas defined pursuant to; Supreme Court Annotated Statue: Norman v. Zieber, 3 Or at 202-03 In regard to courts of inferior jurisdiction, "if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed."

Whereas defined pursuant to; Supreme Court Annotated Statue: U.S. v. Throckmorton, 98 US 61 "Fraud vitiates the most solemn contracts, documents and even judgments."

Whereas defined pursuant to; Supreme Court Annotated Statue: Nudd v. Burrows, 91 U.S 426. "Fraud destroys the validity of everything into which it enters,"

Whereas defined pursuant to; Supreme Court Annotated Statue: Rubinstein v. Collins, 20 F.3d 160, 1990 "Knowing failure to disclose material information necessary to prevent statement from being misleading, or making representation despite knowledge that it has no reasonable basis in fact, are actionable as fraud under law."

Whereas defined pursuant to; Supreme Court Annotated Statue: Bransom v. Standard Hardware, Inc., 874 S.W.2d 919, 1994; [a] "Party in interest may become liable for fraud by mere silent acquiescence and partaking of benefits of fraud."

Ex dolo malo non oritur actio defined: Out of fraud no action arises; fraud never gives a right of action. No court will lend its aid to a man who founds his cause of action upon an immoral or illegal act. As found in Black's Law Dictionary, Fifth Edition, page 509.

Whereas defined pursuant to; Supreme Court Annotated Statue: Boyce v. Grundy, 3 Pet. 210 "Fraud vitiates everything"

Whereas defined pursuant to; Supreme Court Annotated Statue: United States v. Lee, 106 U.S. 196, 220, 221, 1 S.Ct. 240, 261; When a Citizen challenges the acts of a federal or state official as being illegal, that official cannot just simply avoid liability based upon the fact that he is a public official.

Whereas defined pursuant to; Supreme Court Annotated Statue: United States v. Lee, 106 U.S. 196, 220, 221, 1 S.Ct. 240, 261, the United States claimed title to Arlington, Lee's estate, via a tax sale some years earlier, held to be void by the Court. In so voiding the title of the United States, the Court declared:

"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives.

Certified Mail Article Number: 7016 2070 0000 0219 9224

"Shall it be said... that the courts cannot give remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without any lawful authority, without any process of law, and without any compensation, because the president has ordered it and his officers are in possession? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights."

Whereas defined pursuant to Supreme Court Annotated Statute; See Pierce v. United States ("The Floyd Acceptances"), 7 Wall. (74 U.S.) 666, 677 ("We have no officers in this government from the President down to the most subordinate agent, who does not hold office under the law, with prescribed duties and limited authority"); Cunningham v. Macon, 109 U.S. 446, 452, 456, 3 S.Ct. 292, 297 ("In these cases he is not sued as, or because he is, the officer of the government, but as an individual, and the court is not ousted of jurisdiction because he asserts authority as such officer. To make out his defense he must show that his authority was sufficient in law to protect him... It is no answer for the defendant to say I am an officer of the government and acted under its authority unless he shows the sufficiency of that authority"); and Poindexter v. Greenhow, 114 U.S. 270, 287, 5 S.Ct. 903, 912

Whereas defined pursuant to; Supreme Court Annotated Statue: Owen vs. City of Independence, 100 S Ct. 1398; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21

WHEREAS, officials and even judges have no immunity officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: Title 42 U.S.C. Sec. 1983.

Whereas defined pursuant to; Supreme Court Annotated Statue: Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101, (CA DC 1991). "When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity."

Whereas defined pursuant to; Supreme Court Annotated Statue: Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988): "Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation."

Dedimus Potestatem given the "Authority" to carry out the Duties of the office of Public Trust you hold. ---- Dedimus Potestatem defined: term, which means, "We have given the power." As a public servant you have "Absolutely" NO "Authority" until you have been given the Power, and to be "Authentic" your action has to be Certified and Authenticated. Holding Office of Public Trust, as a Public Official you must be able to produce a Certified copy of the Original "blue" Wet Ink Signature Contract "Certificate" whereby you have been given the Authority. Without "Dedimus Potestatem," as Public Official you have failed to Honor Current Article Four, Section One Constitutions of the United States "Full Faith and Credit shall be given in each state to the public acts, records, and judicial proceedings of every other state (International Treaty Statute). By dishonoring this requirement all actions are "without" force or effect "Null and Void."

This act in accordance with the following U.S. Supreme Court Annotated Statute: Hale v. Henkel, 201 U.S. 43 at 47 (1905): "The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights."

PRIVATE defined: Affecting or belonging to private individuals, as distinct from the public generally. Not official; not clothed with office. People v. Powell, 280 Mich. 699, 274 N.W. 372, 373. Black's Law Dictionary Sixth Edition (page 1195).

Whereas defined pursuant to Supreme Court Annotated Statute; Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652: "A court of record is a "superior court." A court not of record is an "inferior court." "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law."

"An undisputed affidavit of claim becomes final judgment. When one fails to answer or refute an affidavit of claim made against him, the affidavit first presented is considered absolute in truth. By not rebutting what has been claimed against him, one becomes guilty by his silence. Idem non esse et non apparet– It is the same thing not to exist and not to appear. Qui tacet consentire videtur– He who is silent appears to consent."

Whereas defined pursuant to Supreme Court Annotated Statute; Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH V. BUSTAMONTE, 412 U.S. 218, 255 (1973) "The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it.

LAW MERCHANT defined: Body of law governing commercial transactions, which had its origin in common law of England regulating merchants. See U.C.C. § 1-103. See also Commercial Law; Mercantile Law; Uniform Commercial Code. Black's Law Dictionary Sixth Edition (page 886)
MERCHANT defined: One who is engaged in the purchase and sale of goods; a trafficker; a retailer; a trader. Term commonly refers to person who purchases goods at whole- sale for resale at retail; i.e. person who operates a retail business (retailer). A person who deals in goods of the kind or otherwise by his occupation holds himself out as having knowledge or skill peculiar to the practices or goods involved in the transaction or to whom such knowledge or skill may be attributed by his employment of an agent or broker or other intermediary who by his occupation holds himself out as having such knowledge or skill. U.C.C. § 2-104(1). Black's Law Dictionary Sixth Edition (page 987)

MERCANTILE defined: Of, pertaining to, or characteristic of, merchants, or the business of merchants; having to do with trade or commerce or the business of buying and selling merchandise; trading; commercial; conducted or acting on business principles. Black's Law Dictionary Sixth Edition (page 986)

MERCANTILE AGENCIES: See Credit bureau. Black's Law Dictionary Sixth Edition (page 986)

MERCANTILE LAW defined: An expression substantially equivalent to commercial law. It designates the system of rules, customs, and usages generally recognized and adopted by merchants and traders, and which, either in its simplicity or as modified by common law or statutes, constitutes the law for the regulation of their transactions and the solution of their controversies. The Uniform Commercial Code is the general body of law governing commercial or mercantile transactions. See Uniform Commercial Code.
Black's Law Dictionary Sixth Edition (page 986)

MERCANTILE PAPER: See Commercial Paper; Negotiable Instruments. Black's Law Dictionary Sixth Edition (page 986)

MERCANTILE SPECIALTY defined: A writing that is not payable to order or to bearer but is otherwise negotiable. See U.C.C. § 3-805 (making Article 3 applicable to instruments lacking words of negotiability). Black's Law Dictionary Sixth Edition (page 986)

CLEAN HANDS DOCTRINE defined: Under this doctrine, equity will not grant relief to a party, who, as actor, seeks to set judicial machinery in motion and obtain some remedy, if such party in prior conduct has violated conscience or good faith or other equitable principle. Franklin v. Franklin, 365 Mo. 442,283 S.W.2d 483, 486. One seeking equitable relief cannot take advantage of one's own wrong. Fair Automotive Repair, Inc. v. Car-X Service Systems, Inc., 2 Dist.,128 Ill.App.3d 763,84 Ill. Dec. 25, 471 N.E.2d 554,558. Black's Law Dictionary Sixth Edition (page 250)

Whereas defined pursuant to U.C.C.: "Record" means information that is inscribed on a tangible medium or that is stored in an electronic or other medium and is retrievable in perceivable form.

Whereas defined pursuant to U.C.C.: "Good faith," except as otherwise provided in Article 5, means honesty in fact and the observance of reasonable commercial standards of fair dealing.

Whereas defined pursuant to U.C.C.: "Aggrieved party" means a party entitled to pursue a remedy.

Whereas defined pursuant to U.C.C.: "Remedy" means any remedial right to which an aggrieved party is entitled with or without resort to a tribunal.

Sui Juris, known as: thomas james brown bey freeborn spiritual being on the land state the facts contained herein are true, correct, complete, and not misleading, to the best of my personal first hand knowledge and belief. Being of sound mind, competent, over the age of 18. This my free will, voluntary act and deed to make, execute, seal, acknowledge and deliver under my hand and seal with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion, whereby I did not sign nor consent. I am not now nor have ever been a U.S. Citizen or a Fourteenth Amendment Federal Citizen or Employee, I am not bound by sworn oath or oath of office. Whereas I hereby disclaim Clauses One and Two of Section One to the Fourteenth Amendment, together with Article Four Section Three Clause Two.

Nemo, aliens: rei, sine satisdatione, de fensor idonens intelligitur defined: No man is considered a competent defender of another's property, without security. A rule of the Roman law, applied In part In admiralty cases. 1 Curt. 202.

Nemo est snpra leges defined: No one is above the law. Lofft, 142.
Nemo alieno nomine lege age re potest defined: No one can sue in the name of another. Dig. 50, 17, 12a.

In my Private Capacity as General Administrator of said account Droit, Droit, This serves Notice that your offer has been Accepted as Valuable Consideration and Returned for Value. This property is Exempt from Levy. Please Adjust this Account for the Proceeds, Products, Accounts and Fixtures and Release The Order(s) of The Court to Me Immediately. Make adjustment and close this account immediately, with prejudice. I accept your Oath, Oath of Office Security Agreement, Constitutions as by-laws, and Malfeasance Bond and place you in the Private commencing this self-executing binding contract between you and I. Further, I appoint you trustee on your honor and solemn Oath to perform your obligations and duties to Protect My un-a-lien-able Rights in your Fiduciary Capacity against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, foreclosure, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, taxes, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. Please honor Obligation of Good Faith in Performance of your Duties. Quid Pro Quos, an equal exchange or substitution.

This my free will, voluntary act and deed true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver under my hand and seal, explicitly reserving all rights without prejudice;

By: Thomas James Brown

Sui Juris known as; thomas james brown bey Bailor for Thomas James Brown Bailee

Taxe' Percue
Postage Paid

Thomas-James: Brown-Bey
c/o [15216] Carlisle
Detroit, Michigan near [48205-9998]
Non-Domestic, Without the UNITED STATES
USPS Int'l Mail Manual
742.1 - Marking Postage Paid
742.2—Parcels w/o Stamps
Treat as Pre-Paid

TAXE-PERCUE/POSTAGE PAID
UPU RL 114 (2.2) - UPU RL 141 (2.2)
Date 9-1-20

POSTAGE PAID
UPU RL 114 (2.2)

thomas james brown bey
FOREIGN OFFICE OF ORIGIN

**MAIL TAMPERING**
In Accordance With:
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

Denise Page Hood
US District Court
231 West Lafayette Blvd.
Detroit, Michigan 48226

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

9590 9402 5795 0034 1342 25

2. Article Number *(Transfer from service label)*
7016 2070 0000 0219 9224

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
B. Received
D. Is delivery
If YES,
3. Service Ty
☐ Adult Signatu
☐ Adult Signatu
☐ Certified Mail
☐ Certified Mail
☐ Collect on D
☐ Collect on D
☐ Insured Mail
☐ Insured Mail (over $500)

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7016 2070 0000 0219 9224

7016 2070 0000 0219 9224

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

Sept. 2, 2020

Sent To
US District Court
Street and Apt. No., or PO Box No.
231 W. Lafayette Blvd.
City, State, ZIP+4®
Detroit, MI 48226

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Police & Fire Ret. Sys.
500 Woodward Ave. Ste 3000
Detroit, MI 48226

9590 9402 5795 0034 1342 18

2. Article Number (Transfer from service label)

7016 2070 0000 0219 9231

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE ...
A. Signature
X
B. Received ...
D. Is deliver...
If YES, e...
3. Service Ty...
☐ Adult ...
☐ Adult ...
☐ Certifi...
☐ Certifi...
☐ Collect on ...
☐ Collect on ...
☐ Insure...
☐ Insure...
(over...

Domestic Return ...

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7016 2070 0000 0219 9231

7016 2070 0000 0219 9231

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

Sept. 2, 2020

Sent To: Police & Fine Retirement Sys
Street and Apt. No., or PO Box No.: 500 Woodward Ave, Ste. 3000
City, State, ZIP+4®: Detroit, MI 48226

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Take Percue Postage Paid

POSTAGE PAID
UPU RL 114 (2.2)

TAXE-PERCUE/POSTAGE PAID
UPU RL 114 (2.2) - UPU RL 141 (2.2)
Date 9-1-20

Thomas James Brown bey
FOREIGN OFFICE OF ORIGIN

Police & Fire Retirement Sys.
500 Woodward Ave, Ste. 3000
Detroit, MI 48226

**MAIL TAMPERING**
**In Accordance With:**
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

Thomas-James: Brown-Bey
c/o [15216] Carlisle
Detroit, Michigan near [48205-9998]
Non-Domestic, Without the UNITED STATES
USPS Int'l Mail Manual
742.1 - Marking Postage Paid
742.2—Parcels w/o Stamps
Treat as Pre-Paid