Certified Mail Article Number: 7018 0680 0001 2090 9052

May 21, 2019

To:
"Private and Confidential"
c/o David Cetlinski d/b/a/ Executive Director (Bailee)
Retirement Systems of the City of Detroit
500 Woodward Ave., Ste. 3000 Non-Domestic
Detroit Michigan united States of America (U.S.A.)
zip not required [DMM 602 1.3e (2)]
"without the U.S."
on the back flap "Priority"

7018 0680 0001 2090 9052

Return to:
Sui Juris known as Thomas-James: Brown-Bey©™, Executor
c/o THOMAS JAMES BROWN©®™ TRUST [2008040166-6]
c/o [15216] Carlisle
General Delivery
Non-Domestic without U.S.
Detroit, Michigan united States of America (U.S.A.)
"without the U.S."

SECOND NOTICE – 1ˢᵗ Mailing July 27, 2018 USPS CERTIFIED MAIL NO. 7017 1450 0001 0367 8455

## AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT
[sent with copy of Notice and Demand sent May 26, 2017]

The undersigned, Thomas-James: Brown-Bey©®™, hereinafter "Affirmant", does solemnly affirm, declare and state as follows:

1. In Commerce, everything must be stated in Truth. I, [:Thomas-James: Brown-Bey]©™, am an organic living soul. The alleged debtor THOMAS JAMES BROWN©®™ TRUST is an ARTIFICIAL PERSON (Title 18 USC 1341) and the copy-written/trademarked property of the organic living soul/Principal/Secured Party/Bailor/Lien Holder (UCC Financing Statement [2008040166-6, 20180706000183-2] on file at The State Of Michigan Department Of State in Lansing Michigan). The Secured Party is competent for stating the matters set forth herewith and has personal knowledge about the facts stated herein. Affirmant is competent to state the matters set forth herein.

2. A LAWFUL CONTRTACT has (1) Offer, (2) Consideration; (3) Acceptance by all Parties for the Contract and; (4) The Implied Agreement by all Parties involved with the Contract. Only the parties agreeing to the contract can participate in the discussion of the Contract. Full disclosure about the CONTRACT is imperative. Affirmant has knowledge of the facts stated herein.

3. All the facts herein are true, correct, complete and admissible as evidence, and if called upon as a witness, Affirmant will testify to their veracity.

Plain Statement of Facts

4. Affirmant sees no verifiable evidence that the oath of office of each sworn public servant that is a Respondent in the NOTICE AND DEMAND [7016 2710 0000 5920 8529], (sent May 26, 2017 with

THOMAS JAMES BROWN©®™ TRUST                                    Page 1 of 3

Certified Mail Article Number: 7017 1450 0001 0367 8455

accompanying Affidavit of Specific Negative Averment) is not accepted and that said Respondents are not commanded to honor their/his/her oath and uphold and protect the rights of the Affirmant and Affirmant believes no evidence to the contrary exists.

5. Affirmant sees no verifiable evidence that Respondent(s) offer(s) and any and all future offers related to installation and/or implementation of the Trespassing Technology on, at, above or below any property, including and without limitation, the public property and the Affirmant's private property, are not rejected and Affirmant believes no evidence to the contrary exists.

6. Affirmant sees no verifiable evidence that any and all installation of the Trespassing Technology does not directly and indirectly infringe upon the Affirmant's unalienable rights under the natural law, inalienable rights under the common law and any legal rights Affirmant may possess, as described in section "1. NON-CONSENT" of the "NOTICE AND DEMAND" accompanying this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT and Affirmant believes no evidence to the contrary exists.

7. Affirmant sees no verifiable evidence that the Trespassing Technology is not injurious to the Affirmant and not injurious to nature itself including, and not limited to, other natural men and women, and bees, birds and natural ecosystems in, on or above the public property and/or the private property (including, without limitation, the Affirmant's private property) and Affirmant believes no evidence to the contrary exists.

8. Affirmant sees no verifiable evidence that any attempt to install any Trespassing Technology anywhere within, on or above the public property and/or the private property (including, without limitation, the Affirmant's private property) will not constitute criminal trespass, stalking, wiretapping, battery and assault et al. for which Respondent(s) will be held personally liable under the natural law, under the organic law of the land [common law] and commercially liable to the full extent possible in the Respondent(s) commercial capacity and Affirmant believes no evidence to the contrary exists.

9. Affirmant sees no verifiable evidence that any injuries to the physical body of the natural living undersigned man (or woman) resulting from unlawful exposure to the Trespassing Technology does not create the corpus dilecti necessary for the establishing of criminal intent on the Respondent(s) part and Affirmant believes no evidence to the contrary exists.

10. Affirmant sees no verifiable evidence that Respondent(s) failure to cease and desist from installing/implementing and/or causing to be installed/implemented, the Trespassing Technology, will not make Respondent(s) liable for trespass, injury, conspiracy against rights, crimes against nature, recklessness, deprivation of rights under color of law et al. and will not make Respondent(s) liable for penalties owing to the Affirmant in amounts ranging from $100,000.00 and up to $500,000,000.00 United States Dollars per occurrence and Affirmant sees no verifiable evidence that terms of imprisonment may not apply to the Respondent(s) for failure to cease and desist and for failure to carry out the orders given to the Respondent(s) in section "3. OPPORTUNITY TO CURE and, section "4. FAILURE TO CURE in the "NOTICE AND DEMAND" accompanying this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT and Affirmant believes no evidence to the contrary exists.

11. Affirmant sees no verifiable evidence that Respondent(s) do not have twenty-one (21) days from delivery of the NOTICE AND DEMAND (sent with accompanying Affidavit of Specific Negative Averment) to either 1) carry out the order(s) and meet Respondent(s) obligations expressed in section 3 of the "NOTICE AND DEMAND", or, 2) respond to this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT on a point-by-point basis, via sworn responsive affidavit, under Respondent(s) full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading and Affirmant believes no evidence to the contrary exists.

Please note that defined terms not otherwise defined herein shall have the meanings ascribed to such terms in the Notice and Demand to which this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT is attached.

I, Thomas-James: Brown-Bey©®™, Affirmant, upon my full unlimited commercial liability, do affirm and say that I have read the above AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT and do know the contents to the very

Certified Mail Article Number: 7018 0680 0001 2090 9052

best of my knowledge to be true, correct, complete, and not misleading; the truth, the whole truth, and nothing but the truth.

IN WITNESS WHEREOF executed on the 21 day of May of the year two-thousand and nineteen.

                              Thomas-James; Brown-Bey, ©™, Executor
                              c/o THOMAS JAMES BROWN©™ TRUST
                              All Rights Reserved
                              c/o [15216] Carlisle
                              Non-Domestic w/o US
                              Detroit, Michigan [48205]

## Acknowledgment

STATE OF MICHIGAN )
                       ) ss.:
COUNTY OF MACOMB )

On the 21st day of May in the year 2019, before me, the undersigned, personally appeared Thomas Brown, proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                              Notary Public

                                                    SCOTT AUSTIN
                                       NOTARY PUBLIC, STATE OF MI
                                        COUNTY OF MACOMB
                              MY COMMISSION EXPIRES Oct 26, 2022
                              ACTING IN COUNTY OF

# USPS Tracking

Track Another Package +

Tracking Number: 70180680000120909052

Remove X

## Delivered

May 28, 2019 at 2:37 pm
Delivered, Front Desk/Reception/Mail Room
DETROIT, MI 48226

Your item was delivered to the front desk, reception area, or mail room at 2:37 pm on May 28, 2019 in DETROIT, MI 48226.

### Tracking History

### Product Information

See Less ∧

---

Tracking Number: 70171450000103678455

Remove X

## Status Not Available

The tracking number may be incorrect or the status update is not yet available. Please verify your tracking number and try again later.

---

Tracking Number: 70182410000059208529

Remove X

## Status Not Available

The tracking number may be incorrect or the status update is not yet available. Please verify your tracking number and try again later.

---

Tracking Number: 70162710000059255929

Remove X

## Delivered

May 28, 2019 at 8:32 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20224

Your item was delivered to the front desk, reception area, or mail room at 8:32 am on May 28, 2019 in WASHINGTON, DC 20224.

See More ∨

---

Tracking Number: 70171450000103678448

Remove X

## Delivered

May 29, 2019 at 11:12 am
Delivered, Left with Individual
PONTIAC, MI 48340

Your item was delivered to an individual at the address at 11:12 am on May 29, 2019 in PONTIAC, MI 48342.

See More ∨





# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number: 70181970000085721774**   Remove ✕

## Status Not Available

The tracking number may be incorrect or the status update is not yet available. Please verify your tracking number and try again later.

**Tracking Number: 70180680000120909052**   Remove ✕

**Expected Delivery on**

**SATURDAY**
**25** MAY 2019   by **8:00pm**

## Alert

May 25, 2019 at 9:29 am
Delivery Attempted - No Access to Delivery Location
DETROIT, MI 48226

Get Updates ⌄

---

### Text & Email Updates ⌄

---

### Tracking History ⌃

**May 25, 2019, 9:29 am**
Delivery Attempted - No Access to Delivery Location
DETROIT, MI 48226
We attempted to deliver your package at 9:29 am on May 25, 2019 in DETROIT, MI 48226 but could not access the delivery location. We will redeliver on the next business day.

**May 25, 2019, 8:49 am**
Out for Delivery
DETROIT, MI 48226

**May 25, 2019, 8:39 am**
Sorting Complete
DETROIT, MI 48226

**May 25, 2019, 5:45 am**
Arrived at Unit
DETROIT, MI 48216

May 24, 2019
In Transit to Next Facility

May 23, 2019, 12:47 am
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

May 22, 2019, 7:20 am
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

May 21, 2019, 11:33 pm
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**Product Information**  ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.
- Automatically track the packages you're expecting.
- Set up email and text alerts so you don't need to enter tracking numbers.

3/22/2020 — USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70180680001209090052

Remove X

Your item was delivered to the front desk, reception area, or mail room at 2:37 pm on May 28, 2019 in DETROIT, MI 48226.

### ✓ Delivered
May 28, 2019 at 2:37 pm
Delivered, Front Desk/Reception/Mail Room
DETROIT, MI 48226

Tracking History

Product Information

See Less ∧

---

3/22/2020 — USPS.com® - USPS Tracking® Results

### ✓ Delivered
May 28, 2019 at 8:32 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20224

See More ∨

Tracking Number: 70171450000103678448

Remove X

Your item was delivered to an individual at the address at 11:12 am on May 23, 2019 in PONTIAC, MI 48340.

### ✓ Delivered
May 23, 2019 at 11:12 am
Delivered, Left with Individual
PONTIAC, MI 48340

See More ∨

Tracking Number: 70171450000103678455

**Status Not Available**

The tracking number may be incorrect or the status update is not yet available. Please verify your tracking number and try again later.

---

Tracking Number: 70162710000059255929

Remove X

Your item was delivered to the front desk, reception area, or mail room at 8:32 am on May 28, 2019 in WASHINGTON, DC 20224.

Can't find what you're looking for?

7/6/2020 — USPS.com® - USPS Tracking® Results

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number: 70180680000120909052**

Remove X

Your item was delivered to the front desk, reception area, or mail room at 2:37 pm on May 28, 2019 in DETROIT, MI 48226.

### ✓ Delivered

May 28, 2019 at 2:37 pm
Delivered, Front Desk/Reception/Mail Room
DETROIT, MI 48226

Tracking History

Product Information

See Less ∧

**Tracking Number: 70171450000103678455**

Remove X

Status Not Available

7/6/2020 — USPS.com® - USPS Tracking® Results

The tracking number may be incorrect or the status update is not yet available. Please verify your tracking number and try again later.

**Tracking Number: 70162710000059208529**

Remove X

Status Not Available

The tracking number may be incorrect or the status update is not yet available. Please verify your tracking number and try again later.

**Tracking Number: 70162710000059255929**

Remove X

Your item was delivered to the front desk, reception area, or mail room at 8:32 am on May 28, 2019 in WASHINGTON, DC 20224.

### ✓ Delivered

May 28, 2019 at 8:32 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20224

See More ∨

**Tracking Number: 70171450000103678448**

Remove X

7/9/2020

USPS.com® - USPS Tracking® Results

Your item was delivered to an individual at the address at 11:12 am on May 23, 2019 in PONTIAC, MI 48340.

### ✓ Delivered

May 23, 2019 at 11:12 am
Delivered, Left with Individual
PONTIAC, MI 48340

See More ∨

Tracking Number: 9590940306315183455136

Remove ✕

### Information Available Soon

USPS doesn't yet have a status update on this item shipped from the Post Office. Information is usually updated within the hour of your visit. Please check back soon.

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=7&text=28777=&tLabels=70180086000012090000052%2C70171490000010067845%2C...   3/3