Certified Mail Article Number: 7016 2070 0000 0219 9361

thomas james brown bey, creditor/beneficiary
Care of: Thomas James Brown©®™ Trust
care of: [15216] Carlisle
Detroit, Michigan [48205-9998]
248-227-9679
Non-Domestic without UNITED STATES

Denise Page Hood dba CHIEF JUDGE
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
Theodoe Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan 48226
313-234-5400
Julie_owens@mied.uscourts.gov

RE: Case(s) 20-mc-50795-VAR-EAS; 20-mc-50804; 20-mc-50805

To the clerk of the court (Julie Owen):

    i, write this, for there are many of the land, similarly situated, who have listened to me on a few talkshows, whom appear to be truly interested and have told me they will be following along with this case to witness the results, for i, believe i, have chosen a simple method, to move my case through this court i, have chosen to appear before a federal district court, in the capacity of, a 'man' aggrieved, making simple wishes and demands, to order the restoration of my rights, and to seek compensation of the declared wrongs;

    That being said....

    i, now present to this district court of the united states for eastern Michigan', my case:

    i, as a man, wish and *respectfully*, demand, ( as You have always been professional and courteous to me in the past) of this court to: (1) file my suit, and; (2) to give my case an Action Number, and (3) deliver the enclosed summons to the wrongdoers, (4) please time and/or file stamp my original copy of the suit and mail it back to my address ( Please see enclosed: Self-Addressed, pre-Stamped envelope ); (5) It is my wish, to not be charged a fee, and i, do not want to diminish my standing to that of a pauper, i, want my standing to remain that of "a man aggrieved",

    i, do not believe, i, have been presented a 'bill' for services rendered;

    i, do not believe that at this time, an officer of this court, can claim i, owe this court a debt;

    i, DO Believe, that this court was created for the use of man, and those of mankind to settle contentious matters, in a civil manner, without a fee;

    i, declare i, appear before this court, to seek the restoration my rights¹ that are secured and protected by the 'united states Constitution', and as all of the officers of this court, have bound themselves² to the 'Constitution', i, as a man, call upon the officers of this court, to perform their duties;

---

ee: The bill of rights of united States Constitution, Articles: VI; VII; IX;
)ath of Office: Article VI clause 3, 'united states Constitution'. U.S. Codes: 5 U.S.C. § § 1983; 3331, and/or, 28 U.S.C. 543

*That* being said....

IF the officer of this court, still maintains that i, am in error of my beliefs, i, will accept their beliefs, therefore i, have enclosed the copy of the funds you have already collected of $$1,200.00 [7016 2070 0000 0219 4403] filing fee demanded of me from the clerk of the court, for this matter in controversy between i, and The Government of the STATE of Michigan, has gone on for too many years already, So please, just take the $$1,200.00 as i, need this case to MOVE NOW, for once this case is settled, it will allow an my family to return to somewhat normal, allow me to not have to live with my family who are flesh and blood to be returned to us...( Ooh, if You wish to allow me to proceed "fee free" please return the $$1,200.00)

Sincerely;

thomas james brown bey, moorish national 9.9.20

_Thomas james_

thomas james brown-bey, secured party drawer
because thomas james brown trust
15716 CARLISLE STREET
DETROIT, MICHIGAN 48205
private treasury and operation account # xxxxxxxxxxxx-x

CREDIT TO: UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
231 West Lafayette Blvd., Room 564
DETROIT, MICHIGAN 48226

Attention: Steven Meschia, Trustee
PAY TO ORDE OF: U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220
38° 53'54" N 77°2'3"W

reference: Prepaid exchange item
Process through the TT&L account by FedWire
Void where prohibited by law

V:272078365V:030051112   1006

MICHIGAN FIRST CREDIT UNION
27000 EVERGREEN ROAD
LATHRUP VILLAGE, MI 48076

| Date | Account No. | Amount |
|---|---|---|
| 7/9/20 | 2:20-MC-50795-VAR-EAS<br>20-mc-50804<br>20-mc-50805 | $$1200.00 |

CERTIFIED FUNDS
7016 2070 0000 0219 4403
One Thousand Two Hundred 00/100 sovereign credits

AUTHORIZATION
special private set-off
(See attached special processing instructions)

7016 2070 0000 0219 4403

---

Statement of Account

Reference Special set # 651004585oe-1005

| Date | Account No. | Amount | Previous Balance | Current Balance |
|---|---|---|---|---|
| 7/9/20 | 2:20-mc-50795-VAR-EAS | $$400.00 | $$400.00 | --0.00-- |
|  | 20-mc-50804 | $$400.00 | $$400.00 |  |
|  | 20-mc-50805 | $$400.00 | $$400.00 |  |

Fiduciary: This is a noncash item with an attached charging instrument that has been accepted for value by the principal. It is to be presented through electronic medium by FedWire to access a pre-established direct treasury account used for this purpose. Post the uncollected funds into the asset column of the customer's account and charge the offer and acceptance for settlement, prepaid and exempt when entered to the post closing balance.

Return to original issue profile is priority exempt after acknowledgement from the principal, a prepaid exchange, a direct treasury accrual item, and a US bankruptcy proceeding remedy.

IMPORTANT NOTICE

If you are not the current trustee or beneficiary of the subject deed of trust, notify the Notary immediately, or it will be presumed that you have accepted this preauthorized transfer, have sufficient authority to act, and have accepted responsibility as an agent for the office you formerly held. Retention of this document constitutes acceptance and intent to perform pursuant to the defeasance clause of said deed of trust.

CERTIFIED FUNDS
7016 2070 0000 0219 4403
One Thousand Two Hundred 00/100 sovereign credits

REORDER 140-5187 FORM #7200

USPS.com® - USPS Tracking® Results

**USPS Tracking**®

FAQs >

## USPS Tracking Plus® Available ›

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE...**

Track Another Package +

Remove X

**Tracking Number:** 70162070000021944C3

Your item has been delivered to an agent for final delivery in DETROIT, MI 48243 on July 23, 2020 at 10:58 am.

### ✓ Delivered to Agent

**July 23, 2020 at 10:58 am**
Delivered to Agent for Final Delivery
DETROIT, MI 48243

Get Updates ∨

---

Text & Email Updates  ∨

Tracking History  ∧

**July 23, 2020, 10:58 am**
Delivered to Agent for Final Delivery
DETROIT, MI 48243
Your item has been delivered to an agent for final delivery in DETROIT, MI 48243 on July 23, 2020 at 10:58 am.

**July 22, 2020, 11:16 am**
Available for Pickup
DETROIT, MI 48243

**July 22, 2020, 7:40 am**
Out for Delivery
DETROIT, MI 48210

**July 22, 2020, 7:30 am**
Arrived at Unit
DETROIT, MI 48210

**July 21, 2020, 12:30 am**
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**July 20, 2020**
In Transit to Next Facility

**July 19, 2020, 4:47 pm**
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**July 19, 2020, 11:24 pm**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

See Less ∧

---

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs

thomas james brown bey
c/o 15216 Carlisle
Detroit, Michigan [near 48205-9998]
Non-Domestic Without the UNITED STATE
USPS Int'l Mail Manual
742.1 Marking Postage Paid
742.2 Parcels w/o Stamps
Treat as Pre-Paid

MAIL TAMPERING
In accordance With:
Title 18 USC 1341
Title 18 USC 1702
Title 18 USC 1703
Title 18 USC 1708

7016 2070 0000 0219 9361

TAXE PERÇUE
METROPLEX MI POSTAGE PAID
Date: 9-9-20
9 SEP 2020 PM 5 L
9/9/2020 BPU RL 114 (2.2)
thomas james brown-bey
FOREIGN OFFICE OF ORIGIN

RECEIVED
SEP 18 2020
CLERK'S OFFICE
DETROIT

U.S District Court
231 West Lafayette Blvd.
Detroit, Michigan 48226

48226-277402