# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

thomas-jamas: brown-bey
Thomas James Brown ,

    Plaintiff(s),

vs.

POLICE & FIRE RETIREMENT SYSTEM ,
CITY OF DETROIT
STATE OF MICHIGAN

    Defendant(s).
_____/

Case No. 20-mc-50805

Judge Bernard A. Friedman

### TITLE OF DOCUMENT
20180706000183-2 MIUCC1-IRS-CITY OF DETROIT-7-06-18
70101670000021028164 POWER OF ATTORNEY-IN-FACT PFRS mailed 7-23-18
180010578930 WIUCC-IRS-CITYOFDETROIT-8-1-2018
70162070000002193338 Notice of default-Michael Duggan-David Cetlinski mailed 7-13-20

Document Text

Date: October 2, [2020] 1441

Signature of Filer: thomas-james-brown-bey

Printed Name: thomas-james: brown-bey

Street Address: c/o [15216] Carlisle Without the United States

City, State, Zip Code: Detroit, Michigan [48205-9998]

Telephone Number: 248-227-9679