

# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

## Filing Acknowledgement

July 06, 2018 09:51 AM

**Work Order Number**
WO201807060000162

**Initial Filing Number**
20180706000183-2

**Filing Description**
UCC-1

**Document Filing Number**
20180706000183-2

**Debtors**

INERNAL REVENUE SERVICE — 1270 PONTIAC ROAD, Pontiac, MI 48340 USA

G.J. CATER-LOUIS — 1270 PONTIAC ROAD, Pontiac, MI 48340 USA

LISA PATTERSON — 1270 PONTIAC ROAD, Pontiac, MI 48340 USA

ANGELA DAVIS — 1270 PONTIAC ROAD, Pontiac, MI 48340 USA

DETROIT POLICE & FIRE RETIREMENT SYSTEM — 500 WOODWARD AVENUE, STE. 3000, Detroit, MI 48226 USA

DAVID CETLINSKI — 500 WOODWARD AVENUE, STE. 3000, Detroit, MI 48226 USA

KELLY TAPPER — 500 WOODWARD AVENUE, Detroit, MI 48226 USA

**Secured Parties**

THOMAS JAMES BROWN — 15216 CARLISLE, Detroit, MI 48205 USA

Thomas-James: Brown-Bey — C/O [15216] Carlisle Street, Non-Domestic without US, Detroit, MI 48205-9998 USA

The Michigan Secretary of State, Uniform Commercial Code office has filed the attached documents. The filing number, date, and time are shown on each document. The filing number can be used to reference the document in the future.

Ruth Johnson
Secretary of State



# MICHIGAN DEPARTMENT OF STATE

Uniform Commercial Code
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

July 06, 2018

Work Order Number: WO201807060000162

## Work Order Receipt

### Charges

| Description | Filing Number | Qty | Price | Amount |
|---|---|---|---|---|
| UCC-1 Initial Financing Statement | 20180706000183-2 | 1 | $15.00 | $15.00 |
| | | | Total | $15.00 |

### Payments Received

| Type | Description | Amount |
|---|---|---|
| Credit Card | 18070663210747 | $15.00 |
| | Total | $15.00 |

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**THOMAS JAMES BROWN TRUST**

B. E-MAIL CONTACT AT FILER (optional)
tjbenterprisesusa@yahoo.com

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

THOMAS JAMES BROWN TRUST
c/o 23205 Gratiot Avenue
PMB 190
Eastpointe, MI 48021-9999 USA

Michigan Department of State - Uniform Commercial Code

Filing Number: 20180706000183-2

Filing Date and Time: 07/06/2018 09:51 AM

Total Number of Pages: 3

(This document was filed electronically)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME. Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**INERNAL REVENUE SERVICE**

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1270 PONTIAC ROAD | Pontiac | MI | 48340 | USA |

2. DEBTOR'S NAME. Provide only one Debtor name (2a or 2b) ...

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| CATER-LOUIS | G.J. | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1270 PONTIAC ROAD | Pontiac | MI | 48340 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**THOMAS JAMES BROWN**

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 15216 CARLISLE | Detroit | MI | 48205 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
THIS IS ACTUAL AND CONSTRUCTIVE NOTICE

NOTICE OF TORT CLAIM WITH ASSESSMENT FOR DAMAGES, SENT MARCH 28, 2018, USPS REGISTERED CERTIFIED MAIL NO. 70150640000033170612. SENT ON MAY 8, 2018, CONDITIONAL ACCEPTANCE CERTIFIED MAIL NO. 70151730000085931284, SENT JUNE 4, 2018, NOTICE OF TORT CLAIM WITH ASSESSMENT FOR DAMAGES. All agents and principals are here by Notice of claim made against all assets foriegn and domestic for claims against Secured Parties. Adjustment of this filing is in accordance with UCC Sections 1-103, 1-104, 10-104, and HJR-192, Public Law 73-10.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☑ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**TERMINATION OF FRAUDULENT IRS LIEN NO. 220337416**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**
INERNAL REVENUE SERVICE

**18b. INDIVIDUAL'S SURNAME**

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| PATTERSON | LISA | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1270 PONTIAC ROAD | Pontiac | MI | 48340 | USA |

**20. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**20a. ORGANIZATION'S NAME**

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| DAVIS | ANGELA | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1270 PONTIAC ROAD | Pontiac | MI | 48340 | USA |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**21a. ORGANIZATION'S NAME**
DETROIT POLICE & FIRE RETIREMENT SYSTEM

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 500 WOODWARD AVENUE STE. 3000 | Detroit | MI | 48226 | USA |

**22.** ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

**22a. ORGANIZATION'S NAME**

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Brown-Bey | Thomas-James: | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O [15216] Carlisle Street  Non-Domestic without US | Detroit | MI | 48205 9998 | USA |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

**23a. ORGANIZATION'S NAME**

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**24. MISCELLANEOUS:**

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**
INERNAL REVENUE SERVICE

OR

**18b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| CETLINSKI | DAVID | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 500 WOODWARD AVENUE STE. 3000 | Detroit | MI | 48226 | USA |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**20a. ORGANIZATION'S NAME**

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| TAPPER | KELLY | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 500 WOODWARD AVENUE | Detroit | MI | 48226 | USA |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**21a. ORGANIZATION'S NAME**

OR

**21b. INDIVIDUAL'S SURNAME**   **FIRST PERSONAL NAME**   **ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

**21c. MAILING ADDRESS**   **CITY**   **STATE**   **POSTAL CODE**   **COUNTRY**

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

**22a. ORGANIZATION'S NAME**

OR

**22b. INDIVIDUAL'S SURNAME**   **FIRST PERSONAL NAME**   **ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

**22c. MAILING ADDRESS**   **CITY**   **STATE**   **POSTAL CODE**   **COUNTRY**

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

**23a. ORGANIZATION'S NAME**

OR

**23b. INDIVIDUAL'S SURNAME**   **FIRST PERSONAL NAME**   **ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

**23c. MAILING ADDRESS**   **CITY**   **STATE**   **POSTAL CODE**   **COUNTRY**

**24. MISCELLANEOUS:**