**UCC FINANCING STATEMENT**



NAME & PHONE OF CONTACT
Thomas-James: Brown-Bey
THOMAS JAMES BROWN TRUST
tjbenterprisesusa@yahoo.com
2483857250

SEND ACKNOWLEDGMENT TO:
Thomas-James: Brown-Bey
THOMAS JAMES BROWN TRUST
kingtbrown@yahoo.com

Filing # - 180010578930
Filed - 8/1/2018 3:24:00 PM
Wisconsin Department of Financial Institutions

**Debtor's Exact Full Legal Name**

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | | | |
| | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |
| | | | | |
| Mailing Address | City | State | Postal Code | Country |
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | UNITED STATES |

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | CITY OF DETROIT RETIREMENT SYSTEMS | | | |
| | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |
| | | | | |
| Mailing Address | City | State | Postal Code | Country |
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | UNITED STATES |

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | | | | |
| | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |
| | PATTERSON | LISA | | |
| Mailing Address | City | State | Postal Code | Country |
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | UNITED STATES |

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | | | | |
| | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |
| | DAVIS | ANGELA | | |
| Mailing Address | City | State | Postal Code | Country |
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | UNITED STATES |

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | | | | |
| | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |
| | CATER-LOUIS | G.J. | | |
| Mailing Address | City | State | Postal Code | Country |
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | UNITED STATES |

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | | | | |
| | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |
| | CETLINSKI | DAVID | | |
| Mailing Address | City | State | Postal Code | Country |
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | UNITED STATES |

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | Individual's Surname<br>TAPPER | First Personal Name<br>KELLY | Additional Name(s)/Initial(s) | Suffix |
| | Mailing Address<br>500 WOODWARD AVE., STE. 3000 | City<br>DETROIT | State<br>MI | Postal Code<br>48226 | Country<br>UNITED STATES |

**Secured Party's Name (or name of Total Assignee or Assignor S/P)**

| OR | Organization's Name<br>THOMAS JAMES BROWN TRUST | | | |
|---|---|---|---|---|
| | Individual's Surname | First Personal Name | Additional Name(s)/Initial(s) | Suffix |
| | Mailing Address<br>15216 CARLISLE | City<br>Detroit | State<br>MI | Postal Code<br>48205 | Country<br>UNITED STATES |

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | Individual's Surname<br>Brown-Bey | First Personal Name<br>Thomas-James: | Additional Name(s)/Initial(s) | Suffix |
| | Mailing Address<br>General Delivery<br>c/o Main Post Office Non-Domestic w/o U.S. | City<br>Detroit | State<br>Mi | Postal Code<br>48233-9998 | Country<br>UNITED STATES |

**This financing statement covers the following collateral:**

This is actual constructive notice:

NOTICE OF CONTEST OF LIEN, USPS CERTIFIED MAIL NO. 70162710000059255851, SENT MARCH 26, 2017, NOTICE AND DEMAND, SENT MARCH 26, 2017, USPS CERTIFIED MAIL NO. 70162710000059208529, NOTICE OF DIRECT CHALLENGE TO PERSONAL AUTHORITY, SENT ON JUNE 14, 2017, USPS CERTIFIED MAIL NO. 70162710000059255936; MICHIGAN UCC1 FILING NO. 20180706000183-2, FILING DATE AND TIME: 07/06/2018 @ 09:51 AM, TOTAL NUMBER OF PAGES 3. WISCONSIN UCC-1 FILING NO. 180002578022, FILING DATE AND TIME: 3/1/2018 @ 2:11:33 PM.
All bonds including but not limited to: Indemnity, hazard, bail, personal, payment, surety, fiduciary, appeal, performance, attachment, completion, supersedeas, bearer, negotiable instruments and any other securities associated with Fraudulent Notice of Federal Tax Lien on May 17, 2017 to CITY OF DETROIT RETIREMENT SYSTEMS. This claim is based on the implied contract sent on MAY 26, 2017. All mailing are subjects of this agreement and No response from any lawful documents. All agents and principals are here by Notice of Claim made against all assets foreign and domestic for claims against Secured Parties. Adjustments of this filing is in accordance with UCC Sections 1-103, 1-104, 10-104, and HJR-192, Public Law 73-10.

**Alternative Designation:**

Bailee/Bailor

**Financing Statement Relates To:**

Agricultural Lien

**Optional Filer Reference Data:**

Debtors are Transmitting Utilities. File with Michigan Filing 20080401166-6.

**Miscellaneous:**

Not filled in.

**Collateral is:**

Held in a Trust

**Form Type:**