# Moorish Americans
### Aboriginal Natural Peoples of the Land – North America / Northwest Amexem

## Affidavit of Fact
### Notice of Default Judgment

July 13, 2020

thomas james brown bey, sovereign judge
c/o [15216] carlisle – non-domestic without UNITED STATES
detroit territory, michigan republic [48205-9998]
northwest amexem
creditor

Michael Duggan dba acting as MAYOR
David Cetlinski dba acting as DIRECTOR
De facto City of Detroit
2 Woodward Ave., Ste. 1126
Detroit, Michigan 48226
Libellee(s)

7016 2070 0000 0219 3338



United States Republic Postmaster Article No: 7016 2070 0000 0219 3338

**RE:** "Writ in the Nature of Discovery" dated May 26, 2017.

You were advised that certain documentation was requested to make a physical inspection and enable the Borrower to verify and Witness the same in order to prepare a defense. You were advised to provide the requested information in order that I may study all evidence regarding this matter within ten (10) days of the receipt of this Notice of Discovery.

Per the United States Republic Postmaster the request was received by Police & Fire Retirement System CITY OF DETROIT MICHIGAN USA Corporate Headquarters on May 26, 2017. Deadline for receipt of documentation was June 15, 2017.

As this request has not been Honored – this notice of default judgment is being submitted and all claims, petitions, suits, fillings with any third party corporations regarding my credit history be dismissed and expunged.

All officers of the Court are required to take an oath of office to uphold the Constitution of the United States.

"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."

Denial of Discovery is in direct violation of my Constitutionally Secured Rights to "**Due Process of Law**" which is a direct violation of your oath of office.

The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.

"Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."

"If any question of fact or liability be conclusively presumed against him, this is not due process of law, Zeigler v. Railroad Co., 58 Ala. 599."

"In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are **void** under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void")."

Centralized Small Claims *is not an Article III court; and has no delegated jurisdiction / authority under the Supreme Law of the Land, and unconfirmed by the Congress of the United States.*

"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."

"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially. Thompson v. Smith, 154 SE 583."

". . . Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational. ASIS v. US, 568 F2d 284."

"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities. Burns v. Sup., Ct., SF, 140 Cal. 1."

I, thomas james brown bey, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby

requests this Court fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith'.

All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Docket Number # 7016 3710 0000 5925 5851, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits.

Thank You,

*[signature]*

Ex-Relational thomas james brown bey
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103

Exhibit A: Copy of Writ In The Nature of Discovery
Exhibit B: Copy of United States Republic Postmaster Return Receipt to P&F Retirement System City of Detroit

cc:  State of Michigan Attorney General
Dana Nessel DBA Attorney General
c/o 525 OTTAWA ST.; P.O. Box 30212
Lansing, Michigan 48909
miag@michigan.gov

State of Michigan Secretary of State
Jocelyn Benson DBA Secretary Of State
430 W. Allegan; 4th floor
Lansing, Michigan 48918

CITY OF DETROIT
Michael Duggan dba De facto MAYOR
2 Woodward Ave., Rm. 1126
Detroit, Michigan 48226
313-224-3400
FOIA@detroitmi.gov,

US DISTRICT COURT EASTERN MICHIGAN DISTRICT
Honorable Denise Page Hood, dba Chief Judge
David J. Weaver, dba Court Administrator/Clerk of Court
Clerk's Office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 599     7016 2070 0000 0219 4380
Detroit, MI 48226

Taxe Percue
Postage Paid

CERTIFIED MAIL

7016 2070 0000 0219 4380

Thomas-James: Brown-Bey
c/o [15216] Carlisle
Detroit, Michigan near [48205-9998]
Non-Domestic, Without the UNITED STATES
USPS Int'l Mail Manual
742.1 – Marking Postage Paid
742.2 — Parcels w/o Stamps
Treat as Pre-Paid

**MAIL TAMPERING**
In Accordance With:
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

TAXE-PERCUE/POSTAGE PAID
UPU RL 114 (2.2) – UPU RL 141 (2.2)

POSTAGE PAID
UPU RL 114 (2.2)

Date: 7-13-20

Thomas James Brown-Bey
FOREIGN OFFICE OF ORIGIN

Clerk's Office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Rm 599
Detroit, MI 48226

**Envelope 2 (right):**

Taxe Percue
Postage Paid

CERTIFIED MAIL

7016 2070 0000 0219 3338

Thomas-James: Brown-Bey
c/o [15216] Carlisle
Detroit, Michigan [near 48205-9999]
Non-Domestic, Without the UNITED STATES
USPS Int'l Mail Manual
742.1 Marking Postage Paid
742.2 Parcels w/o Stamps
Treat as Pre-Paid

**MAIL TAMPERING**
In Accordance With:
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

TAXE-PERCUE/POSTAGE PAID
UPU RL 114 (2.2) – UPU RL 141 (2.2)

POSTAGE PAID
UPU RL 114 (2.2)

Date: 7-13-20

Thomas James Brown-Bey stamp/seal
FOREIGN OFFICE OF ORIGIN



City of Detroit
2 Woodward Ave., Ste. 1126
Detroit, MI 48226

7/14/2020

USPS.com® - USPS Tracking® Results

# USPS Tracking®

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...**

FAQs >

Track Another Package +

**Tracking Number: 70162070000002193338**                              Remove X

## In-Transit

Your item arrived at our USPS facility in PONTIAC MI DISTRIBUTION CENTER on July 14, 2020 at 1:49 am. The item is currently in transit to the destination.

**July 14, 2020 at 1:49 am**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

### Text & Email Updates  ∨

### Tracking History  ∧

**July 14, 2020, 1:49 am**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
Your item arrived at our USPS facility in PONTIAC MI DISTRIBUTION CENTER on July 14, 2020 at 1:49 am. The item is currently in transit to the destination.

### Get Updates  ∨

### Product Information  ∨

---

7/14/2020

USPS.com® - USPS Tracking® Results

**Tracking Number: 70162070000002194380**                              Remove X

See Less ∧

## In-Transit

Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on July 14, 2020 at 2:01 am. The item is currently in transit to the destination.

**July 14, 2020 at 2:01 am**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

### Get Updates  ∨

### Text & Email Updates  ∨

### Tracking History  ∧

**July 14, 2020, 2:01 am**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on July 14, 2020 at 2:01 am. The item is currently in transit to the destination.

**July 14, 2020, 1:48 am**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

### Product Information  ∨

See Less ∧

9/5/2020 USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70162070000002193338

Remove ✕

Your item was delivered to an individual at the address at 12:46 pm on July 20, 2020 in DETROIT, MI 48226.

✓ **Delivered**    *City of Detroit - Mayor*

July 20, 2020 at 12:46 pm
Delivered, Left with Individual
DETROIT, MI 48226

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

**Tracking Number:** 70162070000002194380

Remove ✕

Your item has been delivered to an agent for final delivery in DETROIT, MI 48243 on July 21, 2020 at 11:43 am.

✓ **Delivered to Agent**    *US District Court*
                            *231 West Lafayette Blvd*
July 21, 2020 at 11:43 am    *Detroit, Michigan 48226*
Delivered to Agent for Final Delivery
DETROIT, MI 48243

Get Updates ∨