# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

thomas-jamas: brown-bey
Thomas James Brown    ,

   Plaintiff(s),

vs.

POLICE & FIRE RETIREMENT SYSTEM    ,
CITY OF DETROIT
STATE OF MICHIGAN

   Defendant(s).

Case No. 20-mc-50805

Judge Bernard A. Friedman

## TITLE OF DOCUMENT

70162070000002193338 Notice of default-Michael Duggan-David Cetlinski mailed 7-13-20
70162070000002194311 affidavit of written ucc PFRS-IRS correction 6.2.20
70171450000103678752 FREEDOM OF INFORMATION ACT REQUEST PFRS & IRS mailed 11-28-18
70173040000026779384 Acting as Agent of Foreign Principal mailed 7-23-18

Document Text

Date:   October 2, [2020] 1441

By: thomas james brown bey
Signature of Filer  without Prejudice

thomas james brown bey
Printed Name

C/O [15216] Carlisle
Street Address without the United State

Detroit, Michigan [48205-9998]
City, State, Zip Code

248-227-9679
Telephone Number