Document & USPO Certified Mail No. 7017 1450 0001 0367 8684

  

2-15-2019 Thomas Brown Bey

THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.*

'The North Gate'.

Societas Republicae Ea Al Maurikanos.

Aboriginal and Indigenous Natural Peoples of the Land.

The true and de jure Al Moroccans / Americans

## Notice of Tort Claim with Assessment for Damages

For The Record, To Be Read Into The Record

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

David Cetlinski, d/b/a Executive Director (Bailee)
Kelly Tapper, d/b/a Asst. Executive Director (Bailee)
POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT
500 Woodward Ave., Ste. 3000
Detroit, Michigan united States of America (USA)

7017 1450 0001 0367 8684

**PERFECTED TRUE BILL AND ACCOUNTING**
**February 1, 2019**
(To be filed under UCC 1 Financing Statement and DUN AND BRADSTREET)

1. Admission Fees ........................................................ $15,000,000.00
2. Deprivation of birth rights, property rights, nobility claim ............... $20,000,000.00
3. Mental Anguish, Tort .................................................. $20,000,000.00
4. Terroristic Threat and Physical Abuse .................................. $15,000,000.00
5. Securities Fraud on Feb. 1, 2019 the withholding of private funds ... $35,000,000.00
6. Mail Fraud and mail harassment (DISCOUNTED) ....................... $15,000,000.00
7. Invasion of Privacy, Surveillance, Wiring, Reality Hacking ............. $15,000,000.00
    Total Amount .................................................. **$135,000,000.00**

NOTICE OF TORT CLAIM WITH ASSESSMENT FOR DAMAGES, SENT MARCH 28, 2018, USPS CERTIFIED MAIL NO. 7015 0640 0000 3317 0612; CONDITIONAL ACCEPTANCE, SENT ON MAY 8, 2018, CERTIFIED MAIL NO. 7015 1730 0000 8593 1284; NOTICE OF TORT CLAIM WITH ASSESSMENT FOR DAMAGES, SENT JUNE 4, 2018, NOTICE OF TORT CLAIM WITH ASSESMENT FOR DAMAGES, SENT JANUARY 7, 2019. All agents and principals are here by Notice of claim made against all assets foreign and domestic for claims against Secured Parties. Adjustment of this filing is in accordance with UCC sections 1-103, 1-104, 10-104, and HJR-192, Public Law 73-10.

THOMAS JAMES BROWN©®™ TRUST [2008040166-6]

Page 1 of 2

Document & USPO Certified Mail No. 7017 1450 0001 0367 8684

Secured parties claim ownership to all assets and all bonds including but not limited to, Indemnity, hazard, bail, personal, payment, surety, fiduciary, appeal, performance, attachment, completion, supersedes, bearer, negotiable Instrument or any other securities associated with lien debtors. All Debtors surety/property and body utilized to guarantee the payment of this commercial lien is the operational/commercial bonds of the LIEN Debtors. If the bond(s) of the Lien Debtors are insufficient for coverage of the payment the assets and body of the Lien Debtors will be utilized as follows. All the real and moveable property of the Debtor, pensions, bank assets and savings accounts of debtor except wedding rings, keepsake, family photographs, diaries, journals, etc., and the property normally exempted in the lien process (include survival provision).

The surety of this True Bill is the private assets, plus all public liability bonds and licenses of In Accord with the TERMS AND CONDITIONS and ADMISSIONS AND STIPULATIONS of CONTRACT.

*Thomas James Brown-Bey*

Thomas-James. Brown-Bey, Secured Party, Executor

THOMAS JAMES BROWN©®™ TRUST [2008040166-6]



TAXE-PERCUE/POSTAGE PAID
UPU RL 114 (2.2) - UPU RL 141 (2.2)

POSTAGE PAID
UPU RL 114 (2.2)

Date 15 FEB 2019

Thomas-James: Brown-Bey
c/o [15216] Carlisle
Detroit, Michigan near [48205-9998]
Non-Domestic, Without the UNITED STATES
USPS Int'l Mail Manual
742.1 – Marking Postage Paid
742.2 — Parcels w/o Stamps
Treat as Pre-Paid

**MAIL TAMPERING**
In Accordance With:
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

Thomas James Brown Bey
FOREIGN OFFICE OF ORIGIN

David Cellinski, Exec. Director
Police & Fire Retirement System
500 Woodward Ave, Ste 3000
Detroit, MI 48226

**CERTIFIED MAIL**

7017 1450 0001 0367 8684
7017 1450 0001 0367 8684

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number: 70171450000103678684**

Remove ✕

Your item arrived at our USPS facility in PONTIAC MI DISTRIBUTION CENTER on February 16, 2019 at 11:01 am. The item is currently in transit to the destination.

*Notice of Tort Claim with Assessment for Damages P & F Retirement System*

### In-Transit

February 16, 2019 at 11:01 am
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**February 16, 2019, 11:01 am**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
Your item arrived at our USPS facility in PONTIAC MI DISTRIBUTION CENTER on February 16, 2019 at 11:01 am. The item is currently in transit to the destination.

---

**Product Information** ∧

Postal Product:         Features:
                        Certified Mail™

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70171450000103678684

Remove ✕

Your item was delivered to an individual at the address at 10:58 am on February 21, 2019 in DETROIT, MI 48226.

## ✓ Delivered

February 21, 2019 at 10:58 am
Delivered, Left with Individual
DETROIT, MI 48226

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To: Police & Fire Retirement System
Street and Apt. No., or PO Box No. 500 Woodward Ave, Ste 300
City, State, ZIP+4: Detroit, MI 48226

Postmark Here: 15 FEB 20

PS Form 3800, April 2015   See Reverse for Instructions

7017 1450 0001 0367 8684

## Tracking History

**February 21, 2019, 10:58 am**
Delivered, Left with Individual
DETROIT, MI 48226
Your item was delivered to an individual at the address at 10:58 am on February 21, 2019 in DETROIT, MI 48226.

**February 20, 2019**
In Transit to Next Facility

**February 18, 2019, 4:31 am**
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**February 17, 2019, 9:14 am**
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**February 16, 2019, 11:01 am**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER