## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

thomas-jamas: brown-bey
Thomas James Brown ,

Plaintiff(s),

Case No. 20-mc-50804

vs.

Judge Lauria J. Michelson [Correction]

POLICE & FIRE RETIREMENT SYSTEM ,
CITY OF DETROIT
STATE OF MICHIGAN

Defendant(s).

_____/

### TITLE OF DOCUMENT
20193234700 DE UCC1 CITY OF DETROIT-PFRS filed 5-10-19
20196744606 DE UCC1F INTERNAL REVENUE SERVICE-PFRS filed 9-27-2019
70162710000059255851 NOTICE OF CONTEST OF LIEN IRS filed 1-26-2018 hand
70162070000002196988 command to appear in court - Micheal Duggan-David Cetlinski
RE297746986US DEMAND FOR PAYMENT IN FULL PFRS mailed 9-30-19
Counter Claim CITY OF DETROIT IRS hand delivered 2-2-2018 15pgs
RE118290306US INTERNATIONAL COMMERCIAL CLAIM-PFRS 14pgs
2018242843 wayne county legal notice and demand - re118290354us

Document Text

Date:   October 5, [2020] 1441

By: ~~thomas james brown bey~~
Signature of Filer without Prejudice

~~thomas james brown bey~~
Printed Name

Care of: 15216 Carlisle
Street Address Non-Domestic w/o U.S.

Detroit, Michigan [48205-9998]
City, State, Zip Code

_____
Telephone Number

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
THOMAS-JAMES: BROWN-BEY (248)385-7250

B. E-MAIL CONTACT AT FILER (optional)
KINGTBROWN@YAHOO.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

THOMAS JAMES BROWN TRUST

15216 CARLISLE

DETROIT, MI 48205

US

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 10:40 AM 05/10/2019
U.C.C. Initial Filing No: 2019 3234700

Service Request No: 20193747436

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1111 CONSTITUTION AVE. N.W. | WASHINGTON | DE | 20224 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| THOMAS JAMES BROWN TRUST | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 15216 CARLISLE | DETROIT | MI | 48205 | US |

4. COLLATERAL: This financing statement covers the following collateral
THIS IS ACTUAL AND CONSTRUCTIVE NOTICE: The following Debtors DAVID CETLINSKI, KELLY TAPPER, CASSANDRA CHILDRESS, LISA PATTERSON, ANGELA DAVIS, G.J. CARTER-LOUIS [USPS Tracking Number(s): 70180680000120909021, 70180680000120909014] are Transmitting Utilities utilized in commerce for the benefit of the Secured Party. The Secured party is a 3-dimensional living soul, flesh and blood Melaninite Male/Man Who is Autochthonous, Indigenous and Descendant of the original peoples of: Turtle Island, Muu-Lan, Altan, Amexem, Land of the Frogs[ MISNOMER: North America]. The Secured Party Secures All Rights, Titles Interests to All Collateral as received by Corporate / Government Registries, related Corporations and Pledge represented by the same but not limited to: Pignus, Hypotheica, Hereditaments, res and The Energy and the ALL CAPS names of Debtors/Transmitting Utilities as well as any and all derivatives and variations of an all capitals name. Secured Party Accepts for Value, Honor & Consideration ALL endorsements front and back of ALL Adhesions contracts, trusts and instruments attributed to the debtors (UCC 3-401). This Lien is NOT dischargeable in Bankruptcy Court. ALL amendments to this filing will be by: the Red Wet Ink Signature of the Secured party in accord with Commercial Security Agreement - 7018 0680 0001 2090 9014, 7018 0680 0001 2090 9021. Third-Party Intervenors are hereby BARRED from involvement with this transaction.

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators

# UCC FINANCING STATEMENT **ADDENDUM**

**FOLLOW INSTRUCTIONS**

| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | | |
|---|---|---|
| **9a. ORGANIZATION'S NAME** | | |
| INTERNAL REVENUE SERVICE | | |
| **OR** **9b. INDIVIDUAL'S SURNAME** | | |
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| **10a. ORGANIZATION'S NAME** | | | | | |
|---|---|---|---|---|---|
| **OR** **10b. INDIVIDUAL'S SURNAME** | | | | | |
| CHYLINSKI | | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | | |
| DAVID | | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |
| **10c. MAILING ADDRESS** | CITY | | STATE | POSTAL CODE | COUNTRY |
| 500 WOODWARD AVE., STE. 3000 | DETROIT | | MI | 48226 | US |

| 11. ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b) | | | | | |
|---|---|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | | | |
| **OR** **11b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| BROWN-BEY | THOMAS-JAMES | | | | |
| **11c. MAILING ADDRESS** | CITY | | STATE | POSTAL CODE | COUNTRY |
| C/O [15216] CARLISLE, NON-DOMESTIC WITHOUT US, ZIP EXEM | DETROIT | | MI | 48205-9998 | US |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate |

**17. MISCELLANEOUS:**
REF: USPS RF16222108903, RF16222109203, 70171450000103578745, 70150640000033170612, 70151730000085931284, RE118290306US

International Association of Commercial Administrators

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement, if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME |
|---|
| INTERNAL REVENUE SERVICE |

OR

| 18b. INDIVIDUAL'S SURNAME |
|---|
| |

| FIRST PERSONAL NAME |
|---|
| |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME  Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME |
|---|
| |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| TAPPER | KELLY | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

20. ADDITIONAL DEBTOR'S NAME  Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME |
|---|
| |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| CHILDRESS | CASSANDRA | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

21. ADDITIONAL DEBTOR'S NAME  Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME |
|---|
| |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| PATTERSON | LISA | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1270 PONTIAC ROAD | PONTIAC | MI | 48340 | US |

22. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME |
|---|
| |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

23. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME |
|---|
| |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

24. MISCELLANEOUS:
REF:USPS RF162221089US, RF16222109US, 70171450000103678745, 70150640000033170612, 70151730000085931284, RE118290306US

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement. If line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME |
| --- |
| INTERNAL REVENUE SERVICE |

OR

| 18b. INDIVIDUAL'S SURNAME | | |
| --- | --- | --- |
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME  Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| --- | --- | --- | --- | --- | --- |
| DAVIS | ANGELA | | | | |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 1270 PONTIAC ROAD | PONTIAC | MI | 48340 | | US |

20. ADDITIONAL DEBTOR'S NAME  Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| --- | --- | --- | --- | --- | --- |
| CATER-LOUIS | G.J. | | | | |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 1270 PONTIAC ROAD | PONTIAC | MI | 48340 | | US |

21. ADDITIONAL DEBTOR'S NAME  Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| --- | --- | --- | --- | --- | --- |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | · | COUNTRY |

22. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| --- | --- | --- | --- | --- | --- |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| --- | --- | --- | --- | --- | --- |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

24. MISCELLANEOUS:

REF: USPS RF16222108905, RF162221092US, 70171450000103678745, 70150640000033170612, 70151730000085931284, RE118290306US



# State of Delaware

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903



**8042901**                                                                05-10-2019
**THOMAS JAMES BROWN TRUST**
**15216 CARLISLE**
**DETROIT, MI  48205**

**ATTN: THOMAS-JAMES: BROWN-BEY**

| DESCRIPTION | AMOUNT |
|---|---|

**20193234700**
**UCC1U  Transmitting Utility**

| | |
|---|---|
| UCC Filing Fee - Web | $50.00 |
| **TOTAL CHARGES** | **$50.00** |
| **TOTAL PAYMENTS** | **$50.00** |
| | |
| **BALANCE** | **$0.00** |

The following Debtor Names were indexed in the UCC Management System as a result of this filing :
INTERNAL *REVENUE SERVICE*
POLICE *& FIRE* **RETIREMENT SYSTEM OF** *THE CITY* OF DETROIT
CETLINSKI, *DAVID*
CATER-LOUIS, *G.J.*
CHILDRESS, *CASSANDRA*
PATTERSON, *LISA*
DAVIS, *ANGELA*
TAPPER, *KELLY*

Governor | General Assembly | Courts | Elected Officials | State Agencies

Acknowledgement Message

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequently Questions
Related Links
Contact Us
Search

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Collect the Forms
How to the Fees
Tax and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submit a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

## Delaware E-UCC
## Acknowledgement Message

PROCESSING, PLEASE WAIT. IF PROCESSING PLEASE WAIT
APPEARS CLICK "PRINTABLE VERSION" BUTTON AGAIN.

The Transmitting Utility Filing has been completed and successfully filed.

UCC1 Filing Number:  20193234700

UCC1 File Number: 20193234700

Submission Date and Time: 05/10/2019 10:40 EST

An official file stamped copy of the UCC filing will automatically be emailed to the email address on record. If you want an additional copy emailed to a different email address click Email PDF.

| Printable Version | Email PDF |
| New UCC Filing | Exit |

## Customer Service Survey

Customer Service Survey    Help us make your experience better.
Please complete our Customer Service Survey.

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/Ecorp/UCC/AckMessage.aspx

**Payment Verification Notice for Amount of $50.00** <span style="float:right">Yahoo Mail/Inbox</span>

 DO_NOT_REPLY_DCIS@delaware.gov           May 10 at 10:40 AM
To: kingtbrown@yahoo.com

The payment has been authorized and accepted. Payment Type: ACH Amount: $50.00 Authorization No: Remittance No: 1040297261 Account Number: *****0426

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
THOMAS-JAMES BROWN-BEY (248)385-7250

B. E-MAIL CONTACT AT FILER (optional)
KINGTBROWN@YAHOO.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

THOMAS JAMES BROWN TRUST

15216 CARLISLE

DETROIT, MI 48205

US

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 02:30 PM 09/27/2019**
**U.C.C. Initial Filing No: 2019 6744606**

**Service Request No: 20197271295**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name), if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | US |

2. DEBTOR'S NAME Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name), if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| PATTERSON | LISA | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| THOMAS JAMES BROWN (C) (R) (TM) | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O [15216] CARLISLE, NON-DOMESTIC WITHOUT US | DETROIT | MI | 48205-9999 | US |

4. COLLATERAL: This financing statement covers the following collateral:
THIS IS ACTUAL AND CONSTRUCTIVE NOTICE   THE FOLLOWING NOTICE IS BEING ACCEPTED FOR VALUE BY THE
SECURED PARTY:   FORM 668 (Y)(c) 11953 SERIAL NUMBER 220337416   RECORDED ON LIBER 49596 PAGE 621;
RECEIPT NO. 80917, 07/20/2016 @ 08:52:21 AM   FOR THE AMOUNT OF: $164962.10   RECORDED BY:
REGISTERS OF DEEDS OAKLAND COUNTY   PONTIAC, MI 48341

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable) ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
REF: IN WAYNE COUNTY FILE NO. 2018242843

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| --- |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE |

OR

| 9b. INDIVIDUAL'S SURNAME |
| --- |
| |
| FIRST PERSONAL NAME |
| |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
| --- |

OR

| 10b. INDIVIDUAL'S SURNAME | | | |
| --- | --- | --- | --- |
| DAVIS | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| ANGELA | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | US |

**11.** ☑ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
| --- |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL (S) | SUFFIX |
| --- | --- | --- | --- |
| BROWN-BEY | THOMAS-JAMES | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| C/O [15216] CARLISLE, NON-DOMESTIC WITHOUT US | DETROIT | MI | 48205-9999 | US |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**
ATTACH TO TRANSMITTING UTILITY FILING NO. 20080401666 FILED ON MARCH 13, 2008.

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)
International Association of Commercial Administrators

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐ | | |
|---|---|---|
| 18a. ORGANIZATION'S NAME | | |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | | |
| OR 18b. INDIVIDUAL'S SURNAME | | |
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME  Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| POLICE & FIRE RETIREMENT SYSTEM | | | | |
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

20. ADDITIONAL DEBTOR'S NAME  Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| CELINSKI | DAVID | | | |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

21. ADDITIONAL DEBTOR'S NAME  Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OAKLAND COUNTY | | | | |
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1200 N TELEGRAPH RD. | PONTIAC | MI | 48341 | US |

22. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

ATTACH TO TRANSMITTING UTILITY FILING NO. 20080401666 FILED ON MARCH 13, 2008.



# State of Delaware

### SECRETARY OF STATE
### DIVISION OF CORPORATIONS
### P.O. BOX 898
### DOVER, DELAWARE 19903

8042901                                                                          09-27-2019

**THOMAS JAMES BROWN TRUST**
**15216 CARLISLE**
**DETROIT, MI 48205**

**ATTN: THOMAS-JAMES BROWN-BEY**

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **20196744606** | | |
| **UCC1F Financing Statement** | | |
| | *UCC Filing Fee - Web* | *$50.00* |
| | *TOTAL CHARGES* | *$50.00* |
| | *TOTAL PAYMENTS* | *$50.00* |
| | *BALANCE* | *$0.00* |

The following Debtor Names were indexed in the UCC Management System as a result of this filing :
DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE
PATTERSON, LISA
OAKLAND COUNTY
POLICE & FIRE RETIREMENT SYSTEM
CELINSKI, DAVID
DAVIS, ANGELA

## Payment Verification Notice for Amount of $50.00

Yahoo Mail/Inb

 **DO_NOT_REPLY_DCIS@delaware.gov** <DO_NOT_REPLY_DCIS@delaware.gov>
To: kingtbrown@yahoo.com

Sep 27 at 2:30 PM

The payment has been authorized and accepted. Payment Type: ACH Amount: $50.00 Authorization No: Remittance No: 0230413188 Account Number: ******5292

Certified Mail Number 7016 2710 0000 5925 5851 - Return Receipt 9590 9403 0634 5183 5496 34

## CONTEST OF LIEN
## NOTICE AND DEMAND OF REVOCATION OF NOTICE OF INTENT TO LIEN/LEVY

#### NOTICE TO AGENTS IS NOTICE TO PRINCIPAL: NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Dated: May 26, 2017
In The Matter of:

Thomas-James: Brown-Bey·                    )          WAYNE COUNTY
c o [15216] Carlisle Street                 )
Detroit, Michigan und [48205]               )          STATE OF MICHIGAN
                                            )
Vs.                                         )
                                            )
Lisa Patterson d/b/a REVENUE OFFICER        )
INTERNAL REVENUE SERVICE                    )
1270 PONTIAC RD.                     ··     )
PONTIAC, MICHIGAN 48340-2258                )

### NOTICE OF CONTEST OF LIEN

I am the Secured Party authorized to speak for and respond on behalf of THOMAS JAMES BROWN©®™. This is Actual and Constructive Notice that the claim on the attached Notice [668-W(ICS)] copy has been discharged. The IRS received the authorized negotiable instrument for the entire amount and the discharge is honored by Treasury Rule by the Secretary of the Treasury. Furthermore, the Undersigned Secured Party has filed a prior, superior UCC claim with the Secretary of State. See attached copy, MICHIGAN UCC No. 20080401666. Dated: March 13, 2008.

Therefore, you are hereby notified that the undersigned Secured Party contests the "claim of lien" filed by THE INTERNAL REVENUE SERVICE. THE INTERNAL REVENUE SERVICE is now required by law to file suit to enforce any lien within sixty (60) days from the date of service of any notice or be in default and surrender the claim. No original Lien is available as of Wayne County Registered of Deeds. May 25, 2017, 1:34PM. rdmsokyl. Workstation H113139; Receipt No. 17-183526 in the name of: THOMAS JAMES BROWN©®™, copy included.

This is Actual and Constructive Notice of Contest regarding the attached notice. This Contest is hereby issued in accordance with Uniform Commercial Code Section 2-608, ab initio, cancelling and discharging the averred debt.

This contest is hereby now in effect due to certain elements of fraud and misrepresentation, duress, coercion, mistake, "bankruptcy" per UCC Sections 1-103 and 3-305 that have been accepted and acknowledged without denial and absent "Notice without Dishonor" by the United States. Use of the Uniform Commercial Code is for remedy and recourse purposes only; it is not to be considered or construed as a privilege or as an acceptance of benefit(s).

In addition, any said future "Notice" would, on its face, be a fraudulent document and a sham pursuant to the Uniform Federal Lien Registration Act (1978). The issuing agency requires the respondent's signature for a Lien/Levy when only a Notice has been received. That is a demand that the signer commit perjury, a criminal offence.



By: Thomas-James: Brown-Bey©®™, Care of: THOMAS JAMES BROWN©®™:SS#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 - Authorized ୨୫'' ୮ ୫୮ Representative. All Rights Reserved as given by my Creator.

JAN 2 6 2018



RETIREMENT SYSTEMS
OF THE
CITY OF DETROIT

500 WOODWARD AVE. STE. 3000
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

$\partial 70641$

May 18, 2017

Thomas J Brown
P.O. Box 37785
Oak Park, MI  48237-0785

Dr. Mr. Brown:

You are hereby notified that a levy in the amount of $198,314.96 was served on the Retirement Systems of the City of Detroit by the Internal Revenue Service for income tax against any and all monies due you.

Under the Tax Reform Act, a retiree is allowed a monthly exemption of $845.83 plus $329.17 for each dependent. We are therefore requesting you complete the enclosed tax exemption form and return it to the Retirement systems in the enclosed envelope. Failure to do so on a timely basis will result in a forfeiture of the allowable dependent exemptions.  Please complete the IRS copy of the exemption form and mail it to the Internal Revenue Service Office using the enclosed IRS envelope.

If you have received a Release of Levy from the Internal Revenue Service, please contact our office as soon as possible at (313) 224-3362 ext 244 or (800) 339-8344 ext 244.

Very truly yours,

Cassandra Childress
Paymaster
Retirement Systems of the City of Detroit

Enclosure

| Form 668-W(ICS) | | Department of the Treasury – Internal Revenue Service |
|---|---|---|
| (January 2015) | | **Notice of Levy on Wages, Salary, and Other Income** |

DATE: 05/17/2017

REPLY TO: Internal Revenue Service
      LISA PATTERSON
      1270 PONTIAC RD.
      PONTIAC, MI 48340-2238

TELEPHONE NUMBER
OF IRS OFFICE: (248)874-2331

NAME AND ADDRESS OF TAXPAYER
THOMAS J BROWN
PO BOX 37785
OAK PARK, MI 48237-0785

TO   POLICE AND FIRE RETIREMENT
      RETIREMENT SYSTEMS
      500 WOODWARD AVE STE 3000
      ONE DETROIT CENTER
      DETROIT, MI 48226-5493

IDENTIFYING NUMBER(S): 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

BROW

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2003 | $10,449.75 | $3,707.40 | $14,157.15 |
| 1040 | 12/31/2004 | $16,870.27 | $5,979.63 | $22,849.30 |
| 1040 | 12/31/2005 | $15,999.95 | $5,635.42 | $21,635.37 |
| 1040 | 12/31/2006 | $15,154.41 | $5,285.36 | $20,439.77 |
| 1040 | 12/31/2008 | $1,387.02 | $118.46 | $1,505.48 |
| 1040 | 12/31/2010 | $38,130.50 | $3,606.08 | $41,736.58 |
| 1040 | 12/31/2011 | $66,983.20 | $9,007.51 | $75,990.71 |
| | | | Total Amount Due ⇒ | $198,314.96 |

We figured the interest and late payment penalty to __06/16/2017__

Statement of Exemptions and Filing Status (*To be completed by taxpayer; instructions are on the back of Part 5*)

My filing status for my income tax return is (check one):
☐ Single
☐ Head of Household
☐ Married Filing a Joint Return
☐ Qualifying Widow(er) with dependent child
☐ Married Filing a Separate Return

ADDITIONAL STANDARD DEDUCTION: _____ (*Enter amount only if you or your spouse is at least 65 and/or blind.*)

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (Husband, Wife, Son, Daughter, etc.) | Social Security Number (SSN) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Taxpayers Signature | | Date |
|---|---|---|

Part 5 – For Taxpayer to keep

Form 668-W(ICS) (1-2015)



**Internal Revenue Service**
**Department of the Treasury**
2970 MARKET STREET
PHILADELPHIA, PA 19104

Date:
09/20/2018
Taxpayer ID number:
XXX-XX-5162
Person to contact:
DIANE C MITURA
Employee ID number:
1000200261
Contact telephone number:
(267)466-5720
Contact fax number:
(855)893-6313
Contact hours:
9:00 am to 4:00 pm (Eastern)

THOMAS J BROWN
15216 CARLISLE ST
DETROIT, MI 48205

We haven't received the tax return(s) listed on the next page(s) of this letter. If you have filed, or if you aren't required to file, please go to the next page and provide the information requested in the space **beneath** the listed return(s).

Return this letter by 10/09/2018 with the information requested in the enclosed self-addressed envelope. The enclosed copy of this letter is for your records.

If you haven't filed the required return(s), attach the signed return(s) to this letter and send them to us with your payment for any tax due.

You will be charged interest on any unpaid tax as provided by law. The law also provides for penalty charges for filing returns late, paying taxes late, and making deposits late, unless there is reasonable cause for delay.

If you believe you have reasonable cause for not filing and paying on time, explain in a separate statement and attach a copy of the statement to each return. It will help us determine whether you can be excused from paying any of the applicable penalties.

If your address as shown above is incorrect, correct it so we can update our records.

If you have any questions or can't pay the amount due, contact me at the telephone number shown above.

Thank you for your cooperation.

Sincerely yours,

DIANE C MITURA
REVENUE OFFICER

Letter 729 (Rev. 6/2015)
Catalog Number 40327F



Tracking Number: 70162710000059255851

**Expected Delivery on**

FRIDAY

**2** JUNE
2017
by
8:00pm

**Status**

✓ **Delivered**

June 2, 2017 at 10:35 am
Delivered, Front Desk/Reception
PONTIAC, MI 48340

Delivered

**Tracking History**  ∧

June 2, 2017, 10:35 am
Delivered, Front Desk/Reception
PONTIAC, MI 48340
Your item was delivered to the front desk or reception area at 10:35 am on June 2, 2017 in PONTIAC, MI 48340.

June 1, 2017, 10:41 am
Arrived at Unit
PONTIAC, MI 48340

May 27, 2017, 2:36 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

May 27, 2017, 6:36 am
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Tracking Number: 9500940306345183543634

**Status**

Your item was delivered in or at the mailbox at 12:32 pm
on June 6, 2017 in EASTPOINTE, MI 48021.

✓ **Delivered**

June 6, 2017 at 12:32 pm
Delivered, In/At Mailbox
EASTPOINTE, MI 48021

Delivered

**Tracking History**  ∧

June 6, 2017, 12:32 pm
Delivered, In/At Mailbox
EASTPOINTE, MI 48021
Your item was delivered in or at the mailbox at 12:32 pm on June 6, 2017 in EASTPOINTE, MI 48021.

June 2, 2017, 7:20 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

June 2, 2017, 6:51 pm
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

June 2, 2017, 5:36 pm
Accepted at USPS Origin Facility
SOUTHFIELD, MI 48075

NOTICE TO AGENT IS NOTICE PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## DEMAND FOR PAYMENT IN FULL OF COMMERCIAL LIEN

September 30, 2019

Thomas-James: Brown-Bey, Grantor
c/o THOMAS JAMES BROWN©®™ TRUST
c/o [15216] Carlisle
Detroit, Michigan [48205-9998]
(248)385-7250

Registered Mail Tracking Number RE 297 746 986 US

RE 297 746 986 US

To: POLICE & FIRE RETIREMENT SYSTEM FOR THE CITY OF DETROIT
    David Cetlinski, Director
    500 WOODWARD AVE., STE. 3000
    DETROIT, Michigan 48226

Registered Mail Tracking Number RE 297 746 990 US

RE 297 746 990 US

To: Universal Postal Union
    International Bureau
    James H. Gunderson
    Case postale
    3000 Berne 15
    Switzerland

Subject: Contract of Commercial Lien UCC File DE # 20193234700

Dear Mr.. Cetlinski:

"Affidavit of Thomas-James: Brown-Bey"

Due to the total breakdown of the justice system of Michigan, whereby no
lawful courts are provided for the adjudication of law, the law of commerce has
been adopted to stop the unlawful conduct of "Foreign Agents" 22 USC 611.
Thomas-James: Brown-Bey has been enslaved by the "POLICE & FIRE
RETIREMENT SYSTEM OF THE CITY OF DETROIT" without authority of
law since March 13, 2008. After rights, privileges and immunities secured by the
Constitution for the United States of America, were repeatedly violated by a
"Corporate Government" (CITY OF DETROIT, WAYNE COUNTY,
MICHIGAN) and the POLICE & FIRE RETIREMENT SYSTEM OF THE CITY
OF DETROIT refused to stop this "Conspiracy against rights" 18 USC 241, a
"Commercial Lien" was lawfully filed within the laws of commerce. A criminal

THOMAS JAMES BROWN©®™ TRUST                                    Page 1 of 7

complaint against all members of the "MICHIGAN BAR ASSOCIATION" was filed with the "STATE INSURANCE COMMISSIONER" who has refused to remove these "Foreign Agents" from "Public Offices" and allowed them to continue their "Organized Crime". In an effort to re-establish lawful government in Michigan, I demand full payment of the attached $200,500,000,000.00 commercial lien. This is done to force the "POLICE & FIRE RETIREMENT SYSTEM" to grant "due process of law", it has refused to date. The "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" has abandoned its "Constitutional Authority" and "Foreign Agents" have instituted "Corporate Government", by corporations, for corporations against the "American People". Should the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" fail to pay this lawfully established debt, within 30 days as required by law, then the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" must be shut down for 100 Years or until the debt is paid in full, as agreed in the terms of the lien. Within the law of commerce there is nothing left to resolve, the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" has admitted it crimes and trespasses by its failure to deny them. Failure to pay its debts is lawful grounds for seizure of all assets as clearly listed in the attached commercial lien. On this 30th day of September 2019, I demand payment in full.

Facts:

1.      The "Constitution of the United States of America" and the "Constitution of Michigan" have been overthrown by "Foreign Agents" 22 USC 611, who have seized the "Courts of Michigan" to operate them as their personal "Organized Crime Operations" of "Extortion" for "Profit". Thomas-James: Brown-Bey has been lawfully challenging this "Corruption" since 1991 and has been denied his rights, privileges and immunities in all courts of Michigan. No "due process of law" has ever been granted in any court Thomas-James: Brown-Bey has appeared in and no lawful judgment has ever been rendered, in any case where he was a party. The evidence of this "Conspiracy against rights" 18 USC 241, by "Foreign Agents" is present in every case filed of every court where Thomas-James: Brown-Bey has appeared. Thomas-James: Brown-Bey is entitled to this claim to enforce the "Status Quo" of "due process of law".

2.      "Due Process of Law" is secured to every "Moorish American National" and common law dictates that once due process of law is denied all jurisdiction ceases. Thomas-James: Brown-Bey was convicted of felony crimes by a "Corporation" (WAYNE COUNTY, MICHIGAN) that operates in violation of the Constitution of Michigan. This "Corporation" exercises "Police Powers" as a "Corporation" in violation of Article XI, Section 3 of the Constitution of Michigan. It taxes the public to support itself and other "Corporations" prohibited

by Article VI, Section 23 of the Constitution of Michigan. These violations of law, have been repeatedly reported to the Governor, Attorney General, Michigan Senate, Michigan House of Representatives, the Michigan Supreme Court, Michigan Court of Appeals, US Representative for the 5th District of Michigan, United States District Court, United States Court of Appeals and the United States Supreme Court, all of whom have refused to enforce the "Supreme Law of land". This is a conspiracy of "Foreign Agents" who control these "Public Offices", that by the "Original 13th Amendment" (ratified and made law in 1819) clearly states no "Title of Nobility" may hold any office of trust or profit. Because a "Corporate Government" has no lawful authority, it can not lawfully act against the "American People". This conspiracy has made Thomas-James: Brown-Bey a "slave" of the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" without authority of law and refused all due process of law that entitles him to release.

3.     Criminal complaints against these "Foreign Agents" have been repeatedly ignored and they have been allowed to maintain their unlawful restraints of Thomas-James: Brown-Bey. "Foreign Agents" are impersonating "Judges" and operating the "Courts of Michigan" without law, evidence or rules established to protect the "American People". The right of compulsory process for witnesses has been denied in both cases where Thomas-James: Brown-Bey was convicted of felony crimes. This denial of due process of law establishes the convictions are null and void. All jurisdiction was lost when due process was denied. "Foreign Agents" claiming the authority to violate constitutional rights, is a threat to the "American People" and must be held accountable for the injuries they inflicted with malice, intent and knowledge of breaking our law. Refusal to prosecute these felony crimes, is the crime of "Misprision of Felonies" 18 USC 4.

4.     The "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" was established by "Treaty" with the "United States of America" by the "Constitution of Michigan". By this "Treaty", the "American People" are assured a "Republic Form of Government" whereby the "American People", have the rights, privileges and immunities secured by the "Constitution for the United States of America" and will be honored by the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT". This contract has been broken, by attorneys who have conspired to overthrow the "Constitutional Government" and in its place institute "Corporate Government" by corporations, for corporations against the "American People". This corporate government has failed to provide security of rights, privileges and immunities, established as its lawful purpose by Article I, Section 2 of the Constitution of Michigan. The POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT has failed in its chief design by failing to provide the "American People" within Michigan their protection of law. Because the "POLICE & FIRE RETIREMENT SYSTEM OF

THOMAS JAMES BROWN©®™ TRUST

THE CITY OF DETROIT" has failed to provide Thomas-James: Brown-Bey with his rights, privileges and immunities, this government has failed to act in accordance with law and has lost all immunities for their crimes. Until these "Foreign Agents" are arrested, charged and prosecuted for their crimes against Thomas-James: Brown-Bey, Thomas-James: Brown-Bey has the right to seek justice by all lawful means. A "Lis Pendens Lien" is a "Common Law Right" of all "Moorish American Nationals" to collect damages for injuries suffered.

5.      Thomas-James: Brown-Bey has filed this "Lien" in the 3rd Judicial Circuit Court of Michigan, where it remains unrebutted to date. It has been filed in the United States District Court and properly served on all parties involved and stands unrebutted to date. It was file as a UCC Amendment on March 13, 2008 File # 2008040166-6 and is unrebutted to date. This was filed with the Michigan Insurance Commissioner, for removal of all "MICHIGAN BAR ASSOCIATION" members from "Public Offices" until this matter is resolved. This was requested within UPU Regulations and has been ignored to date. Within the "Public Vessels Act" a "Public Vessel" that causes injuries must be removed from "Public Office" until the matter is resolved. Refusal to comply with this law of commerce, in the "Admiralty", establishes the lawful right to accountability for all acts public and private. For these reasons, the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" is "Dishonored" in "Commerce" for its refusal to comply with the laws governing its conduct. Thomas-James: Brown-Bey has filed a "Writ of Praecipe" demanding the deposit of the patron. It has been refused to date by "Foreign Agents" engaged in "Organized Crime" of "Slavery of Americas" prohibited by the current "13th Amendment". Until the "Writ of Praecipe" is granted and due process of law is upheld, the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" stands in "Dishonor" in "Commerce" and may not engage in commerce until this matter is resolved.

6.      Since March 13, 2008, Thomas-James: Brown-Bey has lawfully established himself as an "Moorish American National" and not a "UNITED STATES CITIZEN". As an "Moorish American National" Thomas-James: Brown-Bey is not subject to any jurisdiction of a "Foreign Agent", he has immunity by the 11th Amendment. He has lawfully established a "Private Bank" and stands in "Honor" in "Commerce". These facts have been presented to all government authorities that by their silence have admitted these facts. Thomas-James: Brown-Bey now lawfully challenges the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" for its "Fraud" 18 USC 1001, claiming authority to deny Constitutional rights, privileges and immunities to the "American People" in the "inferior courts" of the "United States of America". This "Fraud" is clearly present in all cases where Thomas-James: Brown-Bey is involved and these cases are now brought forward for examination, correction and lawful adjudication by a lawful government authority acting within its "Constitutional Authority". Before the

world, I, Thomas-James: Brown-Bey, declare my rights, privileges and immunities as a member of the "American People" who are "Sovereign" and not subject to crimes claimed by "Foreign Agents" engaged in "Conspiracy Against Rights" 18 USC 241. I dispute all claims of debt and all claims of contract, with the "Corporate Government" of the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" and declare them a threat to the "American People" who reside within the boundaries of Michigan. These "Foreign Agents" have no rights, no privileges and no immunity for their violations of the "Supreme Law of the Land" and must be held accountable under the law.

## ENFORCEMENT OF RIGHTS

Because the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" has refused to "honor" all lawful requests for "due process of law" the demand for payment is now being made. The "Commercial Lien" is for $200,500,000,000.00 (10 Times the State's budget) for the purpose of securing "due process of law" for all the "American People" in the "Courts of Michigan". The purpose of this "Lien" is to "bankrupt" the corporate "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" and re-establish the "Constitutional Government" of the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT". "Corporations" have no rights, no privileges and no immunities under the law and it is fraud for any state to claim they do. "Corporate Courts" have no jurisdiction to hear or determine law and no authority to impose penalties for violations of "imposter laws". When a government unlawfully establishes it has authority to create criminals for the profit of attorneys, the people can no longer remain silent. As one who has been injured by this unlawful practice I declare my right to damages as clearly outlined in the attached "Commercial Lien" that is unrebutted to date. I take this action to enforce the "Status Quo" that all the "American People" are entitled to due process of law and take a stand in opposition of a corrupt government who claims they are not. It is the responsibility of all lawful government to put down the "Insurrection" of the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" and take the appropriate steps to insure "Constitutional Authority" is maintained in the "Republic of Michigan".

## DEMAND FOR PAYMENT IN FULL

Because all lawful attempts to obtain due process of law have failed, I demand full payment of this "Commercial Lien" in the amount of $200,500,000,000.00 within 30 days. By terms of the lien, should the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" fail to pay its "debt", it is bankrupt and can no longer engage in "Commerce" for 100 years or until the debt is paid in full, whichever comes first. By the law of commerce and

NOTICE TO AGENT IS NOTICE PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

the common law rights secured to all "Moorish American Nationals" I make this demand to enforce the "status quo" of due process of law. For the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" to engage in "commerce" without paying this debt will constitute "Treason" and "Conspiracy to overthrow government" by all members of the "MICHIGAN BAR ASSOCIATION" acting as "Foreign Agents" against the "American People" in the "Public Offices" of the "Country of Michigan" 28 USC 297. Within the laws of commerce, I believe this to be a lawfully binding contract, based upon the laws of commerce that must be upheld by all "Sovereign Nations". Thomas-James: Brown-Bey stands in "Honor" in "Commerce" and disputes all crimes claimed, because to date no injury to person or property has been claimed, therefore common law dictates no criminal intent can be lawfully established. I come before the world with clean hands as an "Moorish American National" who has been injured by a corporation unlawfully posing as government without jurisdiction or authority of law. I demand full payment of this debt owed by the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT".

## PRINCIPLES RELIED UPON

**Maxims of Law:**

## "IN COMMERCE FOR A MATTER TO BE RESOLVED MUST BE EXPRESSED" Heb. 4:16; Phil 4:6; Eph. 6:19-21. Legal Maxim: "He who fails to assert his rights has none."

## "ALL ARE EQUAL UNDER THE LAW" (God's Law – Moral and Natural Law)
Exodus 21:23-25; Lev 24: 17-21: Deut 1:17, 19:21, Mat. 22:36-40; Luke 10:17; Col 3:25. "NO ONE IS ABOVE THE LAW"

## "IN COMMERCE TRUTH IS SOVEREIGN"
Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8.Truth is sovereign – and the Sovereign tells only the truth. Your word is your bond.

## "TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT"
Lev. 5:4-5; Lev 6:3-5; Lev. 19:11-13; Num. 30:2; Mat. 5:33; James 5:12.
The United States of North America

## "AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE"
12 Pet. 1:25; Heb. 6:13-15. Claims made in your affidavit, if not rebutted, emerge as the truth of the matter. Legal Maxim: "He who does not deny, admits."

## "AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE" Heb. 6:16-17. There is nothing left to resolve.

28 USC 1746

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Police & Fire Retirement Sys
500 WOODWARD Ave.
Detroit, MI 48226
STE. 3000

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5179 9122 5650 62

2. Article Number (Transfer from service label)

RE 297 746 986 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Tatum_          ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. TATUM          02-19

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

I, Thomas-James: Brown-Bey, declare under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge , understanding and beliefs. This "Affidavit" is made without purpose of evasion or intent to mislead, if some fact is proved by facts, law and evidence to be incorrect, I reserve the right to amend it for the "truth" to be clearly stated. This "Affidavit" must be accepted as "Truth", unless a "Counter Affidavit" signed under the penalty of perjury, is presented in dispute, within 30 days. "Truth is the law of "Commerce". "Judgment" must follow the "Truth". This "Affidavit" must be accepted as "Proof of Claim" in all Courts of the United States of America. Failure to do so is denial of the truth.

God's will be done.

Thomas-James: Brown-Bey, Grantor

The Constitution For
The United States of North America

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Universal Postal Union
International Bureau
Case Postale
3000 Berne 15
SWITZERLAND

9590 9402 5179 9122 5650 79

2. Article Number (Transfer from service label)

RE 297 746 990 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Police & Fire Retirement Sys
500 WOODWARD Ave.
Detroit, MI 48226
STE. 3000

9590 9402 5179 9122 5650 62

2. Article Number (Transfer from service label)

RE 297 746 986 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---



REGISTERED MAIL™

RE 297 746 990 US



REGISTERED MAIL™

RE 297 746 986 US

**Thomas-James: Brown-Bey**

c/o [15216] Carlisle

Detroit, Michigan near [48205-9998]

Non-Domestic, Without the UNITED STATES

USPS Int'l Mail Manual

742.1 - Marking Postage Paid

742.2—Parcels w/o Stamps

**Treat as Pre-Paid**

**MAIL TAMPERING**
In Accordance With:
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

Universal Postal Union
Internal Bureau
Case Postale
3000 Berne 15
Switzerland

**TAXE-PERCUE/POSTAGE PAID**
UPU RL 114 (2.2) - UPU RL 141 (2.2)

POSTAGE PAID
UPU RL 114 (2.2)

Date September 30 2019

Attorney James Brown-Bey

FOREIGN OFFICE OF ORIGIN

---

**Thomas-James: Brown-Bey**

c/o [15216] Carlisle

Detroit, Michigan near [48205-9998]

Non-Domestic, Without the UNITED STATES

USPS Int'l Mail Manual

742.1 - Marking Postage Paid

742.2—Parcels w/o Stamps

**Treat as Pre-Paid**

**MAIL TAMPERING**
In Accordance With:
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

Police & Fire Retirement System
500 Woodward Ave.
Ste. 3000
Detroit, Mich. 48226

**TAXE-PERCUE/POSTAGE PAID**
UPU RL 114 (2.2) - UPU RL 141 (2.2)

POSTAGE PAID
UPU RL 114 (2.2)

Date September 30 2019

Attorney James Brown-Bey

FOREIGN OFFICE OF ORIGIN

9/30/2019 USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number: RE297746986US**

Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 30, 2019 at 9:17 pm. The item is currently in transit to the destination.

Feedback

## In-Transit

September 30, 2019 at 9:17 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Get Updates ∨

**Text & Email Updates** >

**Tracking History** ∨

September 30, 2019, 9:17 pm
Departed USPS Regional Facility;
PONTIAC MI DISTRIBUTION CENTER
Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 30, 2019 at 9:17 pm. The item is currently in transit to the destination.

September 30, 2019, 5:42 pm
Arrived at USPS Regional Facility;
PONTIAC MI DISTRIBUTION CENTER

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=re297746986us%2C

---

9/30/2019 USPS.com® - USPS Tracking® Results

**Product Information** >

See Less ∧

Remove X

**Tracking Number: RE297746990US**

Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 30, 2019 at 8:00 pm. The item is currently in transit to the destination.

Feedback

## In-Transit

September 30, 2019 at 8:00 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Get Updates ∨

**Text & Email Updates** >

**Tracking History** ∧

September 30, 2019, 8:00 pm
Departed USPS Regional Facility;
PONTIAC MI DISTRIBUTION CENTER
Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 30, 2019 at 8:00 pm. The item is currently in transit to the destination.

September 30, 2019, 5:44 pm
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=re297746990us%2C

12/20/2019    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number: RE29774698US**

Remove X

Your item was delivered to an individual at the address at 1:18 pm on October 2, 2019 in DETROIT, MI 48226.

### ✓ Delivered

**October 2, 2019 at 1:18 pm**
Delivered, Left with Individual
DETROIT, MI 48226

Get Updates ∨

Feedback

Text & Email Updates   >

Tracking History   <

**October 2, 2019, 1:18 pm**
Delivered, Left with Individual
DETROIT, MI 48226

Your item was delivered to an individual at the address at 1:18 pm on October 2, 2019 in DETROIT, MI 48226.

**October 2, 2019, 8:33 am**
Out for Delivery
DETROIT, MI 48226

---

10/22/2019    USPS.com® - USPS Tracking® Results

**October 2, 2019, 2:56 am**
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**October 1, 2019, 8:27 am**
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**September 30, 2019, 11:24 pm**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**September 30, 2019, 6:42 pm**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

See Less ∧

Product Information   >

Feedback

**Tracking Number: RE29774699US**

Remove X

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

### In-Transit

**October 7, 2019**
In Transit to Next Facility

Get Updates ∨

Feedback

## Text & Email Updates ›

## Tracking History ‹

**October 7, 2019**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**October 3, 2019, 10:54 am**
Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 30, 2019, 8:00 pm**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**September 30, 2019, 5:44 pm**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Feedback

## Product Information ›

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs

10/9/2019                                 USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: RE297746986US                                    Remove X

PFRS

## ✓ Delivered

October 2, 2019 at 1:18 pm
Delivered, Left with Individual
DETROIT, MI 48226

Your item was delivered to an individual at the address at 1:18 pm on October 2, 2019 in DETROIT, MI 48226.

Get Updates ∨

Text & Email Updates                                                    ∨

Tracking History                                                        ∧

**October 2, 2019, 1:18 pm**
Delivered, Left with Individual
DETROIT, MI 48226
Your item was delivered to an individual at the address at 1:18 pm on October 2, 2019 in DETROIT, MI
48226.

**October 2, 2019, 8:53 am**
Out for Delivery
DETROIT, MI 48226

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=RE297746986US%2C%2CRE297746990US%2C                          1/4

---

10/9/2019                                 USPS.com® - USPS Tracking® Results

**October 2, 2019, 2:36 am**
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**October 1, 2019, 8:27 am**
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**September 30, 2019, 11:24 pm**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**September 30, 2019, 5:42 pm**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Product Information                                                      See Less ∧

Postal Product:                          Features:
                                         Registered Mail™

Tracking Number: RE297746990US                                    Remove X

## In-Transit

October 7, 2019

Your package is moving within the USPS network and is on track to be delivered to its final
destination. It is currently in transit to the next facility.

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=RE297746986US%2C%2CRE297746990US%2C                          2/4

Feedback

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** RE297746986US

Remove ✕

Duplicate

## Duplicate

**Multiple items found.**
**Need More Details ›**

Feedback

**Tracking Number:** RE297746990US

Remove ✕

Duplicate

## Duplicate

**Multiple items found.**
**Need More Details ›**











**Moorish National Republic Federal Government**

ॐ ~ **Societas Republicae Ea Al Maurikanos** ~ ॐ

**Moorish Divine and National Movement of the World**

**Northwest Amexem / Southwest Amexem / Central Amexem / Adjoining Atlantis and Americana Islands**

**The True and De Jure Natural Peoples-Heirs of the Land**

ॐ ~ I.S.L.A.M ~ ॐ

---

## Universal Sovereign Affidavit of Command to Appear in Court

Re: DAVID CETLINSKI DBA DIRECTOR, POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT,

Re: MICHAEL DUGGAN DBA MAYOR OF CITY OF DETROIT

70162070000002196988

Cause of Action ~mac-tjb000000001
Unlawful Occupation of sovereign original indigenous land

**Date Commanded to Appear**
**Monday, June 15, 2020 at 3:00 P.M. (EASTERN TIME ZONE)**

**Court**
Moorish American Consular Court Online Video
https://join.freeconferencecall.com/moorishnation
audio dial in number 978-990-5385   access code 2525

[David Cetinski & Michael Duggan], You are hereby commanded to appear at the Moorish American Consular Court to state your name and nationality for the record to the people who are the Moorish National Republic Federal Government. This court has sovereign jurisdiction in all matters on our land. The American Provost Marshal shall insure that you appear as commanded. Until such time, all of your COMMERCE and that of all AGENTS, PRINCIPALS, HEIRS and ASSIGNS is hereby terminated by way of sovereign Universal Commercial Code 1 Lien. Failure to appear shall be just cause for your arrest.

[David Cetlinski & Michael Duggan], You are hereby commanded to appear at the Moorish American Consular Court to state your name and nationality for the record to the people who are the Moorish National Republic Federal Government. This court has sovereign jurisdiction in all matters on our land. The American Provost Marshal has been notified. Until such time, all of your COMMERCE and that of all AGENTS, PRINCIPALS, HEIRS and ASSIGNS is hereby terminated by way of sovereign Universal Commercial Code 1 Lien. Failure to appear shall be just cause for your arrest.

Chronos: June 15, [2020] 1440

I Am: _____

Judge/Vizir/Minister, in propria persona sui juris, in proprio solo, and in proprio heredes. All rights exercised at all times.
Free Moor/MuurNorthwest Amexem / Northwest Africa / North America

Amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in Caelo et quaecumque solveritis super terram erunt soluta et in caelo
Amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo
Amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo

Ab Original Indigenous Sovereign Moorish American National Document.
Moorish National Republic Federal Government
Empire of the Moors, New Jerusalem






# Moorish National Republic Federal Government
## ◇ ~ Societas Republicae Ea Al Maurikanos ~ ◇
### Moorish Divine and National Movement of the World
#### Northwest Amexem / Southwest Amexem / Central Amexem / Adjoining Atlantis and Americana Islands
#### The True and De Jure Natural Peoples-Heirs of the Land
### ◇ ~ I.S.L.A.M ~ ◇

---

### Universal Sovereign Affidavit of Command for Arrest and Imprisonment
Re: DAVID CETLINSKI DBA DIRECTOR, POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT,
Re: MICHAEL DUGGAN DBA MAYOR OF CITY OF DETROIT

**Cause of Action** –moc-tjb000000001
Unlawful Occupation of sovereign original indigenous land

**Date Commanded to Appear**
Monday, June 15, 2020 at 3:00 P.M. (EASTERN TIME ZONE)

**Court**
Moorish American Consular Court Online Video
https://join.freeconferencecall.com/moorishnation
audio dial in number 978-990-5485    access code 9925

The said US CORPORATION CITIZENS did not appear as commanded by the original indigenous sovereign people who are the moorish american consular court and the moorish national republic federal government. The immediate arrest of said US CITIZENS is hereby commanded as pursuant to the above listed Cause of Action.

[David Cetlinski & Michael Duggan], You were hereby commanded to appear at the moorish american consular court to state your name and nationality for the record to the people who are the moorish national republic federal government. This court has sovereign jurisdiction in all matters on our land. The American Provost Marshal has been commanded by the people to arrest you immediately and place you in jail at Guantanamo Bay Cuba permanently. All of your COMMERCE and that of all AGENTS, PRINCIPALS, HEIRS and ASSIGNS is hereby terminated by way of sovereign universal commercial code 1 lien. This arrest command is hereby activated and given to the American Provost Marshal for immediate action.

[David Cetlinski & Michael Duggan], You were hereby commanded to appear at the moorish american consular court to state your name and nationality for the record to the people who are the moorish national republic federal government. This court has sovereign jurisdiction in all matters on our land. The American Provost Marshal has been commanded by the people to arrest you immediately and place you in jail at Guantanamo Bay Cuba permanently. All of your COMMERCE and that of all AGENTS, PRINCIPALS, HEIRS and ASSIGNS is hereby terminated by way of sovereign universal commercial code 1 lien. this arrest command is hereby activated and given to the American Provost Marshal for immediate action.

Chronos: JUNE 8 [2020] 1440

I Am: _____

thomas james brown bey. judge/vizir/minister, in propria persona sui juris, in propria solo. and in proprio heredes. all rights exercised at all times.

free moor/muumorthwest amexem / northwest africa / north america

Amen, amen deo vobis, quatcumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo
Amen, amen deo vobis, quatcumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo
Amen, amen deo vobis, quatcumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo

Ab Original Indigenous Sovereign Moorish American National Document
Moorish National Republic Federal Government
Empire of the Moors, New Jerusalem



7/16/2020 USPS.com® - USPS Tracking® Results

# USPS Tracking®

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO... FAQs >

Track Another Package +

Tracking Number: 70162070000002196988 Remove X

Your item was delivered to the front desk, reception area, or mail room at 1:14 pm on June 16, 2020 in DETROIT, MI 48226.

## ⊘ Delivered

June 16, 2020 at 1:14 pm
Delivered, Front Desk/Reception/Mail Room
DETROIT, MI 48226

Get Updates ∨

Text & Email Updates >

Tracking History <

June 16, 2020, 1:14 pm
Delivered, Front Desk/Reception/Mail Room
DETROIT, MI 48226
Your item was delivered to the front desk, reception area, or mail room at 1:14 pm on June 16, 2020 in DETROIT, MI 48226.

June 16, 2020, 8:42 am
Out for Delivery
DETROIT, MI 48216

June 16, 2020, 8:31 am
Arrived at Unit
DETROIT, MI 48216

June 13, 2020
In Transit to Next Facility

June 9, 2020, 9:09 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

June 9, 2020, 1:35 am
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs