# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
THOMAS-JAMES: BROWN-BEY (248)385-7250

B. E-MAIL CONTACT AT FILER (optional)
KINGTBROWN@YAHOO.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
THOMAS JAMES BROWN TRUST
15216 CARLISLE
DETROIT, MI 48205
US

Delaware Department of State
U.C.C. Filing Section
Filed: 10:40 AM 05/10/2019
U.C.C. Initial Filing No: 2019 3234700
Service Request No: 20193747436

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:**
1a. ORGANIZATION'S NAME: INTERNAL REVENUE SERVICE
1c. MAILING ADDRESS: 1111 CONSTITUTION AVE. N.W. | CITY: WASHINGTON | STATE: DE | POSTAL CODE: 20224 | COUNTRY: US

**2. DEBTOR'S NAME:**
2a. ORGANIZATION'S NAME: POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT
2c. MAILING ADDRESS: 500 WOODWARD AVE., STE. 3000 | CITY: DETROIT | STATE: MI | POSTAL CODE: 48226 | COUNTRY: US

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):
3a. ORGANIZATION'S NAME: THOMAS JAMES BROWN TRUST
3c. MAILING ADDRESS: 15216 CARLISLE | CITY: DETROIT | STATE: MI | POSTAL CODE: 48205 | COUNTRY: US

**4. COLLATERAL:** This financing statement covers the following collateral:
THIS IS ACTUAL AND CONSTRUCTIVE NOTICE: The following Debtors DAVID CETLINSKI, KELLY TAPPER, CASSANDRA CHILDRESS, LISA PATTERSON, ANGELA DAVIS, G.J. CARTER-LOUIS [USPS Tracking Number(s): 70180680000120909021, 70180680000120909014] are Transmitting Utilities utilized in commerce for the benefit of the Secured Party. The Secured party is a 3-dimensional living soul, flesh and blood Melaninite Male/Man Who is Autochthonous, Indigenous and Descendant of the original peoples of: Turtle Island, Muu-Lan, Altan, Amexem, Land of the Frogs[ MISNOMER: North America]. The Secured Party Secures All Rights, Titles Interests to All Collateral as received by Corporate / Government Registries, related Corporations and Pledge represented by the same but not limited to: Pignus, Hypotheica, Hereditaments, res and The Energy and the ALL CAPS names of Debtors/Transmitting Utilities as well as any and all derivatives and variations of an all capitals name. Secured Party Accepts for Value, Honor & Consideration ALL endorsements front and back of ALL Adhesions contracts, trusts and instruments attributed to the debtors (UCC 3-401). This Lien is NOT dischargeable in Bankruptcy Court. ALL amendments to this filing will be by: the Red Wet Ink Signature of the Secured party in accord with Commercial Security Agreement - 7018 0680 0001 2090 9014, 7018 0680 0001 2090 9021. Third-Party Intervenors are hereby BARRED from involvement with this transaction.

5. Check only if applicable and check only one box: Collateral is [ ] held in a Trust (see UCC1Ad, item 17 and Instructions) [ ] being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
[ ] Public-Finance Transaction  [ ] Manufactured-Home Transaction  [✓] A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
[ ] Agricultural Lien  [ ] Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor  [ ] Consignee/Consignor  [ ] Seller/Buyer  [✓] Bailee/Bailor  [ ] Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
INTERNAL REVENUE SERVICE

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**    **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**
CETLINSKI

**INDIVIDUAL'S FIRST PERSONAL NAME**
DAVID

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**    **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

**11.** ☑ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| BROWN-BEY | THOMAS-JAMES | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O [15216] CARLISLE, NON-DOMESTIC WITHOUT US, ZIP EXEM | DETROIT | MI | 48205-9998 | US |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**
REF: USPS RF162221089US, RF162221092US, 70171450000103578745, 70150640000033170612, 70151730000085931284, RE118290306US

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

International Association of Commercial Administrators

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**
INTERNAL REVENUE SERVICE

OR

**18b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**    **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| TAPPER | KELLY | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

**20. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**20a. ORGANIZATION'S NAME**

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| CHILDRESS | CASSANDRA | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

**21. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**21a. ORGANIZATION'S NAME**

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| PATTERSON | LISA | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1270 PONTIAC ROAD | PONTIAC | MI | 48340 | US |

**22.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (22a or 22b)

**22a. ORGANIZATION'S NAME**

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (23a or 23b)

**23a. ORGANIZATION'S NAME**

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**24. MISCELLANEOUS:**
REF:USPS RF162221089US, RF162221092US, 70171450000103678745, 70150640000033170612, 70151730000085931284, RE118290306US

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)    International Association of Commercial Administrators

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement. If line 1b was left blank because Individual Debtor name did not fit, check here ☐

- **18a. ORGANIZATION'S NAME:** INTERNAL REVENUE SERVICE

OR

- **18b. INDIVIDUAL'S SURNAME:**
- **FIRST PERSONAL NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19c) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

- **19a. ORGANIZATION'S NAME:**

OR

- **19b. INDIVIDUAL'S SURNAME:** DAVIS
- **FIRST PERSONAL NAME:** ANGELA
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **19c. MAILING ADDRESS:** 1270 PONTIAC ROAD
- **CITY:** PONTIAC
- **STATE:** MI
- **POSTAL CODE:** 48340
- **COUNTRY:** US

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

- **20a. ORGANIZATION'S NAME:**

OR

- **20b. INDIVIDUAL'S SURNAME:** CATER-LOUIS
- **FIRST PERSONAL NAME:** G.J.
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **20c. MAILING ADDRESS:** 1270 PONTIAC ROAD
- **CITY:** PONTIAC
- **STATE:** MI
- **POSTAL CODE:** 48340
- **COUNTRY:** US

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

- **21a. ORGANIZATION'S NAME:**

OR

- **21b. INDIVIDUAL'S SURNAME:**
- **FIRST PERSONAL NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **21c. MAILING ADDRESS:**
- **CITY:**
- **STATE:**
- **POSTAL CODE:**
- **COUNTRY:**

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

- **22a. ORGANIZATION'S NAME:**

OR

- **22b. INDIVIDUAL'S SURNAME:**
- **FIRST PERSONAL NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **22c. MAILING ADDRESS:**
- **CITY:**
- **STATE:**
- **POSTAL CODE:**
- **COUNTRY:**

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

- **23a. ORGANIZATION'S NAME:**

OR

- **23b. INDIVIDUAL'S SURNAME:**
- **FIRST PERSONAL NAME:**
- **ADDITIONAL NAME(S)/INITIAL(S):**
- **SUFFIX:**
- **23c. MAILING ADDRESS:**
- **CITY:**
- **STATE:**
- **POSTAL CODE:**
- **COUNTRY:**

**24. MISCELLANEOUS:**
REF: USPS RF162221089US, RF162221092US, 70171450000103678745, 70150640000033170612, 70151730000085931284, RE118290306US

426-867-2476



# State of Delaware

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

8042901
THOMAS JAMES BROWN TRUST
15216 CARLISLE
DETROIT, MI  48205



5-10-19  thomas brown bey

05-10-2019

ATTN: THOMAS-JAMES: BROWN-BEY

| DESCRIPTION | AMOUNT |
|---|---|
| 20193234700 UCC1U Transmitting Utility | |
| UCC Filing Fee - Web | $50.00 |
| TOTAL CHARGES | $50.00 |
| TOTAL PAYMENTS | $50.00 |
| BALANCE | $0.00 |

The following Debtor Names were indexed in the UCC Management System as a result of this filing :
INTERNAL REVENUE SERVICE
POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT
CETLINSKI, DAVID
CATER-LOUIS, G.J.
CHILDRESS, CASSANDRA
PATTERSON, LISA
DAVIS, ANGELA
TAPPER, KELLY

5/10/2019      AcknowledgementMessage

Delaware.gov    Governor | General Assembly | Courts | Elected Officials | State Agencies



### Acknowledgement Message

Department of State: Division of Corporations

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

## Delaware E-UCC
## Acknowledgement Message

PROCESSING. PLEASE WAIT. IF PROCESSING PLEASE WAIT APPEARS CLICK 'PRINTABLE VERSION' BUTTON AGAIN.

The Transmitting Utility Filing has been completed and successfully filed.

UCC1 Filing Number: 20193234700

UCC1 File Number: 20193234700

Submission Date and Time: 05/10/2019 10:40 EST

*An official file stamped copy of the UCC filing will automatically be emailed to the email address on record. If you want an additional copy emailed to a different email address click Email PDF.*

| Printable Version | Email PDF |
| New UCC Filing | Exit |

### Customer Service Survey

Help us make your experience better.
Please complete our Customer Service Survey.

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/Ecorp/UCC/AckMessage.aspx     1/1

**Payment Verification Notice for Amount of $50.00**

 DO_NOT_REPLY_DCIS@delaware.gov
To: kingtbrown@yahoo.com

May 10 at 10:40 AM

The payment has been authorized and accepted. Payment Type: ACH Amount: $50.00 Authorization No: Remittance No: 1040297261 Account Number: *****0426