## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
THOMAS-JAMES BROWN-BEY (248)385-7250

**B. E-MAIL CONTACT AT FILER (optional)**
KINGTBROWN@YAHOO.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

THOMAS JAMES BROWN TRUST

15216 CARLISLE

DETROIT, MI 48205

US

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 02:30 PM 09/27/2019
U.C.C. Initial Filing No: 2019 6744606

Service Request No: 20197271295

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | US |

2. **DEBTOR'S NAME** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| PATTERSON | LISA | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | US |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THOMAS JAMES BROWN (C) (R) (TM) | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O [15216] CARLISLE, NON-DOMESTIC WITHOUT US | DETROIT | MI | 48205-9999 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
THIS IS ACTUAL AND CONSTRUCTIVE NOTICE    THE FOLLOWING NOTICE IS BEING ACCEPTED FOR VALUE BY THE
SECURED PARTY:    FORM 66B (Y) (c) 11953 SERIAL NUMBER 220337416    RECORDED ON LIBER 49596 PAGE 621;
RECEIPT NO. 80917, 07/20/2016 @ 08:52:21 AM    FOR THE AMOUNT OF: $164962.10    RECORDED BY:
REGISTERS OF DEEDS OAKLAND COUNTY    PONTIAC, MI 48341

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable) ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
REF: IN WAYNE COUNTY FILE NO. 2018242843

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement, if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| --- |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE |

OR

| 9b. INDIVIDUAL'S SURNAME |
| --- |
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
| --- |

OR

| 10b. INDIVIDUAL'S SURNAME | | | |
| --- | --- | --- | --- |
| DAVIS | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| ANGELA | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 1270 PONTIAC RD. | PONTIAC | MI | 48340 | US |

**11.** ☑ **ADDITIONAL SECURED PARTY'S NAME** <u>or</u> ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only <u>one</u> name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
| --- |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| BROWN-BEY | THOMAS-JAMES | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| C/O [15216] CARLISLE, NON-DOMESTIC WITHOUT US | DETROIT | MI | 48205-9999 | US |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing |
| --- | --- |
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

**17. MISCELLANEOUS:**
ATTACH TO TRANSMITTING UTILITY FILING NO. 20080401666 FILED ON MARCH 13, 2008.

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

International Association of Commercial Administrator

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 18a. ORGANIZATION'S NAME | |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE | |
| **OR** 18b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| POLICE & FIRE RETIREMENT SYSTEM | | | | |
| **OR** 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

**20. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| CELINSKI | DAVID | | | |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 500 WOODWARD AVE., STE. 3000 | DETROIT | MI | 48226 | US |

**21. ADDITIONAL DEBTOR'S NAME** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OAKLAND COUNTY | | | | |
| **OR** 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1200 N TELEGRAPH RD. | PONTIAC | MI | 48341 | US |

**22.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**23.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**24. MISCELLANEOUS:**
ATTACH TO TRANSMITTING UTILITY FILING NO. 20080401666 FILED ON MARCH 13, 2008.



# State of Delaware

**SECRETARY OF STATE**
**DIVISION OF CORPORATIONS**
**P.O. BOX 898**
**DOVER, DELAWARE 19903**

*8042901*                                                                 *09-27-2019*
*THOMAS JAMES BROWN TRUST*
*15216 CARLISLE*
*DETROIT, MI  48205*

*ATTN: THOMAS-JAMES BROWN-BEY*

| DESCRIPTION | AMOUNT |
|---|---|
| *20196744606* | |
| *UCC1F  Financing Statement* | |
| *UCC Filing Fee - Web* | *$50.00* |
| *TOTAL CHARGES* | *$50.00* |
| *TOTAL PAYMENTS* | *$50.00* |
| *BALANCE* | *$0.00* |

*The following Debtor Names were indexed in the UCC Management System as a result of this filing :*
DEPARTMENT *OF THE **TREASURY - INTERNAL** REVENUE SERVICE*
PATTERSON, *LISA*
OAKLAND *COUNTY*
POLICE & *FIRE **RETIREMENT SYSTEM***
CELINSKI, *DAVID*
DAVIS, *ANGELA*

 **DO_NOT_REPLY_DCIS@delaware.gov** <DO_NOT_REPLY_DCIS@delaware.gov>
To: kingtbrown@yahoo.com

Sep 27 at 2:30 PM

The payment has been authorized and accepted. Payment Type: ACH Amount: $50.00 Authorization No: Remittance No: 0230413188 Account Number: ******5292