Certified Mail Number 7016 2710 0000 5925 5851 - Return Receipt 9590 9403 0634 5183 5496 34

## CONTEST OF LIEN
## NOTICE AND DEMAND OF REVOCATION OF NOTICE OF INTENT TO LIEN/LEVY

### NOTICE TO AGENTS IS NOTICE TO PRINCIPAL: NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Dated: May 26, 2017
In The Matter of:

Thomas-James: Brown-Bey <
c o [15216] Carlisle Street
Detroit, Michigan und [48205]

Vs.

Lisa Patterson d/b/a REVENUE OFFICER
INTERNAL REVENUE SERVICE
1270 PONTIAC RD.
PONTIAC, MICHIGAN 48340-2258

)
)
)
)
)
)
)
)
)

WAYNE COUNTY

STATE OF MICHIGAN



### NOTICE OF CONTEST OF LIEN

I am the Secured Party authorized to speak for and respond on behalf of **THOMAS JAMES BROWN©®™**. This is Actual and Constructive Notice that the claim on the attached Notice [668-W(ICS)] copy has been discharged. The IRS received the authorized negotiable instrument for the entire amount and the discharge is honored by Treasury Rule by the Secretary of the Treasury. Furthermore, the Undersigned Secured Party has filed a prior, superior UCC claim with the Secretary of State. See attached copy. **MICHIGAN UCC No. 20080401666, Dated: March 13, 2008.**

Therefore, you are hereby notified that the undersigned Secured Party contests the "claim of lien" filed by THE INTERNAL REVENUE SERVICE.  THE INTERNAL REVENUE SERVICE is now required by law to file suit to enforce any lien within sixty (60) days from the date of service of any notice or be in default and surrender the claim.  No original Lien is available as of Wayne County Registered of Deeds, May 25, 2017, 1:34PM, rdmaokyl, Workstation H113139; Receipt No. 17-183526 in the name of: THOMAS JAMES BROWN©®™, copy included.

This is Actual and Constructive Notice of Contest regarding the attached notice.  This Contest is hereby issued in accordance with Uniform Commercial Code Section 2-608. ab initio, canceling and discharging the averred debt.

This contest is hereby now in effect due to certain elements of fraud and misrepresentation, duress, coercion, mistake, "bankruptcy" per UCC Sections 1-103 and 3-305 that have been accepted and acknowledged without denial and absent "Notice without Dishonor" by the United States.  Use of the Uniform Commercial Code is for remedy and recourse purposes only; it is not to be considered or construed as a privilege or as an acceptance of benefit(s).

In addition, any said future "Notice" would, on its face, be a fraudulent document and a sham pursuant to the Uniform Federal Lien Registration Act (1978).  The issuing agency requires the respondent's signature for a Lien/Levy when only a Notice has been received.  That is a demand that the signer commit perjury, a criminal offence.

By: Thomas-James Brown-Bey

Thomas-James: Brown-Bey©®™, Care of: THOMAS JAMES BROWN©®™:SS#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 - Authorized  ®©™ : ©™
Representative. All Rights Reserved as given by my Creator.

JAN 2 6 2018



RETIREMENT SYSTEMS
OF THE
CITY OF DETROIT

500 WOODWARD AVE. STE. 3000
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

27064/

May 18, 2017

Thomas J Brown
P.O. Box 37785
Oak Park, MI 48237-0785

Dr. Mr. Brown:

You are hereby notified that a levy in the amount of $198,314.96 was served on the Retirement Systems of the City of Detroit by the Internal Revenue Service for income tax against any and all monies due you.

Under the Tax Reform Act, a retiree is allowed a monthly exemption of $845.83 plus $329.17 for each dependent. We are therefore requesting you complete the enclosed tax exemption form and return it to the Retirement systems in the enclosed envelope. Failure to do so on a timely basis will result in a forfeiture of the allowable dependent exemptions. Please complete the IRS copy of the exemption form and mail it to the Internal Revenue Service Office using the enclosed IRS envelope.

If you have received a Release of Levy from the Internal Revenue Service, please contact our office as soon as possible at (313) 224-3362 ext 244 or (800) 339-8344 ext 244.

Very truly yours,

Cassandra Childress
Paymaster
Retirement Systems of the City of Detroit

Enclosure

| Form 668-W(ICS) | | Department of the Treasury – Internal Revenue Service |
| (January 2015) | | **Notice of Levy on Wages, Salary, and Other Income** |

DATE: 05/17/2017

REPLY TO: Internal Revenue Service
           LISA PATTERSON
           1270 PONTIAC RD.
           PONTIAC, MI 48340-2238

TELEPHONE NUMBER
OF IRS OFFICE: (248)874-2331

NAME AND ADDRESS OF TAXPAYER
THOMAS J BROWN
PO BOX 37785
OAK PARK, MI 48237-0785

TO     POLICE AND FIRE RETIREMENT
         RETIREMENT SYSTEMS
         500 WOODWARD AVE STE 3000
         ONE DETROIT CENTER
         DETROIT, MI 48226-5493

IDENTIFYING NUMBER(S): 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

BROW

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2003 | $10,449.75 | $3,707.40 | $14,157.15 |
| 1040 | 12/31/2004 | $16,870.27 | $5,979.63 | $22,849.32 |
| 1040 | 12/31/2005 | $15,999.95 | $5,635.42 | $21,635.37 |
| 1040 | 12/31/2006 | $15,154.41 | $5,285.36 | $20,439.77 |
| 1040 | 12/31/2008 | $1,387.02 | $118.46 | $1,505.48 |
| 1040 | 12/31/2010 | $38,130.50 | $3,606.08 | $41,736.58 |
| 1040 | 12/31/2011 | $66,983.20 | $9,007.51 | $75,950.71 |
| | | | **Total Amount Due ⇒** | $198,314.96 |

We figured the interest and late payment penalty to__ **06/16/2017**

     Statement of Exemptions and Filing Status (*To be completed by taxpayer; instructions are on the back of Part 5*)
     My filing status for my income tax return is (check one):
     ☐ Single                   ☐ Married Filing a Joint Return           ☐ Married Filing a Separate Return
     ☐ Head of Household         ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: _____ *(Enter amount only if you or your spouse is at least 65 and/or blind.)*

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (Husband, Wife, Son, Daughter, etc.) | Social Security Number (SSN) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Taxpayers Signature | | Date |

Part 5 –    For Taxpayer to keep

Form 668-W(ICS) (1-2015)



**Internal Revenue Service**
**Department of the Treasury**
2970 MARKET STREET
PHILADELPHIA, PA 19104

Date:
09/20/2018
Taxpayer ID number:
XXX-XX-5162
Person to contact:
DIANE C MITURA
Employee ID number:
1000200261
Contact telephone number:
(267)466-5720
Contact fax number:
(855)893-6313
Contact hours:
9:00 am to 4:00 pm (Eastern)

THOMAS J BROWN
15216 CARLISLE ST
DETROIT, MI 48205

We haven't received the tax return(s) listed on the next page(s) of this letter. If you have filed, or if you aren't required to file, please go to the next page and provide the information requested in the space **beneath** the listed return(s).

Return this letter by 10/09/2018 with the information requested in the enclosed self-addressed envelope. The enclosed copy of this letter is for your records.

If you haven't filed the required return(s), attach the signed return(s) to this letter and send them to us with your payment for any tax due.

You will be charged interest on any unpaid tax as provided by law. The law also provides for penalty charges for filing returns late, paying taxes late, and making deposits late, unless there is reasonable cause for delay.

If you believe you have reasonable cause for not filing and paying on time, explain in a separate statement and attach a copy of the statement to each return. It will help us determine whether you can be excused from paying any of the applicable penalties.

If your address as shown above is incorrect, correct it so we can update our records.

If you have any questions or can't pay the amount due, contact me at the telephone number shown above.

Thank you for your cooperation.

Sincerely yours,

DIANE C MITURA
REVENUE OFFICER

Letter 729 (Rev. 6/2015)
Catalog Number 40327E

