NOTICE TO AGENT IS NOTICE PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## DEMAND FOR PAYMENT IN FULL OF COMMERCIAL LIEN

September 30, 2019

Thomas-James: Brown-Bey, Grantor
c/o THOMAS JAMES BROWN©®™ TRUST
c/o [15216] Carlisle
Detroit, Michigan [48205-9998]
(248)385-7250

Registered Mail Tracking Number RE 297 746 986 US

RE 297 746 986 US

To: POLICE & FIRE RETIREMENT SYSTEM FOR THE CITY OF DETROIT
    David Cetlinski, Director
    500 WOODWARD AVE., STE. 3000
    DETROIT, Michigan 48226

Registered Mail Tracking Number RE 297 746 990 US

RE 297 746 990 US

To: Universal Postal Union
    International Bureau
    James H. Gunderson
    Case postale
    3000 Berne 15
    Switzerland

Subject: Contract of Commercial Lien UCC File DE # 20193234700

Dear Mr.. Cetlinski:

"Affidavit of Thomas-James: Brown-Bey"

Due to the total breakdown of the justice system of Michigan, whereby no lawful courts are provided for the adjudication of law, the law of commerce has been adopted to stop the unlawful conduct of "Foreign Agents" 22 USC 611. Thomas-James: Brown-Bey has been enslaved by the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" without authority of law since March 13, 2008. After rights, privileges and immunities secured by the Constitution for the United States of America, were repeatedly violated by a "Corporate Government" (CITY OF DETROIT, WAYNE COUNTY, MICHIGAN) and the POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT refused to stop this "Conspiracy against rights" 18 USC 241, a "Commercial Lien" was lawfully filed within the laws of commerce. A criminal

NOTICE TO AGENT IS NOTICE PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

complaint against all members of the "MICHIGAN BAR ASSOCIATION" was filed with the "STATE INSURANCE COMMISSIONER" who has refused to remove these "Foreign Agents" from "Public Offices" and allowed them to continue their "Organized Crime". In an effort to re-establish lawful government in Michigan, I demand full payment of the attached $200,500,000,000.00 commercial lien. This is done to force the "POLICE & FIRE RETIREMENT SYSTEM" to grant "due process of law", it has refused to date. The "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" has abandoned its "Constitutional Authority" and "Foreign Agents" have instituted "Corporate Government", by corporations, for corporations against the "American People". Should the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" fail to pay this lawfully established debt, within 30 days as required by law, then the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" must be shut down for 100 Years or until the debt is paid in full, as agreed in the terms of the lien. Within the law of commerce there is nothing left to resolve, the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" has admitted it crimes and trespasses by its failure to deny them. Failure to pay its debts is lawful grounds for seizure of all assets as clearly listed in the attached commercial lien. On this 30th day of September 2019, I demand payment in full.

Facts:

1. The "Constitution of the United States of America" and the "Constitution of Michigan" have been overthrown by "Foreign Agents" 22 USC 611, who have seized the "Courts of Michigan" to operate them as their personal "Organized Crime Operations" of "Extortion" for "Profit". Thomas-James: Brown-Bey has been lawfully challenging this "Corruption" since 1991 and has been denied his rights, privileges and immunities in all courts of Michigan. No "due process of law" has ever been granted in any court Thomas-James: Brown-Bey has appeared in and no lawful judgment has ever been rendered, in any case where he was a party. The evidence of this "Conspiracy against rights" 18 USC 241, by "Foreign Agents" is present in every case filed of every court where Thomas-James: Brown-Bey has appeared. Thomas-James: Brown-Bey is entitled to this claim to enforce the "Status Quo" of "due process of law".

2. "Due Process of Law" is secured to every "Moorish American National" and common law dictates that once due process of law is denied all jurisdiction ceases. Thomas-James: Brown-Bey was convicted of felony crimes by a "Corporation" (WAYNE COUNTY, MICHIGAN) that operates in violation of the Constitution of Michigan. This "Corporation" exercises "Police Powers" as a "Corporation" in violation of Article XI, Section 3 of the Constitution of Michigan. It taxes the public to support itself and other "Corporations" prohibited

THOMAS JAMES BROWN©®™ TRUST                                       Page 2 of 7

by Article VI, Section 23 of the Constitution of Michigan. These violations of law, have been repeatedly reported to the Governor, Attorney General, Michigan Senate, Michigan House of Representatives, the Michigan Supreme Court, Michigan Court of Appeals, US Representative for the 5th District of Michigan, United States District Court, United States Court of Appeals and the United States Supreme Court, all of whom have refused to enforce the "Supreme Law of land". This is a conspiracy of "Foreign Agents" who control these "Public Offices", that by the "Original 13th Amendment" (ratified and made law in 1819) clearly states no "Title of Nobility" may hold any office of trust or profit. Because a "Corporate Government" has no lawful authority, it can not lawfully act against the "American People". This conspiracy has made Thomas-James: Brown-Bey a "slave" of the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" without authority of law and refused all due process of law that entitles him to release.

3. Criminal complaints against these "Foreign Agents" have been repeatedly ignored and they have been allowed to maintain their unlawful restraints of Thomas-James: Brown-Bey. "Foreign Agents" are impersonating "Judges" and operating the "Courts of Michigan" without law, evidence or rules established to protect the "American People". The right of compulsory process for witnesses has been denied in both cases where Thomas-James: Brown-Bey was convicted of felony crimes. This denial of due process of law establishes the convictions are null and void. All jurisdiction was lost when due process was denied. "Foreign Agents" claiming the authority to violate constitutional rights, is a threat to the "American People" and must be held accountable for the injuries they inflicted with malice, intent and knowledge of breaking our law. Refusal to prosecute these felony crimes, is the crime of "Misprision of Felonies" 18 USC 4.

4. The "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" was established by "Treaty" with the "United States of America" by the "Constitution of Michigan". By this "Treaty", the "American People" are assured a "Republic Form of Government" whereby the "American People", have the rights, privileges and immunities secured by the "Constitution for the United States of America" and will be honored by the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT". This contract has been broken, by attorneys who have conspired to overthrow the "Constitutional Government" and in its place institute "Corporate Government" by corporations, for corporations against the "American People". This corporate government has failed to provide security of rights, privileges and immunities, established as its lawful purpose by Article I, Section 2 of the Constitution of Michigan. The POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT has failed in its chief design by failing to provide the "American People" within Michigan their protection of law. Because the "POLICE & FIRE RETIREMENT SYSTEM OF

THE CITY OF DETROIT" has failed to provide Thomas-James: Brown-Bey with his rights, privileges and immunities, this government has failed to act in accordance with law and has lost all immunities for their crimes. Until these "Foreign Agents" are arrested, charged and prosecuted for their crimes against Thomas-James: Brown-Bey, Thomas-James: Brown-Bey has the right to seek justice by all lawful means. A "Lis Pendens Lien" is a "Common Law Right" of all "Moorish American Nationals" to collect damages for injuries suffered.

5.  Thomas-James: Brown-Bey has filed this "Lien" in the 3rd Judicial Circuit Court of Michigan, where it remains unrebutted to date. It has been filed in the United States District Court and properly served on all parties involved and stands unrebutted to date. It was file as a UCC Amendment on March 13, 2008 File # 2008040166-6 and is unrebutted to date. This was filed with the Michigan Insurance Commissioner, for removal of all "MICHIGAN BAR ASSOCIATION" members from "Public Offices" until this matter is resolved. This was requested within UPU Regulations and has been ignored to date. Within the "Public Vessels Act" a "Public Vessel" that causes injuries must be removed from "Public Office" until the matter is resolved. Refusal to comply with this law of commerce, in the "Admiralty", establishes the lawful right to accountability for all acts public and private. For these reasons, the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" is "Dishonored" in "Commerce" for its refusal to comply with the laws governing its conduct. Thomas-James: Brown-Bey has filed a "Writ of Praecipe" demanding the deposit of the patron. It has been refused to date by "Foreign Agents" engaged in "Organized Crime" of "Slavery of Americas" prohibited by the current "13th Amendment". Until the "Writ of Praecipe" is granted and due process of law is upheld, the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" stands in "Dishonor" in "Commerce" and may not engage in commerce until this matter is resolved.

6.  Since March 13, 2008, Thomas-James: Brown-Bey has lawfully established himself as an "Moorish American National" and not a "UNITED STATES CITIZEN". As an "Moorish American National" Thomas-James: Brown-Bey is not subject to any jurisdiction of a "Foreign Agent", he has immunity by the 11th Amendment. He has lawfully established a "Private Bank" and stands in "Honor" in "Commerce". These facts have been presented to all government authorities that by their silence have admitted these facts. Thomas-James: Brown-Bey now lawfully challenges the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" for its "Fraud" 18 USC 1001, claiming authority to deny Constitutional rights, privileges and immunities to the "American People" in the "inferior courts" of the "United States of America". This "Fraud" is clearly present in all cases where Thomas-James: Brown-Bey is involved and these cases are now brought forward for examination, correction and lawful adjudication by a lawful government authority acting within its "Constitutional Authority". Before the

NOTICE TO AGENT IS NOTICE PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

world, I, Thomas-James: Brown-Bey, declare my rights, privileges and immunities as a member of the "American People" who are "Sovereign" and not subject to crimes claimed by "Foreign Agents" engaged in "Conspiracy Against Rights" 18 USC 241. I dispute all claims of debt and all claims of contract, with the "Corporate Government" of the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" and declare them a threat to the "American People" who reside within the boundaries of Michigan. These "Foreign Agents" have no rights, no privileges and no immunity for their violations of the "Supreme Law of the Land" and must be held accountable under the law.

## ENFORCEMENT OF RIGHTS

Because the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" has refused to "honor" all lawful requests for "due process of law" the demand for payment is now being made. The "Commercial Lien" is for $200,500,000,000.00 (10 Times the State's budget) for the purpose of securing "due process of law" for all the "American People" in the "Courts of Michigan". The purpose of this "Lien" is to "bankrupt" the corporate "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" and re-establish the "Constitutional Government" of the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT". "Corporations" have no rights, no privileges and no immunities under the law and it is fraud for any state to claim they do. "Corporate Courts" have no jurisdiction to hear or determine law and no authority to impose penalties for violations of "imposter laws". When a government unlawfully establishes it has authority to create criminals for the profit of attorneys, the people can no longer remain silent. As one who has been injured by this unlawful practice I declare my right to damages as clearly outlined in the attached "Commercial Lien" that is unrebutted to date. I take this action to enforce the "Status Quo" that all the "American People" are entitled to due process of law and take a stand in opposition of a corrupt government who claims they are not. It is the responsibility of all lawful government to put down the "Insurrection" of the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" and take the appropriate steps to insure "Constitutional Authority" is maintained in the "Republic of Michigan".

## DEMAND FOR PAYMENT IN FULL

Because all lawful attempts to obtain due process of law have failed, I demand full payment of this "Commercial Lien" in the amount of $200,500,000,000.00 within 30 days. By terms of the lien, should the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" fail to pay its "debt", it is bankrupt and can no longer engage in "Commerce" for 100 years or until the debt is paid in full, whichever comes first. By the law of commerce and

NOTICE TO AGENT IS NOTICE PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

the common law rights secured to all "Moorish American Nationals" I make this demand to enforce the "status quo" of due process of law. For the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT" to engage in "commerce" without paying this debt will constitute "Treason" and "Conspiracy to overthrow government" by all members of the "MICHIGAN BAR ASSOCIATION" acting as "Foreign Agents" against the "American People" in the "Public Offices" of the "Country of Michigan" 28 USC 297. Within the laws of commerce, I believe this to be a lawfully binding contract, based upon the laws of commerce that must be upheld by all "Sovereign Nations". Thomas-James: Brown-Bey stands in "Honor" in "Commerce" and disputes all crimes claimed, because to date no injury to person or property has been claimed, therefore common law dictates no criminal intent can be lawfully established. I come before the world with clean hands as an "Moorish American National" who has been injured by a corporation unlawfully posing as government without jurisdiction or authority of law. I demand full payment of this debt owed by the "POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT".

### PRINCIPLES RELIED UPON

**Maxims of Law:**

**"IN COMMERCE FOR A MATTER TO BE RESOLVED MUST BE EXPRESSED"** Heb. 4:16; Phil 4:6; Eph. 6:19-21. Legal Maxim: "He who fails to assert his rights has none."

**"ALL ARE EQUAL UNDER THE LAW"** (God's Law – Moral and Natural Law) Exodus 21:23-25; Lev 24: 17-21: Deut 1:17, 19:21, Mat. 22:36-40; Luke 10:17; Col 3:25. "NO ONE IS ABOVE THE LAW"

**"IN COMMERCE TRUTH IS SOVEREIGN"** Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8.Truth is sovereign – and the Sovereign tells only the truth. Your word is your bond.

**"TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT"** Lev. 5:4-5; Lev 6:3-5; Lev. 19:11-13; Num. 30:2; Mat. 5:33; James 5:12.

**"AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE"** 12 Pet. 1:25; Heb. 6:13-15. Claims made in your affidavit, if not rebutted, emerge as the truth of the matter. Legal Maxim: "He who does not deny, admits."

**"AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN COMMERCE"** Heb. 6:16-17. There is nothing left to resolve.

28 USC 1746

THOMAS JAMES BROWN©®™ TRUST                                    Page 6 of 7

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Police & Fire Retirement Sys
500 Woodward Ave
Detroit, MI 48226
STE. 3000

9590 9402 5179 9122 5650 62

2. Article Number (Transfer from service label)

RE 297 746 986 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M Tatum
☐ Agent
☐ Addressee

B. Received by (Printed Name): M. TATUM
C. Date of Delivery: 10-2-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

NOTICE TO AGENT IS NOTICE PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

I, Thomas-James: Brown-Bey, declare under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, understanding and beliefs. This "Affidavit" is made without purpose of evasion or intent to mislead, if some fact is proved by facts, law and evidence to be incorrect, I reserve the right to amend it for the "truth" to be clearly stated. This "Affidavit" must be accepted as "Truth", unless a "Counter Affidavit" signed under the penalty of perjury, is presented in dispute, within 30 days. "Truth is the law of "Commerce". "Judgment" must follow the "Truth". This "Affidavit" must be accepted as "Proof of Claim" in all Courts of the United States of America. Failure to do so is denial of the truth.

God's will be done.

Thomas-James: Brown-Bey, Grantor

The Constitution For
The United States of North America

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Universal Postal Union
International Bureau
Case Postale
3000 Berne 15
SWITZERLAND

9590 9402 5179 9122 5650 79

2. Article Number (Transfer from service label)

RE 297 746 990 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Police & Fire Retirement Sys
500 Woodward Ave.
Detroit, MI 48226
STE. 3000

9590 9402 5179 9122 5650 62

2. Article Number (Transfer from service label)

RE 297 746 986 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



REGISTERED MAIL™
RE 297 746 990 US



REGISTERED MAIL™
RE 297 746 986 US

**Envelope 1 (left):**

Thomas-James: Brown-Bey
c/o [15216] Carlisle
Detroit, Michigan near [48205-9998]
Non-Domestic, Without the UNITED STATES
USPS Int'l Mail Manual
742.1 - Marking Postage Paid
742.2 —Parcels w/o Stamps
Treat as Pre-Paid

**MAIL TAMPERING**
In Accordance With:
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

TAXE-PERCUE/POSTAGE PAID
UPU RL 114 (2.2) - UPU RL 141 (2.2)
POSTAGE PAID
UPU RL 114 (2.2)
Date September 30 2019
Thomas-James Brown-Bey
FOREIGN OFFICE OF ORIGIN

Universal Postal Union
Internal Bureau
Case Postale
3000 Berne 15
Switzerland

**Envelope 2 (right):**

Thomas-James: Brown-Bey
c/o [15216] Carlisle
Detroit, Michigan near [48205-9998]
Non-Domestic, Without the UNITED STATES
USPS Int'l Mail Manual
742.1 - Marking Postage Paid
742.2 —Parcels w/o Stamps
Treat as Pre-Paid

**MAIL TAMPERING**
In Accordance With:
Title 18 U.S.C. 1341
Title 18 U.S.C. 1702
Title 18 U.S.C. 1703
Title 18 U.S.C. 1708

TAXE-PERCUE/POSTAGE PAID
UPU RL 114 (2.2) - UPU RL 141 (2.2)
POSTAGE PAID
UPU RL 114 (2.2)
Date September 30 2019
Thomas-James Brown-Bey
FOREIGN OFFICE OF ORIGIN

Police & Fire Retirement System
500 Woodward Ave.
Ste. 3000
Detroit, Mich. 48226

# USPS Tracking®

FAQs >

## Track Another Package +

Tracking Number: RE297746986US

Remove X

Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 30, 2019 at 9:17 pm. The item is currently in transit to the destination.

### In-Transit

September 30, 2019 at 9:17 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Get Updates ∨

### Text & Email Updates

### Tracking History

September 30, 2019, 9:17 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 30, 2019 at 9:17 pm. The item is currently in transit to the destination.

September 30, 2019, 5:42 pm
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

---

## Product Information

See Less ∧

Tracking Number: RE297746990US

Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 30, 2019 at 8:00 pm. The item is currently in transit to the destination.

### In-Transit

September 30, 2019 at 8:00 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Get Updates ∨

### Text & Email Updates

### Tracking History

September 30, 2019, 8:00 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
Your item departed our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 30, 2019 at 8:00 pm. The item is currently in transit to the destination.

September 30, 2019, 5:44 pm
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number: RE297746986US**

Remove X

Your item was delivered to an individual at the address at 1:18 pm on October 2, 2019 in DETROIT, MI 48226.

## ✓ Delivered

October 2, 2019 at 1:18 pm
Delivered, Left with Individual
DETROIT, MI 48226

Get Updates ∨

### Text & Email Updates

### Tracking History

**October 2, 2019, 1:18 pm**
Delivered, Left with Individual
DETROIT, MI 48226
Your item was delivered to an individual at the address at 1:18 pm on October 2, 2019 in DETROIT, MI 48226.

**October 2, 2019, 8:33 am**
Out for Delivery
DETROIT, MI 48226

**October 2, 2019, 2:56 am**
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**October 1, 2019, 8:27 am**
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**September 30, 2019, 11:24 pm**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**September 30, 2019, 5:42 pm**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

### Product Information

See Less ∧

---

**Tracking Number: RE297746990US**

Remove X

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

October 7, 2019
In Transit to Next Facility

Get Updates ∨

## Text & Email Updates

## Tracking History

**October 7, 2019**
In-Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**October 3, 2019, 10:54 am**
Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 30, 2019, 8:00 pm**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**September 30, 2019, 5:44 pm**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

See Less ∧

## Product Information

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs

Feedback

# USPS Tracking®

USPS.com® - USPS Tracking® Results

Track Another Package +

FAQs >

Remove X

**Tracking Number: RE297746986US**

PFRS

Your item was delivered to an individual at the address at 1:18 pm on October 2, 2019 in DETROIT, MI 48226.

## ✓ Delivered

October 2, 2019 at 1:18 pm
Delivered, Left with Individual
DETROIT, MI 48226

Get Updates ∨

### Text & Email Updates ∨

### Tracking History ∧

**October 2, 2019, 1:18 pm**
Delivered, Left with Individual
DETROIT, MI 48226
Your item was delivered to an individual at the address at 1:18 pm on October 2, 2019 in DETROIT, MI 48226.

**October 2, 2019, 8:33 am**
Out for Delivery
DETROIT, MI 48226

**October 2, 2019, 2:36 am**
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**October 1, 2019, 8:27 am**
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

**September 30, 2019, 11:24 pm**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**September 30, 2019, 5:42 pm**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

### Product Information ∧

Postal Product:        Features:
                       Registered Mail™

See Less ∧

---

USPS.com® - USPS Tracking® Results

Remove X

**Tracking Number: RE297746990US**

### In-Transit
October 7, 2019

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** RE297746986US

Remove ✕

Duplicate

## Duplicate

**Multiple items found.**
Need More Details ›

Feedback

**Tracking Number:** RE297746990US

Remove ✕

Duplicate

## Duplicate

**Multiple items found.**
Need More Details ›