





## Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
### Moorish Divine and National Movement of the World
### Northwest Amexem / Southwest Amexem / Central Amexem / Adjoining Atlantis and Americana Islands
### The True and De Jure Natural Peoples-Heirs of the Land
### ~ I.S.L.A.M ~

---

### Universal Sovereign Affidavit of Command to Appear in Court

Re: DAVID CETLINSKI DBA DIRECTOR, POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT,
Re: MICHAEL DUGGAN DBA MAYOR OF CITY OF DETROIT

Cause of Action –mac-tjb000000001
Unlawful Occupation of sovereign original indigenous land

70162070000002196988

**Date Commanded to Appear**
Monday, June 15, 2020 at 3:00 P.M. (EASTERN TIME ZONE)

**Court**
Moorish American Consular Court Online Video
https://join.freeconferencecall.com/moorishnation
audio dial in number 978-990-5485   access code 5925

[David Cetinski & Michael Duggan], You are hereby commanded to appear at the Moorish American Consular Court to state your name and nationality for the record to the people who are the Moorish National Republic Federal Government. This court has sovereign jurisdiction in all matters on our land. The American Provost Marshal shall insure that you appear as commanded. Until such time, all of your COMMERCE and that of all AGENTS, PRINCIPALS, HEIRS and ASSIGNS is hereby terminated by way of sovereign Universal Commercial Code 1 Lien. Failure to appear shall be just cause for your arrest.

[David Cetlinski & Michael Duggan], You are hereby commanded to appear at the Moorish American Consular Court to state your name and nationality for the record to the people who are the Moorish National Republic Federal Government. This court has sovereign jurisdiction in all matters on our land. The American Provost Marshal has been notified. Until such time, all of your COMMERCE and that of all AGENTS, PRINCIPALS, HEIRS and ASSIGNS is hereby terminated by way of sovereign Universal Commercial Code 1 Lien. Failure to appear shall be just cause for your arrest.

Chronos: June 15, [2020] 1440

I Am: _thomas james brown bey_
Judge/Vizir/Minister, in propria persona sui juris, in proprio solo, and in proprio heredes. All rights exercised at all times.
Free Moor/Muur Northwest Amexem / Northwest Africa / North America

Amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo
Amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo
Amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo

Ab Original Indigenous Sovereign Moorish American National Document.
Moorish National Republic Federal Government
Empire of the Moors, New Jerusalem

1 of 3






# Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
#### Moorish Divine and National Movement of the World
#### Northwest Amexem / Southwest Amexem / Central Amexem / Adjoining Atlantis and Americana Islands
#### The True and De Jure Natural Peoples-Heirs of the Land
### ~ I.S.L.A.M ~

---

### Universal Sovereign Affidavit of Command for Arrest and Imprisonment

Re: DAVID CETLINSKI DBA DIRECTOR, POLICE & FIRE RETIREMENT SYSTEM CITY OF DETROIT,

Re: MICHAEL DUGGAN DBA MAYOR OF CITY OF DETROIT

**Cause of Action** —moc-tjb000000001
Unlawful Occupation of sovereign original indigenous land

**Date Commanded to Appear**
Monday, June 15, 2020 at 3:00 P.M. (EASTERN TIME ZONE)

**Court**
Moorish American Consular Court Online Video
https://join.freeconferencecall.com/moorishnation
audio dial in number 978-990-5485   access code 9925

The said US CORPORATION CITIZENS did not appear as commanded by the original indigenous sovereign people who are the moorish american consular court and the moorish national republic federal government. The immediate arrest of said US CITIZENS is hereby commanded as pursuant to the above listed Cause of Action.

[David Cetlinski & Michael Duggan], You were hereby commanded to appear at the moorish american consular court to state your name and nationality for the record to the people who are the moorish national republic federal government. This court has sovereign jurisdiction in all matters on our land. The American Provost Marshal has been commanded by the people to arrest you immediately and place you in jail at Guantanamo Bay Cuba permanently. All of your COMMERCE and that of all AGENTS, PRINCIPALS, HEIRS and ASSIGNS is hereby terminated by way of sovereign universal commercial code 1 lien. This arrest command is hereby activated and given to the American Provost Marshal for immediate action.

[David Cetlinski & Michael Duggan], You were hereby commanded to appear at the moorish american consular court to state your name and nationality for the record to the people who are the moorish national republic federal government. This court has sovereign jurisdiction in all matters on our land. The American Provost Marshal has been commanded by the people to arrest you immediately and place you in jail at Guantanamo Bay Cuba permanently. All of your COMMERCE and that of all AGENTS, PRINCIPALS, HEIRS and ASSIGNS is hereby terminated by way of sovereign universal commercial code 1 lien. this arrest command is hereby activated and given to the American Provost Marshal for immediate action.

**Chronos:** JUNE 8 [2020] 1440

I Am: _thomas james brown bey_

thomas james brown bey, judge/vizir/minister, in propria persona sui juris, in proprio solo, and in proprio heredes, all rights exercised at all times.

free moor/muur northwest amexem / northwest africa / north america

Amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo
Amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo
Amen, amen dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo

Ab Original Indigenous Sovereign Moorish American National Document
Moorish National Republic Federal Government
Empire of the Moors, New Jerusalem



7/16/2020

USPS.com® - USPS Tracking® Results

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...**

# USPS Tracking®

FAQs >

## Track Another Package +

Tracking Number: 70162070000002196988

Remove X

Your item was delivered to the front desk, reception area, or mail room at 1:14 pm on June 16, 2020 in DETROIT, MI 48226.

### ✓ Delivered

June 16, 2020 at 1:14 pm
Delivered, Front Desk/Reception/Mail Room
DETROIT, MI 48226

Get Updates ⌄

---

Text & Email Updates  >

---

Tracking History  ⌄

June 16, 2020, 1:14 pm
Delivered, Front Desk/Reception/Mail Room
DETROIT, MI 48226
Your item was delivered to the front desk, reception area, or mail room at 1:14 pm on June 16, 2020 in DETROIT, MI 48226.

June 16, 2020, 8:42 am
Out for Delivery
DETROIT, MI 48216

June 16, 2020, 8:31 am
Arrived at Unit
DETROIT, MI 48216

June 13, 2020
In Transit to Next Facility

June 9, 2020, 9:09 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

June 9, 2020, 1:35 am
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

See Less ⌄

---

Product Information  >

---

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs