UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

thomas-jamas: brown-bey
Thomas James Brown ,

   Plaintiff(s),

vs.

POLICE & FIRE RETIREMENT SYSTEM ,
CITY OF DETROIT
STATE OF MICHIGAN

   Defendant(s).
_____/

Case No. 20-mc-50804

Judge Lauria J. Michelson [Correction]

TITLE OF DOCUMENT
20193234700 DE UCC1 CITY OF DETROIT-PFRS filed 5-10-19
20196744606 DE UCC1F INTERNAL REVENUE SERVICE-PFRS filed 9-27-2019
70162710000059255851 NOTICE OF CONTEST OF LIEN IRS filed 1-26-2018 hand
70162070000002196988 command to appear in court - Micheal Duggan-David Cetlinski
RE297746986US DEMAND FOR PAYMENT IN FULL PFRS mailed 9-30-19
Counter Claim CITY OF DETROIT IRS hand delivered 2-2-2018 15pgs
RE118290306US INTERNATIONAL COMMERCIAL CLAIM-PFRS 14pgs
2018242843 wayne county legal notice and demand - re118290354us

Document Text

Date: October 5, [2020] 1441

By: thomas james brown bey
Signature of Filer without Prejudice

thomas james brown bey
Printed Name

Care of [15216] Carlisle
Street Address Non-Domestic w/o U.S.

Detroit, Michigan [48205-9998]
City, State, Zip Code

_____
Telephone Number