## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

thomas-jamas: brown-bey
Thomas James Brown ,

    Plaintiff(s),

Case No. 20-mc-50804

vs.

Judge Lauria J. Michelson [Correction]

POLICE & FIRE RETIREMENT SYSTEM ,
CITY OF DETROIT
STATE OF MICHIGAN

    Defendant(s).

_____/

### TITLE OF DOCUMENT

70162070000002193338 Notice of default-Michael Duggan-David Cetlinski mailed 7-13-20
70162070000002194311 affidavit of written ucc PFRS-IRS correction 6.2.20
70171450000103678752 FREEDOM OF INFORMATION ACT REQUEST PFRS & IRS mailed 11-28-18
70173040000026779384 Acting as Agent of Foreign Principal mailed 7-23-18

Document Text

Date: October 2, [2020] 1441

by: thomas james brown-bey
Signature of Filer without prejudice

thomas james brown bey
Printed Name

care of: [15216] Carlisle
Street Address without the U.S.

Detroit, Michigan [48205-9998]
City, State, Zip Code

248.227.9679
Telephone Number

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

thomas-jamas: brown-bey
Thomas James Brown        ,

   Plaintiff(s),

vs.

POLICE & FIRE RETIREMENT SYSTEM     ,
CITY OF DETROIT
STATE OF MICHIGAN

   Defendant(s).
_____/

Case No. 20-mc-50804

Judge Lauria J. Michelson [Correction]

### TITLE OF DOCUMENT
70162070000002196995 Memorandum of Record IRS 7-28-20
70162070000002199217 NOTICE OF H.R. 1624 OCTOBER 3, 2017 CITY OF DETROIT 9-1-20
70162710000059255851 NOTICE OF CONTEST OF LIEN IRS mailed 5-26-17
70171450000103678448 CONSTRUCTIVE NOTICE OF COUNTERFEIT SECURITIES IRS mailed 7-30-18 2nd 11-8-18 RE297746955US

Document Text

Date:   October 2, [2020] 1441

By: thomas james brown bey
Signature of Filer  without prejudice

thomas james brown bey
Printed Name

Care of: [15216] Carlisle
Street Address NON-DOMESTIC w/o U.S.

Detroit, Michigan [48205-9998]
City, State, Zip Code

248.227.9679
Telephone Number

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

thomas-jamas: brown-bey
Thomas James Brown  ,

    Plaintiff(s),

vs.

POLICE & FIRE RETIREMENT SYSTEM  ,
CITY OF DETROIT
STATE OF MICHIGAN

    Defendant(s).

Case No.  20-mc-50804

Judge  Lauria J. Michelson [Correction]

### TITLE OF DOCUMENT
20180706000183-2 MIUCC1-IRS-CITY OF DETROIT-7-06-18
70101670000021028164 POWER OF ATTORNEY-IN-FACT PFRS mailed 7-23-18
180010578930 WIUCC-IRS-CITYOFDETROIT-8-1-2018
70162070000002193338 Notice of default-Michael Duggan-David Cetlinski mailed 7-13-20

**Document Text**

Date:  October 2, [2020] 1441

by: thomas james brown-bey
Signature of Filer without prejudice

thomas james brown bey
Printed Name

Care of: [15216] Carlisle
Street Address without the U.S.

Detroit, Michigan [48205-9998]
City, State, Zip Code

248.227.9679
Telephone Number