UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

,

          Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　Case No. 2:20−mc−50804−LJM
　　　　　　　　　　　　　　　　　　　Hon. Laurie J. Michelson
,　　　　　　　　　　　　　　　　　　　Magistrate Judge

          Defendant(s).

**NOTICE OF FILING FEE NOT PAID**

    Take notice that a new case has been filed that requires a filing fee and the filing fee has not been paid.*

    If the filing fee is not received by the Clerk's Office within seven calendar days of this notice, or if an application to proceed *in forma pauperis* is not electronically filed within seven calendar days of this notice, this case may be dismissed.

                                               s/ A. Teets
                                               Deputy Clerk

**Certification**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                               s/ A. Teets
                                               Deputy Clerk

Dated:   October 5, 2020

* Note:  The filing fee should be paid online using pay.gov. To pay the fee, log in to CM/ECF and select the appropriate "Pay Fee" event under the Other Documents category.