UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

thomas-jamas: brown-bey
Thomas James Brown        ,

Plaintiff(s),

Case No. 20-mc-50804

vs.

Judge Lauria J. Michelson [Correction]

POLICE & FIRE RETIREMENT SYSTEM    ,
CITY OF DETROIT
STATE OF MICHIGAN

Defendant(s).
_____/

TITLE OF DOCUMENT
70162070000002193338 Notice of default-Michael Duggan-David Cetlinski mailed 7-13-20
70162070000002194311 affidavit of written ucc PFRS-IRS correction 6.2.20
70171450000103678752 FREEDOM OF INFORMATION ACT REQUEST PFRS & IRS mailed 11-28-18
70173040000026779384 Acting as Agent of Foreign Principal mailed 7-23-18

Document Text

Date:   October 2, [2020] 1441

by: thomas james brown-bey
Signature of Filer

thomas james brown bey
Printed Name

Care of: [15216] Carlisle
Street Address

Detroit, Michigan [48205-9998]
City, State, Zip Code

248.227.9679
Telephone Number