INTERNAL REVENUE SERVICE - Private Trust No. XXX-XX-5162

Date: 29th May 2018

Thomas-James: Brown-Bey©™, Secured Party Creditor
c/o THOMAS JAMES BROWN©®™ Trust
c/o [15216] Carlisle Street
Detroit, MI [48205-9998] uSA
Non-Domestic without US



VIA USPS CERTIFIED MAIL # 7017 3040 0000 2677 9193



"Private and Confidential"
c/o Lisa Patterson d/b/a LISA PATTERSON acting as REVENUE OFFICER
Angela Davis d/b/a ANGELA DAVIS acting as REVENUE OFFICER
INTERNAL REVENUE SERVICE
1270 PONTIAC RD.
PONTIAC, MI 48340
On the back flap "Priority"

**Instructions to Tender Payment**

Notice to Agent is Notice to Principal.
Notice to Principal is Notice to Agent

Silence is Acquiescence, Agreement, and Dishonor

NOTICE: This document is not intended to threaten, harass, hinder or obstruct any lawful operations.
It is for the purpose of obtaining lawful and legal remedy as is provided by law
and tendered with honorable intent.

RE: Account # **XXX-XX-5162, Tender Negotiable Instrument No(s). 1203 for $198,314.96**

To whom it may concern:

Enclosed find Copies of Negotiable Instrument No.: **TJB100458BBoE-1203 [7015 1730 0000 4708 4188]** made out to INTERNAL REVENUE SERVICE to discharge the above referenced account for settlement and closure.

This attached Negotiable Instrument is presented under the authority of House Joint Resolution 192, Public Law 73-10, UCC 3-104(c), Spencer v. Sterling Bank, 63 Cal Ap. 4th 1055 (1998), Guaranty Trust Co. Of NY v. Henwood et al, 307 U.S. 247 (FN3), the Within Negotiable Instruments, Vol. III (including 2006 Supplement) on the Undersigned's UCC Contract Trust Account. "The entire taxing and monetary systems are hereby placed under the U.C.C." (Uniform Commercial Code) - The Federal Tax Lien Act of 1966.

Please send receipt for discharge to the address above in care of my attesting witness within 3 days of deposit.

As everyone should know lawful money was removed from our economy by congress in 1933 by HJR 192 (House Joint Resolution) and replaced with negotiable instruments. These negotiable instruments are considered as legal tender on the same par and category as federal reserve notes. They represent a mortgage on all the homes and personal property of all the American people. This mortgage was placed without proper legal authorization by congress and the supreme court required that a remedy had to be given to the American people who were principals and sureties for the national debt. This remedy is to discharge debt for the people who demanded it. **We the People**

THOMAS JAMES BROWN©®™ Trust                                                      Page 1 of 4

INTERNAL REVENUE SERVICE - Private Trust No. XXX-XX-5162

were made private bankers according to the law with the authority to issue notes to discharge lawful debts. This must remain in effect until lawful money and the property is returned to We the People without any encumbrances.

HJR 192: "Now, there-fore be it. Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a **particular** kind of coin or currency, or in an amount in money of the United States measured thereby, is **declared to be against public policy**; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in **any** coin or currency which at the time of payment is legal tender for public and private debts."

LEGAL TENDER DEFINED

*Legal tender under the Uniform Commercial Code (U.C.C.)*, Section 1-201(24) (Official Comment); "The referenced Official Comment notes that the definition of *money* is not limited to *legal tender* under the U.C.C. The test adopted is that of sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected."

In light of the holding of Guaranty Trust Company vs. Henwood, 307 U.S. 247 (1939), a Federal US court of appeals ruled on Title 31 USC 5118. As of October 27, 1977, **legal tender for discharge of debt is no longer required**. That is because legal tender is not in circulation at par with promises to pay credit. Requirement of repayment of debt is against Public Policy, since legal tender was not loaned [nor in circulation] they **can not demand payment in any** [particular] **form of coin or currency or legal tender** and repayment [or payment] need only be made in **equivalent kind; A negotiable instrument.**

HJR-192, Public Law 73-10 and Title 31 USC 5118 prohibits Banks/creditors from demanding any specific specie of payment. All Banks must process lawful United States currency. Failure to do so is "interference with commerce", a felony under the RICO ACT, 18 USC 1951. If you believe you have a lawful reason to "Dishonor" this negotiable instrument you must return it to the Agent above with lawful reason(s) fully stated and cited, sworn under your unlimited liability. Failure to provide lawful reason(s), or to misdirect this instrument, is grounds for a complaint to the FTC under the FDCPA (Fair Debt Collection Practices Act), 15 USC 1692a1. It is your duty to honor this instrument for payment, to know, abide by and operate under the law. 18 USC 8 applies. Commercial instruments are legal tender for the payment of debt in accordance with 31 USC 5118 and other statutes/code. Failure to process and credit the intended account will result in a request of the Postal Inspectors office [to investigate and audit the accounts balance sheet,? Optional] and file IRS Form 3949A Information referral to the CID (Criminal Investigation Division) of the IRS.

The UCC (Uniform Commercial Code) defines a negotiable instrument as an unconditional writing that promises or orders the payment of a fixed amount of money. To be considered negotiable an instrument must meet the requirements stated in Article 3.
U.C.C. - ARTICLE 3 - NEGOTIABLE INSTRUMENTS § 3-104. NEGOTIABLE INSTRUMENT.
(a)"negotiable instrument" means an unconditional promise or order to pay a fixed amount of money
(b) "Instrument" means a negotiable instrument.

FRN's WORTHLESS
The Federal Reserve Bank in its booklet; MODERN MONEY MECHANICS page 3, states; "In the United States neither paper currency nor deposits have as commodities. Intrinsically, a dollar bill is just a piece of paper, deposits merely book entries."

THOMAS JAMES BROWN©®™ Trust

INTERNAL REVENUE SERVICE - Private Trust No. XXX-XX-5162

The "giving a (federal reserve) note does **not** constitute payment." See Echart v Commissioners C.C.A., 42 Fd2d 158.

The use of a (federal reserve) 'Note' is **only a promise** to pay. See Fidelity Savings v Grimes, 131 P2d 894.

Legal Tender (federal reserve) Notes are **not** good and lawful money of the United States. See Rains v State, 226 S.W. 189.

That (federal reserve) 'Notes do **not** operate as payment in the absences of an agreement that they shall constitute payment.' See Blachshear Mfg. Co. v Harrell, 2 S.E. 2d 766.

"Federal Reserve Notes are **valueless**." See IRS Codes Section 1.1001-1 (4657) C.C.H.).

REJECTION

Michigan Commercial Code 440.3603/UCC 3-603: "**If tender of payment** of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender **is refused, there is discharge**, to the extent of the amount of the tender..."

Failure to accept this Note for deposit and discharge of this debt is lawfully considered theft, fraud, conspiracy, collusion, racketeering, and denial of due process. I believe there is no evidence to the contrary.

Otherwise, provide lawful proof of claim by presenting to me lawful document/s that show that you have the lawful authority to dishonor my Note. Failure to provide lawfully documented evidence that is certified lawful, true, and correct by notarized affidavit that is signed under penalties of the law including perjury will be default.

Failure to honor this legal tender requires you to; Surrender all public hazard bonds, corporate bonds, blanket bonds, insurance policies, CAFR funds, 401-k(s), 801k(s), retirement funds, personal wealth and properties, or any other source of revenue as needed to cure your dishonor in commerce and submit to the authorities for criminal prosecution.

Evidences of debt are not money and are not legal tender (checks, credit cards, lines of credit, demand deposits, credit, letters of credit, and checkbook money). Howard & Foster Co. v. Citizens National Bank of Union. 33 S.C. 202. 130 S.E. 758

Norton Grocery Co. v. Peoples' Nat. Bank, 144 S.E. 501, 151 Va 195

"Checks, drafts, money orders, and bank notes are not lawful money of the United States". State v. Neilon 73, Pac. 3211, 43 Ore. 168

"A national bank cannot lend its credit to another by becoming surety, endorser, or guarantor for him, such an act being ultra vires." Merchants Bank v. Baird 160 F. 642

All rights reserved UCC1-308.

By: Thomas-James: Brown-Bey, Authorized Representative UCC 3-402

Void If Prohibited by Law. Public Policy or Statute

```
Thomas-James: Brown-Bey, Secured Party, Drawer
TREASURY  THOMAS JAMES BROWN-BEY
         15216 CARLISLE STREET
         DETROIT, MICHIGAN 48205
Private Treasury UCC Contract Account # MI2008040166-6

                    CHASE BANK
                    18700 W. Eleven Mile Rd
                    Lathrup Village, MI 48076
                    248-424-8720

CREDIT TO: INTERNAL REVENUE SERVICE
           LISA PATTERSON
           1270 PONTIAC RD.
           PONTIAC, MI 48340-2238

Attention: Steven Mnuchin, Trustee
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220
38° 53' 54" N 77° 2' 3" W

Reference: Prepaid exchange item
Process through the TT&L account by FedWire
Void where prohibited by law

V:7 2 0 0 0 3 2 6 V:0 2 9 0 3 2 6 5 2 9 2  1203
```

| Date | Account No. | Amount |
|---|---|---|
| 1/29/18 | 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 | $198,314.96 |

**CERTIFIED FUNDS**
7015 1730 0000 4708 4188
One Hundred Ninety-Eight Thousand Three Hundred Fourteen 85/100 Dollars

*Thomas James Brown-Bey*
AUTHORIZATION
Special Private BOE # TJB100458BoE-1203
(See attached special processing instructions)

Reference Special BOE# TJB100458BoE-1203

**Statement of Account**

| Date | Account No. | Amount | Previous Balance | Current Balance |
|---|---|---|---|---|
| 1/29/18 | XXX-XX-5162 | $198,314.96 | $198,314.96 | --0.00-- |

Fiduciary: This is a noncash item with an attached charging instrument that has been accepted for value by the principal. It is to be presented through electronic medium by FedWire to access a pre-established direct treasury account used for this purpose. Post the uncollected funds into the asset column of the customer's account and charge the offer and acceptance for settlement, prepaid and exempt when entered to the post closing balance.

Return to original issue profile is priority exempt after acknowledgement from the principal, a prepaid exchange, a direct treasury accrual item, and a US bankruptcy proceeding remedy.

IMPORTANT NOTICE

If you are not the current trustee or beneficiary of the subject deed of trust, notify the Notary immediately, or it will be presumed that you have accepted this preauthorized transfer, have sufficient authority to act, and have accepted responsibility as an agent for the office you formerly held. Retention of this document constitutes acceptance and intent to perform pursuant to the defeasance clause of said deed of trust.

**CERTIFIED FUNDS**
7015 1730 0000 4708 4188
One Hundred Ninety-Eight Thousand Three Hundred Fourteen 85/100 Dollars

# USPS Tracking

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

Tracking Number: 70151730000247084188

Remove X

Your item was delivered to the front desk, reception area, or mail room at 10:18 am on February 16, 2018 in PONTIAC, MI 48340.

### ✓ Delivered

February 16, 2018 at 10:18 am
Delivered, Front Desk/Reception/Mail Room
PONTIAC, MI 48340

Your item was delivered to the front desk, reception area, or mail room at 10:18 am on February 16, 2018 in PONTIAC, MI 48340.

See Less ∧

### Tracking History

**February 16, 2018, 10:18 am**
Delivered, Front Desk/Reception/Mail Room
PONTIAC, MI 48340

Your item was delivered to the front desk, reception area, or mail room at 10:18 am on February 16, 2018 in PONTIAC, MI 48340.

**February 16, 2018, 9:00 am**
Arrived at Unit
PONTIAC, MI 48343

**February 16, 2018, 1:59 am**
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**February 15, 2018**
In Transit to Next Facility

**February 13, 2018, 11:46 pm**
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

**February 13, 2018, 3:04 pm**
Departed Post Office
EASTPOINTE, MI 48021

**February 13, 2018, 1:55 pm**
USPS in possession of item
EASTPOINTE, MI 48021

### Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:







c/o Lisa Patterson
Internal Revenue Service
1270 Pontiac RD.
Pontiac, MI 48340

Private and Confidential

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ×

Tracking Number: 70173040000026779193

**On Time**

Expected Delivery on

**THURSDAY**
**31** MAY 2018 ⓘ

See Product Information ⌄

## ✓ Delivered

May 31, 2018 at 9:57 am
Delivered, Left with Individual
PONTIAC, MI 48340

---

### Tracking History

May 31, 2018, 9:57 am
Delivered, Left with Individual
PONTIAC, MI 48340
Your item was delivered to an individual at the address at 9:57 am on May 31, 2018 in PONTIAC, MI 48340.

May 31, 2018, 9:20 am
Out for Delivery
PONTIAC, MI 48340

May 31, 2018, 9:10 am
Sorting Complete

PONTIAC, MI 48340

May 31, 2018, 8:20 am
Arrived at Unit
PONTIAC, MI 48343

May 30, 2018, 11:07 pm
Departed USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

May 30, 2018
In Transit to Next Facility

May 29, 2018, 8:46 pm
Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

May 29, 2018, 5:20 pm
Departed Post Office
EASTPOINTE, MI 48021

May 29, 2018, 12:02 pm
USPS in possession of item
EASTPOINTE, MI 48021

## Product Information

Postal Product:
First-Class Mail®

Features:
Certified Mail™

See Less ∧