Certified Mail Article Number: 7017 3040 0000 2677 9384

STATE OF MICHIGAN )
                           ) SS:
COUNTY OF MACOMB )

```
To:
"Private and Confidential"
c/o David Cetlinski d/b/a/ Director (Trustee)
c/o Kelly Tapper d/b/a Asst. Director (Trustee)
CITY OF DETROIT RETIREMENT SYSTEMS
500 Woodward Ave., Suite 3000 Non-Domestic
Detroit Michigan united States of America (U.S.A.)
zip not required [DMM 602 1.3e (2)]
"without the U.S."
on the back flap "Priority"        7017 3040 0000 2677 9384


Return to:
Sui Juris known as Thomas-James: Brown-Bey
In-care of: [15216] Carlisle Non-Domestic w/o US
c/o Main Post Office Non-Domestic
Detroit Michigan united States of America (U.S.A.)
"without the U.S."
```

Trust Common Law Acting As Agents of Foreign Principal
Public Notice/Public Record/Fee Schedule
Nemo est supra leges defined: No one is above the law. Lofft, 142.
Nemo alieno nomine lege age re potest defined: No one can sue in the name of another. Dig. 50, 17, 12a

Whereas defined pursuant to; Officers and employees acting as agents of foreign principal: (a) Whoever, being a public official, is or acts as an agent of a foreign principal required to register under the Foreign Agents Registration Act of 1938, as amended, shall be fined under this title or imprisoned for not more than two years, or both. (b) Nothing in this section shall apply to the employment of any agent of a foreign principal as a special Government employee in any case in which the head of the employing agency certifies that such employment is required in the national interest. A copy of any certification under this paragraph shall be forwarded by the head of such agency to the Attorney General who shall cause the same to be filed with the registration statement and other documents filed by such agent, and made available for public inspection in accordance with section 6 of the Foreign Agents Registration Act of 1938 (22 USCS § 616], as amended. (c) For the purpose of this section "public official" means Member of Congress, Delegate, or Resident Commissioner, either before or after he has qualified, or an officer or employee or person acting for or on behalf of the United States, or any department, agency, or branch of Government thereof, including the District of Columbia, in any official function, under or by authority of any such department, agency, or branch of Government. (Added July 4, 1966, P. L. 89-486, § 8(b), 80 Stat. 249; Oct. 12, 1984, P. L. 98473, Title II, Ch XI, Part J, § 1116, 98 Stat. 2149; Nov. 10, 1986, P. L. 99-646, § 30, 100 Stat. 3598; Nov. 29, 1990, P. L. 101-647, Title XXXV, § 3511, 104 Stat. 4922.)

Whereas defined pursuant to
"United States" means—
(a) a Federal corporation;
(b) an agency, department, commission, board, or other entity of the United States; or
(c) an instrumentality of the United States. [together with all States, Counties and Cities/Municipalities]

Whereas defined pursuant to: Dedimus Potestatem given the "Authority" to carry out the Duties of the office of Public Trust you hold. —Dedimus Potestatem defined: term, which means, "We have given the power." As a public servant you have "Absolutely" NO "Authority" until you have been given the Power, and to be "Authentic" your action has to be Certified and Authenticated. Holding Office of Public Trust, as a Public Official you must be able to produce a Certified copy of the Original "blue" Wet Ink Signature Contract "Certificate" whereby you have been given the Authority. Without "Dedimus Potestatem," as Public Official you have failed to Honor Current Article Four, Section One Constitutions of the United States "Full Faith and Credit shall be given in each state to the public acts, records, and judicial proceedings of every other state (International Treaty Statute). By dishonoring this

THOMAS JAMES BROWN©®™ TRUST [2008040166-6]      Page 1 of 4

Certified Mail Article Number: 7017 3040 0000 2677 9384

requirement all actions are "without" force or effect "Null and Void." Should this not be true then let the record be corrected or it will stand as truth. Time is of the essence.

See Black's Law on "Public Revenue" (Public Money) and you will find it to state that those funds collected go into the government treasury. Since we know that all the "revenue" now collected goes to the Federal Reserve (a non-government private bank), the IMF and the World Bank, and not to the government's treasury, we can safely state they are not collecting "public revenue" or dealing in "public money." See Grace Commission Report during former President Reagan's Administration. If it is not Public Revenue, it must be Private Revenue?

Whereas defined pursuant to: "A foreign corporation is one that derives its existence solely from the laws of another state, government, or country, and the term is used indiscriminately, sometimes in statutes, to designate either a corporation created by or under the laws of another state or a corporation created by or under the laws of a foreign country."

Whereas defined pursuant to: "A federal corporation operating within a state is considered a domestic corporation rather than a foreign corporation. The United States government is a foreign corporation with respect to a state." [Bold added.] 19 Corpus Juris Secundum, Corporations § 883.

Legal fictions - such as that of corporations - being artificial persons, are lawfully restricted from "entering into contracts" with "live flesh-and-blood human beings," and are lawfully restricted to using only "UPPER-CASE" letters with regards to their title identification upon all contracts and legal papers. This is to legally/lawfully distinguish them from live flesh-and-blood "people" so to prevent them from ever imprisoning human beings as slaves. This has remained well-grounded, well-established mandate for hundreds of years. An early landmark Supreme Court case from the year 1795 further defined this grounded fact very well.
Penhallow v. Doane's Administrators (3 U.S. 54; 1 L.Ed 57; Dall. 54), defines governments succently: "Governments are Corporations." Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary having neither actuality nor substance - is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. therefore, can concern itself with anything other than corporate, artificial persons and contracts between them"

Fictitious name defined; "A counterfeit, alias, feigned, or pretended name taken by a person differing in some essential particular from his true name (consisting of Christian name and patronymic [surname]), with the implication that it is meant to deceive or mislead." Black's Law Dictionary, Sixth Edition (page 624).

The use of, by implication, mistake, or otherwise, of fictitious names within any lawful and even "legal" document renders said document/instrument fatally flawed for simple fraud. And, since no man or woman in the Private Domain can be held accountable for the same crime twice, by guarantee, then if initially one is charged in the wrong name, and that mistaken identity at any stage of the proceedings renders the present proceeding null, void and dismissed. This renders the above "statute" also null, void, and never written, for this fatal error cannot be corrected and one must, secondly, face the same charges. Mistaken Identity cannot be used as a correctable error merely because one cannot be charged twice for the same cause, even if the first charge was mistaken.

Fictitious plaintiff defined: "A person appearing in a writ, complaint, or record as the plaintiff in a suit, but who in reality does not exist, or who is ignorant of the suit and of the use of his name in it." 'It is a contempt of court to sue in the name of a fictitious party." Black's Law Dictionary, Sixth Edition (page 624).

Fictitious action defined: "An action brought for the sole purpose of obtaining the opinion of the court on a point of law, not for the settlement of any actual controversy between the parties." Black's Law Dictionary, Sixth Edition (page 624).

Fictitious defined: Founded on a fiction; having the character of a fiction; pretended; counterfeit,' "Feigned, imaginary, not real, false, not genuine, nonexistent,' "Arbitrarily invented and set up, to accomplish an ulterior object," Black's Law Dictionary Sixth Edition (page 624).

Whereas defined pursuant to: American Jurisprudence

THOMAS JAMES BROWN©®™ TRUST [2008040166-6]

```
===================================
            EAST DETROIT
         22430 GRATIOT AVE
            EASTPOINTE
               MI
            48021-9998
            2527200021
07/23/2018    (800)275-8777   5:01 PM
===================================
===================================
Product              Sale      Final
Description          Qty       Price

First-Class           1        $0.50
Mail
Letter
   (Domestic)
   (DETROIT, MI  48226)
   (Weight:0 Lb 0.60 Oz)
   (Estimated Delivery Date)
   (Wednesday 07/25/2018)
Certified             1        $3.45
   (@@USPS Certified Mail #)
   (70173040000026779384)
Return                1        $2.75
Receipt
   (@@USPS Return Receipt #)
   (9590940302255146605076)
First-Class           1        $1.42
Mail
Large Envelope
   (Domestic)
   (DETROIT, MI  48226)
   (Weight:0 Lb 2.20 Oz)
   (Estimated Delivery Date)
   (Wednesday 07/25/2018)
Certified             1        $3.45
   (@@USPS Certified Mail #)
   (70101670000021028164)

Total                         $11.57
Debit Card Remit'd            $11.57
   (Card Name:MasterCard)
   (Account #:XXXXXXXXXXXX5769)
   (Approval #:        )
   (Transaction #:347)
   (Receipt #:012332)
   (Debit Card Purchase:$11.57)
   (Cash Back:$0.00)
   (Entry Mode:Chip)
   (AID:A0000000042203)
   (Application Preferred Name:Debit)
   (Application Label:Debit)
   (PIN:Verified by PIN)
   (Cryptogram:6AA627410C54D072)
```

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| | $2.75 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $_____ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $_____ |
| Postage | $0.50 |
| Total Postage and Fees | $6.70 |

Sent To David Cetlinski, Director
Street and Apt. No., or PO Box No. 500 Woodward Ave, Ste. 3000
City, State, ZIP+4 Detroit, Michigan 48226

7017 3040 0000 2677 9384

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark EASTPOINTE MI 48021 JUL 23 2018 07/23/2018

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $3.45 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $1.42 / $4.87 |

Sent To David Cetlinski
Street, Apt. No.; or PO Box No. 500 Woodward Ave, Ste
City, State, ZIP+4 Detroit, Michigan 48226

7010 1670 0000 2102 8164

PS Form 3800, August 2006   See Reverse for Instructions

Postmark EASTPOINTE MI 48021 JUL 23 2018 07/23/2018

Certified Mail Article Number: 7017 3040 0000 2677 9384

In general, it is essential to identify parties to court actions properly. If the alleged parties to an action are not precisely identified, then who is involved with whom or what, and how? If not properly identified, all corresponding judgments are void, as outlined in Volume 46, American Jurisprudence 2d, at "Judgments."

Sec. 100 Parties – A judgment should identify the parties for and against whom it is rendered, with such certainty that it may be readily enforced, and a judgment, which does not do so, may be regarded as void for uncertainty. Such identification may be achieved by naming the persons for and against whom the judgment is rendered. Technical deficiencies in the naming of the persons for and against whom judgment is rendered can be corrected if the parties are not prejudiced. A reference in a judgment to a party plainly liable, followed by an omission of that party's name from the language of the decree, at least gives rise to an ambiguity and calling for an inquiry into court's real intention as reflected in the entire record and surrounding circumstances."

Whereas defined pursuant to: Sovereign People or Freeborn are those men who are not bound by oath to serve other men. Subjects are those men who have given an oath of service to another man, or group of men. Every Freeborn who follows God's Laws is blessed with the right to settle his own disputes i.e. holds his own court at will. Freeborn may bring suit against other freeborn, though each has equal standing, and is not bound by any other man's court unless by oath, or voluntary delegation. A freeborn is generally empowered to settle disputes between his subjects. This is dependent upon the oath between the freeborn and the subject. A freeman may bring suit against his own subjects. Subjects have no standing in court, save that of their master. They may sue their master only at his pleasure, unless the oath between the master and subject specifically allows it, which is not common. No subject may directly sue another freeborn, but must appeal to his master to sue for relief on his behalf.

In my Private Capacity as General Administrator (CEO) of said account, This serves Notice that your offer has been Accepted as Valuable Consideration and Returned for Value. This property is Exempt from Levy. Please Adjust this Account for the Proceeds, Products, Accounts and Fixtures and Release The Order(s) of The Court to Me Immediately. Make adjustment and close this account immediately, with prejudice. I accept your Oath, Oath of Office (Security Agreement), Constitutions as by-laws, and Malfeasance Bond and place you in the Private commencing this self-executing binding contract between you and I. Further, I appoint you trustee on your honor and solemn Oath to perform your obligations and duties to Protect My un-a-lien-able Rights in your Fiduciary Capacity, against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, foreclosure, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, taxes, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. Please honor Obligation of Good Faith in Performance of your Duties. Quid Pro Quos, an equal exchange or substitution.

User Fee Schedule and Invoice (Billing) Statement Public Notice Including but not limited to this schedule:
(1) Trespass on private matter(s) and private property, including any private property impaired as a result of any action taken without consent. $10,000,000.00 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per trespass per person.

(2) Correspondence not signed in affidavit form (under penalties of perjury, commercial liability). $1,000,000.00 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per communication not in compliance.

(3) Foreclosure, Repossession, Court Matters $1,000,000.00 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars.

(4) Taking of any private property thru force (including but not limited to arrest) $10,000,000.00 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per occurrence.

(5) Automatic Lease (contract) creation commencing upon the taking thru force of any property $10,000 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars lease/per day out of possession.

(6) Harassment after notice $1,000,000.00 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per occurrence.

THOMAS JAMES BROWN©®™ TRUST [2008040166-6]            Page 3 of 4

Certified Mail Article Number: 7017 3040 0000 2677 9384

(7) Violation (breach of trust, breach of contract, breach of the peace perjury) of oath(s)/oath(s) of office False Swearing and acting "Without Authority". $10,000,000.00 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per person per violation.

(8) False statements $1,000,000.00 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per person, per false statement.

(9) Impairment of Contracts $10,000,000.00 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars user fee, per person, per impairment.

(10) Violation of any un-a-lien-able rights including all rights protected by trusts, trust law, common-law, international law, constitutions, $10,000.00 in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars user fee, per violation, per person.

Sui Juris, known as: John, of the genealogy of Doe freeborn spiritual being on the land state the facts contained herein are true, correct, complete, and not misleading, to the best of my personal first hand knowledge and belief. Being of sound mind, competent, over the age of 18. This my free will, voluntary act and deed to make, execute, seal, acknowledge and deliver under my hand and seal with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion, whereby I did not sign nor consent. I am not now nor have ever been a U.S. Citizen or a Fourteenth Amendment Federal Citizen or Employee, I am not bound by sworn oath or oath of office. Whereas I hereby disclaim Clauses One and Two of Section One to the Fourteenth Amendment, together with Article Four Section Three Clause Two.

Nemo, aliens: rei, sine satisdatione, de fensor idoneus intelligitur defined: No man is considered a competent defender of another's property, without security. A rule of the Roman law, applied In part In admiralty cases. 1 Curt. 202.

This my free will, voluntary act and deed true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver under my hand and seal, explicitly reserving all rights without prejudice;

By: _____

Sui Juris known as; Thomas-James: Brown-Bey Bailor for THOMAS JAMES BROWN TRUST Bailee

STATE OF MICHIGAN ) 
) SS: 
COUNTY OF MACOMB )

CERTIFICATE OF ACKNOWLEDGMENT

On this date the individual named above, in his/her stated capacity, personally appeared before me to execute this acknowledgement that this instrument was signed, sealed, and delivered as their free will, voluntary act and deed to make, execute, seal, acknowledge and deliver under their hand and seal verified and authenticated for the uses and purposes therein mentioned.

July 23, 2018 _____
DATE                Signature of NOTARY PUBLIC

AFFIX
NOTARY SEAL          CHRISTINA HARRISON
IF REQUIRED          NOTARY PUBLIC, STATE OF MI
                     COUNTY OF MACOMB         Date Commission Expires November 3, 2021
                     MY COMMISSION EXPIRES Nov 3, 2021
                     ACTING IN COUNTY OF Macomb

NOTICE: Public acts defined: are those which have a public authority, and which have been made before public officers, are authorized by a public seal, have been made public by the authority of a magistrate, or which have been extracted and been properly authenticated from public records. Black's Law Dictionary Sixth Edition (page 26)

THOMAS JAMES BROWN©®™ TRUST [2008040166-6]                                    Page 4 of 4

# State of Michigan



## DEPARTMENT OF STATE
## NOTARY PUBLIC CERTIFICATION

I, Jocelyn Benson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, CHRISTINA HARRISON, whose notarization is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified Notary Public in and for the County of MACOMB in this State and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.

IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Detroit, this 22nd day of April in the year of our Lord two thousand and nineteen.



*Jocelyn Benson*

Secretary of State

233363-7-602684-157

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

9/14/2019                                                                USPS.com® - USPS Tracking® Results

# USPS Tracking

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

Tracking Number: 70173040000026779384                                    Remove ×

Your item was delivered to an individual at the address at 12:39 pm on July 25, 2018 in DETROIT, MI 48226.

## ✓ Delivered

July 25, 2018 at 12:39 pm
Delivered, Left with Individual
DETROIT, MI 48226

## Tracking History

**July 25, 2018, 12:39 pm**
Delivered, Left with Individual
DETROIT, MI 48226
Your item was delivered to an individual at the address at 12:39 pm on July 25, 2018 in DETROIT, MI 48226.

**July 25, 2018, 9:03 am**
Out for Delivery
DETROIT, MI 48226

**July 25, 2018, 6:58 am**
Arrived at Unit
DETROIT, MI 48216

**July 25, 2018, 1:55 am**
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER