thomas james brown bey [2008040166-6]



# moorish national republic federal government
## ☐ ~ societas republicae ea al maurikanos ~ ☐
### moorish divine and national movement of the world
### northwest amexem / southwest amexem / central amexem / adjoining atlantis and americana islands
### ☐ ~ i.s.l.a.m. ~ ☐

## **LEGAL NOTICE AND DEMAND.**

### ATTENTION AND WARNING!
### *"FIAT JUSTITIA RUAT COELUM."*
*("Let right be done though the heavens should fall")*

RE 118 291 139 US

**For:** All State, Federal, and, International Public Officials, by and through:
**Gretchen Whitmer d/b/a GRETCHEN WHITMER acting as GOVERNOR**, et al.
Dana Nessel d/b/a DANA NESSEL acting as ATTORNEY GENERAL
Jocelyn Benson d/b/a JOCELYN BENSON acting as SECRETARY OF STATE
Warren Evans d/b/a WARREN EVANS acting as WAYNE COUNTY EXECUTIVE
Mark Hackel d/b/a MARK HACKEL acting as MACOMB COUNTY EXECUTIVE
David Coulter d/b/a DAVID COULTER acting as OAKLAND COUNTY EXECUTIVE
Benny Napoleon d/b/a BENNY NAPOLEON acting as WAYNE COUNTY SHERIFF
Anthony M. Wickersham d/b/a ANTHONY M. WICKERSHAM acting as MACOMB COUNTY SHERIFF
Michael J. Bouchard d/b/a MICHAEL J. BOUCHARD acting as OAKLAND COUNTY SHERIFF

TAKE NOTICE: IGNORANCE OF THE LAW IS NO EXCUSE.
THIS IS A CONTRACT IN ADMIRALTY JURISDICTION.

Take a moment to read this before you proceed any further.
I do not wish to communicate under any circumstances excluding
Federal Judicial Review.

**THIS TITLE IS FOR YOUR PROTECTION!**

**(1) For i, am** thomas james brown bey, moorish american national, executor office – thomas james brown©®™ trust, a/k/a "affiant," the undersigned, herein request that you present anything that you wish to communicate to me in writing, signed under penalty of perjury as required by your law, and as shown in this instrument. **Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.** Attachments are included / coupled hereto, and are part of this contract.

**(2) For Failure** to timely do so leaves you in the position of accepting full responsibility for any and all liabilities for monetary damages that I incur, as indicated herein, by any adversely affecting injuries caused by your overt or covert actions / omissions, and / or the actions / omissions of any of your fellow public officers and agents in this and / or any relevant matters as described herein. You have Thirty (30) Days, from the date that this document is received by the Clerk of the Public Record, to respond and rebut the presumptions of this contract by submitting to me signed, certified, authenticated documents of the laws that rebut these presumptions point by point, on and for the *Public* Record under penalties of the law including perjury. This document will be on file in the public record, and the clerk in charge of the public record is charged to distribute this to any and all responsible parties, i.e., officers of the court, and / or law enforcement officers including local, state, federal, international, multi-jurisdictional, and / or any and all Officers, Representatives, Contractors, Agencies, and / or any such Entity or Person that may bring any type of action, whether Civil, Criminal, or other, against me, and whether in this county, state, region, area, country, corporation, federal zone, or in any venue and / or jurisdiction. Your failure to timely rebut the statements and warnings herein constitute your complete tacit agreement with all regulations and stipulations contained herein. Your presumptions that I, the undersigned, am a "Corporate Fiction" or "Legal Entity" and under your corporate "UNITED STATES" jurisdiction are now and forever rebutted.

**(3) For Notice is in the nature of a Miranda Warning.** Take due heed of its contents. If, for any reason, you do not understand any of these regulations, stipulations, or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private, Amendment Citizen formal, notarized, certified Statute Staple Securities

Instrument. As per Title 11 USC 501(a), 502(a), 11 USC 7001, 7013, and Federal Rules of Civil Procedure Sections 8-A, AND 13-A, the claim or presumption that i, thomas james brown bey, am a Debtor to the "UNITED STATES," and / or any of its agencies / sub-corporations, is forever rebutted by this contract. This rebuttal is a counterclaim in Admiralty.

**(4) For the undersigned,** tendering this document, am a private people of posterity; a sovereign personam sojourn by fact, and not a 14th- or surety within, or subject for, or allegiance to your corporate "UNITED STATES," or to any *de facto* compact corporate commercial states contracting therein, but to the *de jure* "united States of America," nonetheless carrying with me exclusive original sovereign jurisdiction and venue, having one supreme court and United States Court of International Trade. This is a matter of public record tendered by way of registered mail to the MICHIGAN SECRETARY OF STATE. These pages are recorded upon liber records in the Register of Deeds Office in Wayne County, in addition to, but not limited by, the filing of Michigan UCC-1 # 2008040166-6, March 13, 2008, Wayne County.

**(5) For the undersigned,** now tendering this legally binding Legal Notice and Demand in hand am not a surety under your jurisdiction nor a subject under your corporate "Color of Law Venue," being acknowledged by silence and acquiescence of Office by thomas james brown bey, in addition to, but not limited by, all succession of MICHIGAN SECRETARY OF STATE, unlimited to any Public Officers, Agents, Contractors, Assigns, Employees, and Subsidiaries of your Office regarding my legal notice and demand tendered with liber number and page affixed.

**(6) For silence and acquiescence of Corporate Office, SECRETARY OF STATE ratifies** <u>severance</u> of any and every nexus and / or relationship between thomas james brown bey and *de facto* Corporate-Commercial State Offices, being fraudulent conveyance by operate under "Color-of-Law" authority upon affiant. Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women. I do not consent to any warrant-less searches / seizures, or such that are not compliant with the "Constitution for the united States of America" and / or all amendments of the Honorable "Bill of Rights," whether of my dwellings, cars, land craft, watercraft, aircraft, me, mine, current location, property, hotel rooms, apartments, business records, businesses, machinery, vehicles, equipment, supplies, buildings, grounds, land in my private possession or control, past, present, and future, now and forevermore, so help you God.

**(7) For this record let it be known** that I do not at any time waive any rights and protections acknowledged by the aforementioned Constitution and / or Honorable "Bill of Rights," nonetheless demanding that you protect these as you swore an oath to do so. I accept your lawfully required Oath of Office, bonds of any type, insurance policies, and property of any type for my protection and making whole. Furthermore, should you witness any Public Officers at this time, or any time past, present, or future, violate any of my sovereign rights or protections, it is your sworn duty of oath to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of Officer's Title, Rank, Uniform, Cloak, Badge, Position, Stature, Office, or you shall thenceforth become accountable for monetary damages from, but not limited by, your public and private monetary liability, your corporate bonds, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

**(8) Note: For** a true and correct, notarized copy of this **Statute Staple Securities Instrument** is safely deposited in the Register of Deeds Office in Wayne County Michigan. This security instrument has also been delivered to several trusted friends and accompanied by sworn affidavits certifying my policy of presenting this security instrument to each and every public officer who approaches me violating my unalienable sovereign rights, in addition to, but not limited by, my right of liberty and free movement upon any common pathway of travel. I have a lawful right to travel, by whatever means, via land, sea, or air, without any officer, agent, employee, attorney, or judge, willfully causing adverse affects or damages upon me by an arrest, detainment, restraint, or deprivation. I will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all officers and customs officials. This document, or the deposited copy, becomes an evidentiary document of manifest certified herein, as if now fully reproduced, should any court action be taken upon me as caused by your acts under color of law with you, your officers, and employees. **Take note:** You are now monetarily liable in your personal and corporate capacity. I, thomas james brown bey, executor office – thomas james brown©®™, estate, trust for the undersigned, a sovereign, notwithstanding anything contrary, abide by all laws in accordance with the aforementioned constitution and honorable "bill of sovereign rights" which are applicable to all sovereigns. i, thomas james brown bey, am a peaceful people of posterity who wishes no harm to any man. You agree by your non-response to uphold my "Right to Travel," or you must rebut my presumption by lawfully documented evidence in law on and for the public record, under oath and penalty of perjury, within the thirty (30) days as aforementioned in this admiralty contract.

**(9) BE WARNED, NOTICED, AND ADVISED** that I rely upon, in addition to constitutional limits of the "Constitution for the united States of America" and / or the Honorable "Bill of Sovereign rights," governmental authority, the sovereign rights and protections guaranteed under Uniform Commercial Codes, common equity law, laws of admiralty, and commercial liens and levies pursuant to, but not limited by, Title 42 (Civil Sovereign rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), and additional Georgia constitution penal codes, in as much as they are in compliance with the aforementioned Constitution and / or "bill of sovereign rights." there can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been damaged. when there is no flesh-and-blood victim, there is no crime or law broken. unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, and / or any

thomas james brown bey [2008040166-6]

**For Incarceration for Civil or Criminal Contempt of Court without lawful, documented-in-law, valid reason:** $2,000,000.00 (Two Million) lawful US Dollars per day, per occurrence, per Officer and / or Agent involved.

**For Disrespect by a Judge or Officer of the Court:** $2,000,000.00 (Two Million) Lawful US Dollars per occurrence, per Officer and / or Agent involved.

**For Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court:** $2,000,000.00 (Two Million) Lawful US Dollars per occurrence, per Officer and / or Agent involved.

**For Unnecessary Restraint:** $2,000,000.00 (Two Million) Lawful US Dollars, per occurrence, per Officer and / or Agent involved.

**For Refusal of Lawful Bailment as provided by the aforementioned Constitution and / or Honorable "bill of sovereign rights":** $2,000,000.00 (Two Million) Lawful US Dollars per day of confinement, to be prorated by the hour as per Traficant vs. Florida, per occurrence, per officer and / or agent involved.

**For Coercion or Attempted Coercion of the natural man or woman to take responsibility for the Corporate Straw-man against the natural man or woman secured party's will:** $2,000,000.00 Two Million Lawful US Dollars per occurrence, per officer and / or agent involved.

**For Placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, and / or any other property belonging to the natural man or woman secured party by any agency:** $2,000,000.00 (Two Million) Lawful US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) Lawful US Dollars per day penalty until liens, levies, impoundments, and / or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the secured party's declared value of property.

**For Destruction, Deprivation, Concealment, Defacing, Alteration, and/or, Theft, of Property**, in addition to buildings, structures, equipment, furniture, fixtures, and supplies belonging to the natural man or woman secured party will incur a penalty of total, new replacement costs of property as indicated by owner and secured party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, and/or quality, and quantity as affected items. the list and description of affected property will be provided by the owner and secured party and will be accepted as complete, accurate, and incontestable by the Agency or Representative thereof that caused such action. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US-Dollars-per-day penalty until property is restored in full, beginning on the first day after the incident, as provided by this contract.

## CAVEAT

**(16) For aforementioned charges** are billing costs deriving from, but not limited by, Uniform Commercial Codes, Fair Debt Collection Practices Act, and this contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, and / or *any* combination thereof when they individually and / or collectively violate my natural and / or civil sovereign rights as a sovereign, American-Citizen Principal by declaration. The aforementioned Constitution and / or the Honorable "bill of sovereign rights" establishes jurisdiction for you in your normal course of business. All violations against me, the undersigned, will be assessed per occurrence, per Officer, Representative, and / or Agent of any Agency that is involved in any action against me which is contrary, and therefore notwithstanding, to the Constitution.

**(17) For your actions,** you shall lack recourse for all claims of immunity in *any* forum. Your Officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my sovereign rights. This **Statute Staple Securities Instrument** exhausts all state maritime article 1 administrative jurisdictions and protects my Article III court remedies, including, but not limited by, Title 42 U.S.C.A, Title 18 U.S.C.A., Title 28 U.S.C.A., and Title 18 U.S.C.,§ 242.

## IGNORANCE OF THE LAW IS NO EXCUSE!

**(18) for one** thomas james brown bey, **executor office –** thomas james brown trust, the undersigned, am the sovereign, and you are the sworn agent. Fail not to adhere to your oath, lest you be called to answer before one god and one Supreme Court of exclusive original jurisdiction, which is the court of first and last resort, not excluding the "Good Faith (Oxford) Doctrine" by the conclusive Honorable "bill of sovereign rights."

**(19) For Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed sovereign rights and Protections assuring that at no time my unalienable sovereign rights are *ever* "waived" or taken from me against my will by threats, duress, coercion, fraud, or without my express written consent of waiver. None of the statements contained herein

– *LEGAL NOTICE AND DEMAND* – RE 118 291 139 US _____ Page **4 of 20**

are intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential public, personal, civil, and criminal liability if and when they violate my unalienable sovereign rights as protected by the original Constitution of 1787, adopted circa 1791 to date, and / or the Honorable "bill of sovereign rights." A bona-fide duplicate of this paperwork is safely archived with those who will testify under oath that it is my standard policy to ALWAYS present this notice to *any* and *every* public and / or private officer attempting to violate me and my sovereign rights. It is noted on the record that by implication of said presentment, these matters have been tendered by way of registered mail to the MICHIGAN SECRETARY OF STATE. This is empirical, prima-facie evidence of your receipt and acceptance of this presentment in both your corporate and individual capacity, jointly and severally for each and all governmental, political, and corporate bodies. Any other individuals who have been / are / hereafter become involved in the instant actions, and / or any future actions against me, shall only Communicate to me in writing while signing under penalty of perjury pursuant to, but not limited by, Title 28 U.S.C.A. § 1746. This document is now on record in the Register of Deeds Office in WAYNE COUNTY, MICHIGAN, supra.

## SUMMATION

**(20) Should you move against me** in defiance of this presentment, there is no immunity from prosecution available to you or to *any* of your fellow Public Officers, Officials Of Government, Judges, Magistrates, District Attorneys, Clerks, or *any* other persons who become involved in the instant actions, and / or *any* future actions, against me by way of aiding and abetting. Take due heed and govern yourself accordingly. Any or all documents tendered to me, lacking bona fide ink signatures and dates, per title 18 U.S.C.A. § 513-514, are counterfeit security instruments causing you to be liable in your corporate and individual capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and / or damages to the natural man or woman secured party by violating any of the common-laws, civil sovereign rights, privileges, and / or any and all terms / stipulations herein, you agree to voluntarily, with no reservation of sovereign rights and defenses, at the written request of the natural man or woman secured party, surrender any and all compensatory remedy, in addition to, but not limited by, any and all bonds, public and / or corporate insurance policies, Court Registry Investment System (CRIS) CUSIP numbers, and CAFR funds as needed to satisfy any and all claims as filed against you by the Natural man or woman aboriginal secured party. This applies to any and all agents and / or representatives, individually and severally, of the "UNITED STATES," and / or any and all of the subdivisions thereof, as described herein.

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

**(21) For This document cannot be retracted or redacted** by *any* employee, agent, representative, and / or officer of the court, and / or *any* individual(s) excluding the sealed- undersigned, Natural-Man Secured Party on this registered document, for one hundred years from the date posted on this legally binding **Statute Staple Securities Instrument.**

**Attention:** All Agents, Representatives, Officers, and such as that of the "UNITED STATES," and / or its subdivisions, in addition to local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: You have Thirty (30) Days to rebut any portion of this document, or you stand in total agreement. Non response is agreement. Partial response is agreement. Rebuttal must be in written form with legal / lawful, verified, certified documentation in law, with copies of said law enclosed. This documentation must be provided under penalty of perjury. **Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.** *Ignorantia legis neminem excusat (Ignorance of the law is no excuse).*

**(22) For All other corporations,** in addition to, but not limited by, telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others, in addition to all persons, are bound by all paragraphs, terms, stipulations, and conditions herein regardless of nature of limited liability corporations, affiliations as "DBAs," "AKAs," incorporations, and / or *any* and *every* type of business(es) in commerce as deeded by this securities agreement and decree.

**(23) FOR YOU ARE NOTICED** having been given knowledge of the law and your personal financial liability in event of *any* violations of my sovereign rights and / or being. For this **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith, notice, and grace.

**(24) Dated** this____day of_____, in the year of most high god two thousand, twenty. This contract, being of honor, is presented under the **"Good Faith (Oxford) Doctrine."** I accept the Oath of Office of all officers of the court, in addition to, but not limited by, the Clerk of the Court; all Judges and Attorneys from all jurisdictions; all Local, State, Federal, International Law Enforcement Officers; and, all Agents of the "UNITED STATES" and any subdivisions thereof.

**(25) For Any Agent,** Law Enforcement Officer, Employee, Contractor, Representative, and / or the like, of the "UNITED STATES," and / or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON, ANY PROPERTY AT WHICH I AM LOCATED, OR LEASE, OWN, OR CONTROL, WITHOUT MY EXPRESS WRITTEN PERMISSION. Violation of this notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million USD) lawful US Silver dollar penalty, plus damages times three (3), plus attorney attributions. All damages to be multiplied by <u>all</u> those in

concert with <u>any</u> and <u>all</u> actions thereto. All punitive damages will be assessed as the total amount of damages, as outlined herein, times three (3).

**(26) Attention:** Any and all Agencies of Law/Government, Lending Institutions, Brokerage Firms, Credit Unions, Depository Institutions, Insurance Agencies, Credit Bureaus, And The Officers, Agents, and Employees therein: You have now been publicly notified as to the laws and stipulations of your Corporate / Individual liability for your actions / omissions in the event of <u>any</u> violations upon the being, sovereign rights, and / or properties of thomas james brown bey, sovereign executor office – thomas james brown trust,; a Divinely-created soul, Sentient, Sovereign Citizen-Principal within the constitutional public-survey boundaries which encompass the physical land known as the constitutional-township of Detroit, of the constitutional-county of Wayne, within the body of the constitutional-state of Michigan, a republic within the constitutional-continent of North America – being One within the proper jurisdiction of **Common Law** thereto.

**For This Statute Staple Securities Instrument** constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations.

**For All penalties contained herein** will be subject to a penalty increase of one million dollars per day, plus interest, while there is any unpaid balance for the first thirty (30) days after default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty-first (31st) day after default of payment.

**For All penalties in this document** are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 fine silver or equivalent par value if paid in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 fine silver coin at the US MINT, or by law, whichever is higher value at the time of the incident. Any dispute over the par value will be decided by the sovereign secured party.

**For All definitions in Attachment "B" are in addition to, and as a part of, this contract,** and will be applied as written herein. Any dispute of any definition will be decided by the sovereign secured party. There is no contradiction of terms as written within the confines of this title pursuant to the "Constitution for the united States of America." If any contradiction is found, the meaning will be determined by the sovereign secured party. Definitions as they apply to this contract are enclosed in Attachment "B" and are a legal part of this contract.

by: _____.
thomas james brown bey, executor office
– thomas james brown trust;
divine soul, sovereign sentient,
secured-party creditor, affiant.

"We, the undersigned witnesses, do hereby swear or affirm that it is the policy of thomas james brown bey, executor office – thomas james brown©®™ trust, to present this "LEGAL NOTICE AND DEMAND" to any and every law enforcement / government officer, agent, representative, employee, and the like, of the "UNITED STATES," and any subdivisions thereof, <u>any</u> and <u>every</u> <u>time</u> that he has <u>any</u> interaction with them."

LS: _____.
Divine Sentient, and, Common-Law Witness.

LS: _____.
Divine Sentient, and, Common-Law Witness.

LS: _____.
Divine Sentient, and, Common-Law Witness.

**Name:** thomas james brown bey, a/k/a Thomas James Brown, "secured-party creditor;" thomas james brown trust a/k/a BROWN, THOMAS JAMES©®™, "Debtor."
**Country:** The republic of these "united States of America."

"For all property belonging to Debtor (See Attachment "A") is pledged to sovereign secured party, until Debtor's contractual obligation has been fully satisfied, as is confirmed by way of Michigan UCC-1, Secured Transaction Registry Number: MIUCC2008040166-6."

legal land description:

for sovereign secured party and sole beneficiary accepts for value all accounts and case(s) No. 15-015077-CH, 16-007539-CH and all related collateral. private property commonly known as:

[9161] Lakepointe, Detroit, Michigan, near [48224], W LAKEPOINTE LOT 115 DAVID TROMBLYS HARPER AVE SUB L51 P23 PLATS, WCR 21/759; Property Id. 21065045, coordinates: latitude 42.408310° n, longitude -82.958470° w; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM. Bill of Exchange , No. TJB100458BOE-92, Certified Mailing No. 7015 0640 0001 2120 5042; Return Receipt No. 9590 9403

– **LEGAL NOTICE AND DEMAND** – RE 118 291 139 US _____ Page 6 of 20

thomas james brown bey [2008040166-6]

0225 5146 6106 43. Moorish title number: macn-tjbt002008040166600; moorish land title: thomas james brown bey estates trust one lakepointe;

9203 Lakepointe, Detroit, Michigan, near [48224], W LAKEPOINTE 118 DAVID TROMBLYS HARPER AVE SUB L51 P23 PLATS, W C R 21/759 35 X 130.06A; Property Id. 21065042, coordinates: latitude 42.408610° n, longitude -82.958530° w; Certified Mailing No. 7015 0640 0001 2120 5028; Return Receipt No. 9590 9403 0225 5146 6106 74. Negotiable Instrument No. TJB100458BoE-90 for $7,700.01; moorish title number: macn-tjbt002008040166601; moorish land title: thomas james brown bey estates trust three lakepointe; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

13000 HAYES, Detroit, Michigan, near [48205], E HAYES 149 &150 JOHN KELLY EST SUB L59 PLATS, W C R 21/918 42.32 X 80, Property Id. 21056507-8, Certified Mailing No. 7016 2070 0000 1067 1460; Return Receipt No. 9590 9402 1872 1067 7730 28. Negotiable Instrument No. TJB100458BoE-220 for $4,339.89; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

10399-401 E. Outer Dr., Detroit, Michigan, near [48224], E OUTER DRIVE E 55 & W 9 FT VAC ALLEY ADJ BLVD PARK SUB L48 P1 PLATS, W C R 21/714 45 X 159; Property Id. 21080619, coordinates: latitude 42.408300° n, longitude -82.960530° w, Certified Mailing No. 7015 1730 0000 4708 4430; Return Receipt No. 9590 9403 0556 5173 0128 06. Negotiable Instrument No. TJB100458BoE-201 for $2,545.00; moorish title number: macn-tjbt002008040166605; moorish land title: thomas james brown bey estates trust one east outer drive; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

15410 Promenade, Detroit, Michigan, near [48224], S PROMENADE 162 PARK MANOR DEVELOPMENT COS PARK DRIVE SUB L45 P42 PLATS, W C R 21/670 32.62 IRREG; Property Id. 21008704, Certified Mailing No. 7015 1520 0002 0584 1139; Return Receipt No. 9590 9403 0225 5146 0104 45. Negotiable Instrument No. TJB100458BoE-210 for $5,596.00; moorish title number: macn-tjbt002008040166629; moorish land title: [thomas james brown bey estates trust one promenade]; UCC Filing No. 20204429090, 06-26-20 @ 12:46 PM

9509 Greensboro, Detroit, Michigan, near [48224], W GREENSBORO 197 DAVID TROMBLYS HARPER AVE SUB L51 P23 PLATS, W C R 21/759 35 X 130; Property Id. 21065375, Certified Mailing No. 7015 0920 0002 0973 8366; Return Receipt No. 9590 9403 0556 5173 0128 68. Negotiable Instrument No. TJB100458BoE-207 for $5,596.00

9515 Greensboro, Detroit, Michigan, near [48224], W GREENSBORO 198 DAVID TROMBLYS HARPER AVE SUB L51 P23 PLATS, W C R 21/759 37.5 X 130; Property Id. 21065374, Certified Mailing No. 7015 0920 0002 0973 8359; Return Receipt No. 9590 9403 0556 5173 0128 75. Negotiable Instrument No. TJB100458BoE-206 for $5,596.00

15338 Promenade, Detroit, Michigan, near [48224], S PROMENADE 166 PARK MANOR DEVELOPMENT COS PARK DRIVE SUB L45 P42 PLATS, W C R 21/670 35 X 111; Property Id. 21008708, Certified Mailing No. 7016 2070 0000 1067 1477; Return Receipt No. 9590 9402 1872 6104 7730 11. Negotaible Instrument No. TJB100458BoE-222 for $2,307.00; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

13000 Conner, Detroit, Michigan, near [48205], E CONNER 1237 AND VAC PORTLANCE AVE ADJ EXC N 15 FT THEREOF DRENNAN & SELDONS LASALLE COLLEGE PK SUB NO 2 L52 P50 PLATS, W C R 17/519 50.72 IRREG; Property Id. 17016224, Certified Mailing No. 7015 1520 0002 0584 1115; Return Receipt No. 9590 9403 0225 5146 6104 21. Negotaible Instrument No. TJB100458BoE-221 for $5,596.00.

9164 Lakepointe, Detroit, Michigan, near [48224], W LAKEPOINTE, 115 DAVID TROMBLYS HARPER AVE SUB L51 P23 PLATS, W C R 21/759 35 X 130.4A; Property Id. 21064715, Certified Mailing No. 7015 0640 0001 2120 5462; Return Receipt No. 9590 9403 0556 5173 0128 20; Negotaible Instrument No. TJB100458BoE-200 for 3,545.79.; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

17141 Hayes, Detroit, Michigan, near [48205], W HAYES 14 THRU 18 DIEGEL HOMESTEAD PARK SUB L60 P31 PLATS, W C R 21/937 106.8 IRREG; Property Id. 21056590-4, Certified Mailing No. 7016 2070 0000 1067 1453; Return Receipt No. 9590 9402 1872 6104 7730 35. Negotaible Instrument No. TJB100458BoE-221 for $6,241.45.; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

15749 W. Grand River, detroit, michigan, near [48227], S GRAND RIVER 15& 14 BRENTWOOD SUB L36 P37 PLATS, W C R 22/21 40 X 100; Property Id. 22007097-8, Certified Mailing No. 7016 2070 0000 1067 1354; Return Receipt No. 9590 9402 1872 6104 7695 57. Negotiable Instrument No. TJB100458BoE-223 for $6,320.36.; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

13067 Evanston, detroit, michigan, NEAR [48213], N EVANSTON 32 PARKVIEW MANOR SUB L47 P48 PLATS, W C R 21/703 35 X 100; Property Id. 21005229, Certified Mailing No. 7015 1730 0000 8593 0621; Return Receipt No. 9590 9403 0225 5146 6106 67. Negotaible Instrument No. TJB100458BoE-94 for $1,500.80.; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

13081 Evanston, detroit, michigan, near [48213], N EVANSTON 34 PARKVIEW MANOR SUB L47 P48 PLATS, W C R 21/703 35 X 100; Property Id. 21005231, Certified Mailing No. 7015 0640 0001 2120

thomas james brown bey [2008040166-6]

5035; Return Receipt No. 9590 9403 0225 5146 6106 50. negotaible instrument No. TJB100458BoE-93 for $5,039.85.; DEUCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

15050 State Fair, detroit, michigan, near [48205], [ex. Rel. S E STATE FAIR 177 DANIEL SUB L40 P7 PLATS, W C R 21/840 37X116.33A; PROPERTY ID. W211024043S coordinates: latitude 42.442420 ° n, longitude -82.965840 ° w; moorish title number: macn-tjbt002008040166617. moorish land title: thomas james brown bey estates trust one east state fair; DEUCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

10439 East Outer Drive, detroit, michigan, near [48224], [ex. Rel. E OUTER DRIVE E 51 & W 9 FT VAC ALLEY ADJ BLVD PARK SUB L48 P1 PLATS, W C R 21/714 45 X 159; PROPERTY ID. 21080615]; coordinates: latitude 42.407810 ° n, longitude -82.960560 ° w; title number: macn-tjbt002008040166622 moorish land title: thomas james brown bey estates trust three east outer drive; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

10391 East Outer Drive, detroit, michigan, near [48224], [ex. Rel. E OUTER DRIVE E 56 & W 9 FT VAC ALLEY ADJ BLVD PARK SUB L48 P1 PLATS, W C R 21/714 45 X 159; PROPERTY ID. 21080620]; coordinates: latitude 42.408410 ° n, longitude -82.960380 ° w; moorish title number: macn-tjbt002008040166623; moorish land title: thomas james brown bey estates trust two east outer drive; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

14427 East Seven Mile road, detroit, michigan, near [48205], [ex. Rel. N SEVEN MILE RD E 23 GRATIOT PARK SUB L32 P66 PLATS, W C R 21/439 40 X 110.34A; PROPERTY ID. 21021137] coordinates: latitude 42.435360 ° n, longitude -82.974640 ° w; title number: macn-tjbt002008040166614; moorish land title: thomas james brown bey estates trust two east seven mile road; DEUCC Filing No. 20204200939, 06-17-20 @ 08:26 AM

14445 East Seven Mile road, detroit, michigan, near [48205], [ex. Rel. N SEVEN MILE RD E 25 GRATIOT PARK SUB L32 P66 PLATS, W C R 21/439 40 X 109.46A; PROPERTY ID. 21021139] coordinates: latitude 42.435390 ° n, longitude -82.974230 ° w; moorish title number: macn-tjbt002008040166613; moorish land title: thomas james brown bey estates trust one east seven mile road; DE UCC Filing No. 20204202075, 06-17-20 @ 09:30 AM

11546 Chalmers, detroit, michigan, near [48213], [ex. Rel. Sterling Pk Sub Of Lots 4 & 5 J Lang Est; PROPERTY ID. W21105555895 / 219080858] coordinates: latitude 42.419910° n, longitude -82.973840° w; moorish title number: macn-tjbt002008040166606; moorish land title: thomas james brown bey estates trust one chalmers; DE UCC Filing No. 20204233815, 06-18-20 @ 10:44 AM

15461 Carlisle, detroit, michigan, near [48205], [ex. Rel. N CARLISLE DR 415 DRENNAN & SELDONS REGENT PARK SUB NO 1 L55 P88 PLATS, WCR 21/905 37 X 125; PROPERTY ID. 21027679] coordinates: latitude 42.449320 ° n, longitude -82.962290 ° w; moorish title number: macn-tjbt002008040166620; moorish land title: thomas james brown bey estates trust one Carlisle; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

15520 Carlisle, detroit, michigan, near [48205], [ex. Rel. N CARLISLE DR 415 DRENNAN & SELDONS REGENT PARK SUB NO 1 L55 P88 PLATS, WCR 21/905 37 X 125; PROPERTY ID. 21027441] coordinates: latitude 42.449320 ° n, longitude -82.962290 ° w; moorish title number: macn-tjbt002008040166621; moorish title land: thomas james brown bey estates trust two Carlisle; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

6880 West Outer Drive, detroit, michigan, near [48227],[ex. Rel. W WHITCOMB E 66 FT 55&56 EXC OUTER DRIVE AS OP LAWSON & GOODSONS SUB L38 P83 PLATS, W C R 22/234 110.4 IRREG; PROPERTY ID. 22047870.002L] coordinates: latitude 42.419980° n, longitude -83.197370° w; moorish title number: macn-tjbt002008040166612; moorish land title: thomas james brown bey estates trust one west outer drive; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

14955 Collingham, detroit, michigan, near [48227], [ex. Rel. N COLLINGHAM DR 484 DRENNAN & SELDONS REGENT PARK SUB NO 1 L55 P88 PLATS, WCR 21/905 37 X 125; PROPERTY ID. 21027164] coordinates: latitude 42.442420 ° n, longitude -82.965840 ° w; moorish title number: macn-tjbt002008040166618; moorish land title: thomas james brown bey estates trust one collingham; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

[17141] Hayes, detroit, michigan, near [48205], [ex. Rel. W HAYES 14 THRU 18 DIEGEL HOMESTEAD PARK SUB L60 P31 PLATS, W C R 21/937 106.8 IRREG; PROPERTY ID. 210565904] coordinates: latitude 42.411991 ° n, longitude -82.964630 ° w; moorish title number: macn-tjbt002008040166619; moorish land title: [thomas james brown bey estates trust two hayes]; UCC Filing No. 2016004346-1, 01-08-16 @ 05:00 PM

[15820] Edmore, detroit, michigan, near [48205], [ex. Rel. S EDMORE W 24 FT 250 E 32 FT 249 AND N 9 FT OF VAC ALLEY ADJ DRENNAN & SELDONS REGENT PARK SUB L53 P72 PLATS, W C R 21/892 56 X 134.11A NEZH CERT #2007-3298, PARCEL #27073298 / 21026466-7] coordinates: latitude 42.44700° n, longitude -82.954760° w; moorish land title: macn-tjbt002008040166626; moorish land title: [thomas james brown bey estates trust one edmore drive]; UCC Filing No. 20204436145, 06-26-20 @ 04:33 PM

thomas james brown bey [2008040166-6]

[15017] Flanders, detroit, michigan, near [48205], [ex. Rel. FLANDERS 202 DALBY-HAYES LAND CO CRAFTSCOMMUNE SUB L46 P22 PLATS, W C R 21/784 40 IRREG; PROPERTY ID. 21011684] coordinates: latitude 42.412300 ° n, longitude -82.962120 ° w; moorish title number: macn-tjbt0020088040166624; moorish land title: [thomas james brown bey estates trust one flanders]; UCC Filing No. 20204240034, 06-18-20 @ 05:00 PM

[10220] East outer drive, detroit, michigan, near [48224], [ex. Rel. W OUTER DR E 104 PK MANOR DEVELOPMENT CO PK DRIVE SUB L45 P42 PLATS, W C R 21/670 45 X 116; PROPERTY ID. 21081043]; coordinates: latitude 42.410720 degrees; longitude -82.961610 degrees; moorish title number: macn-tjbt002008040166630; moorish land title: [thomas james brown bey estates trust four east outer drive]. UCC Filing No. 20204450013, 06-27-20 @ 07:46 AM

[14572] Terry, detroit, michigan, near [48227], [ex. Rel. E TERRY 856 B E TAYLORS MONMOOR SUB NO 3 L36 P39 PLATS, W C R 22/117 35 X 100; PROPERTY ID. 22042990]; coordinates: latitude 42.395560 degrees; longitude -83.191390 degrees; moorish title number: macn-tjbt002008040166633, moorish land title: [thomas james brown bey estate trust two terry]. UCC Filing No. 202004987444, 07-20-2020 @ 04:16 PM

[14588] Terry, detroit, michigan, near [48227], [ex. Rel. E TERRY 858 B E TAYLORS MONMOOR SUB NO 3 L36 P39 PLATS, W C R 22/117 35 X 100; PROPERTY ID. 22042992]; coordinates: latitude 42.39548 degrees; longitude -83.191391 degrees; moorish title number: macn-tjbt002008040166632, moorish land title: [thomas james brown bey estate trust one terry]. UCC Filing No. 202004987474, 07-20-2020 @ 02:56 PM

[15516] Eastburn, detroit, michigan, near [48205], [ex. Rel. Legal Description: N EASTBURN 887 DRENNAN & SELDONS REGENT PARK SUB NO 1 L55 P88 PLATS, WCR 21/905 35 X 123; PROPERTY ID. 21025834]; coordinates: latitude 42.445270° n, longitude -82.961060° w; moorish title number: macn-tjbt002008040166635, moorish land title: [thomas james brown bey estate trust one eastburn]. UCC Filing No. 20205110269, 07-24-2020 @ 07:31 PM

[15517] Eastburn, detroit, michigan, near [48205], [ex. Rel. Legal Description: N EASTBURN 886 DRENNAN & SELDONS REGENT PARK SUB NO 1 L55 P88 PLATS, WCR 21/905 35 X 123; PROPERTY ID. 21025834]; coordinates: latitude 42.445760° n, longitude -82.961100° w; moorish title number: macn-tjbt002008040166634, moorish land title: [thomas james brown bey estate trust two eastburn]. UCC Filing No. 20205110376, 07-24-2020 @ 08:13 PM

[15217] Carlisle, detroit, michigan, near [48205], [ex. Rel. Legal Description: near N CARLISLE DR 393 DRENNAN & SELDONS REGENT PARK SUB NO 1 L55 P88 PLATS, WCR 21/905 36 X 125; PROPERTY ID. 21025836]; coordinates: latitude 42.449260° n, longitude -82.965440° w; moorish title number: macn-tjbt002008040166636, moorish land title: [thomas james brown bey estate trust three carlisle]. UCC Filing No. 20205110434, 07-24-2020 @ 08:44 PM

[14967] Flanders, Detroit, Michigan, near [48205], [Ex Rel: S FLANDERS AVE 197 DALBY-HAYES LAND CO CRAFTSCOMMUNE SUB L46 P22 PLATS, W C R 21/784 35 X 101; PROPERTY ID. 21011220]; coordinates: latitude 42.420140° n, longitude -82.966160° w; moorish title number: macn-tjbt002008040166652, moorish land title: [thomas james brown bey estate trust five flanders]. DE UCC Filing No. 20205632338, 08-15-2020 @ 12:36 PM

[14800] Flanders, Detroit, Michigan, near [48205], [Ex Rel: S FLANDERS AVE W 20 FT 301 E 20 FT 300 MC GIVERHALDEMANS CHALMERS AVE SUB NO 1 L52 P51 PLATS, W C R 21/911 40 X 101; PROPERTY ID. 21011645]; coordinates: latitude 42.419760° n, longitude -82.969310° w; moorish title number: macn-tjbt002008040166650, moorish land title: thomas james brown bey estate trust three flanders; DE UCC Filing No. 20205630068, 08-15-2020 @ 12:36 PM

[14890] Flanders, Detroit, Michigan, near [48205], [Ex Rel: S FLANDERS AVE 796 PARK DRIVE SUB NO 2 L52 P63 PLATS, W C R 21/848 IRREG; PROPERTY ID. 21011233]; coordinates: latitude 42.419770° n, longitude -82.967650° w; moorish title number: macn- tjbt002008040166651, moorish land title: [thomas james brown bey estate trust four flanders].DE UCC Filing No. 20205632106, 08-15-2020 @ 10:32 AM

[14879] Flanders, Detroit, Michigan, near [48205], [Ex Rel: N FLANDERS AVE 807 PARK DRIVE SUB NO 2

thomas james brown bey [2008040166-6]

L52 P63 PLATS, W C R 21/848 35 X 100; PROPERTY ID. 21011665]; coordinates: latitude 42.420130° n, longitude -82.967940° w; moorish title number: macn- tjbt002008040166649, moorish land title: [thomas james brown bey estate trust three flanders].DE UCC Filing No. 20205632031, 08-15-2020 @ 09:36 AM

[27200] Franklin Road, Southfield, Michigan, near [48034], ex rel: T1N, R10E,SEC 17 252A-1-2 SECTION 17 PART OF THE SW ¼ & THE SW ¼ & THE SE ¼ OF SEC 17 BEG AT A PT DIST N 02-30-00 W 60 FT FROM THE S ¼ COR TH ALG A LINE 60 FT N OF & PAR TO THE S LINE OF SEC 17 S 87-51-00 W 327.22 FT TH ALG A LINE 60 FT NELY TO & PAR TO THE C/L OF FRANKLIN ROAD N 43-02-00 W 491.15 FT TH N 46-58-00 E 556 .33 FT TH N 43-02-00 W 283.78 FT TH N 46-58-00 E 327.79 FT TH S 60-27-28 E 294.24 FT TH S 23-38-48 E 869.22 FT TH S 02-19-00 E 219.99 FT TO A PT 43 F N OF THE S LINE OF SD SEC 17 TH S 88-06-00 W 120 FT TO BEG 17.192A17.192 NET A US ED OR DEEDED FOR STREET ROAD, OR HIGHWAY PURPOSES IN ELEVEN MILE ROAD 000000 – Commonly known as 27200 Franklin Rd.; coordinates: latitude 42.487630° n, longitude -83.291250° w; moorish title number: macn- tjbt002008040166655, moorish land title: [thomas james brown bey estate trust one franklin road].DE UCC Filing No. 20204214021, 06-17-2020 @ 02:03 PM; WA UCC Filing No. 2014-097-5778-0, 04-07-2014 @ 05:08:00 PM; 2014-097-5748-3; MI UCC Filing No. 2014052805-9, 04-15-2014 @ 03:46 PM

[16410] Novara Street, Detroit, Michigan, near [48205], [Ex Rel: S NOVARA 537 AND N 9 FT OF VAC ALLEY ADJ AVALON HEIGHTS SUB L49 P100 PLATS, W C R 21/789 40 X 134; PROPERTY ID. 21022322]; coordinates: latitude 42.439100 ° n, longitude -82.950820 ° w; moorish title number: macn- tjbt002008040166654, moorish land title: [thomas james brown bey estate trust one novara street].DE UCC Filing No. 20205680014, 08-18-2020 @ 02:03 PM

[16400] Novara Street, Detroit, Michigan, near [48205], [Ex Rel: S NOVARA 538 AND N 9 FT OF VAC ALLEY ADJ AVALON HEIGHTS SUB L49 P100 PLATS, W C R 21/789 40 IRREG; PROPERTY ID. 21022321]; coordinates: latitude 42.439100 ° n, longitude -82.950670 ° w; moorish title number: macn- tjbt002008040166653, moorish land title: [thomas james brown bey estate trust one novara street].DE UCC Filing No. 20205680105, 08-18-2020 @ 08:08 AM

## NOTICE TO WAYNE COUNTY. REGISTER OF DEEDS CLERK.

**(27) Pursuant to Title 18 U.S.C.**, chapter 101 § 2071(b), *"Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."* After Thirty (30) calendar Days, you may not rebut this contract.

**(28) NOTARY SUBSCRIBES AND AFFIRMS** on this _____day of_____, 2020 C.E., that – *"I, as a lawful and legal notary, do hereby swear that "affiant,"* thomas james brown bey, *executor office –* thomas james brown trust, *known to me or proved to me on the basis of satisfactory evidence, appears here this very day before me (PRINT NAME OF NOTARY), _____, Notary of The State Of Michigan, and that he is the living man whose name is subscribed upon this **Statute Staple Securities Instrument**; and that he also acknowledges to me that he executes the same in his authorized capacity; and that by his acknowledgment, as shown by this instrument,* thomas james brown bey, *executor office –* thomas james brown trust, *is currently administrating to the aforesaid estate on behalf of the person executing this instrument."*

## ACKNOWLEDGMENT OF NOTARY.

STATE OF MICHIGAN        )
                         ) ss:
COUNTY OF MACOMB         )

– **LEGAL NOTICE AND DEMAND** – RE 118 291 139 US _____ Page 10 of 20



thomas james brown bey [2008040166-6]

Witnessed by my hand and official stamp, signed, sealed, and delivered by hand or by private, registered, or certified mail, drafted by the above thomas james brown bey "secured-party creditor" with attached property description.

NS: _____.
  Signature of Notary Public.

Attachments:
Attachment "A" - Property List.
Attachment "B" - Definitions.

# LEGAL NOTICE AND DEMAND – ATTACHMENT "A" - PROPERTY LIST.

ALL PROPERTY BELONGING TO THE DEBTOR IS PLEDGED TO THE SOVEREIGN SECURED PARTY. DEBTOR IS A TRANSMITTING UTILITY. DEBTOR IS AN ESTATE AND A TRUST. ALL OF THE FOLLOWING PROPERTY, AS INDICATED HEREIN, IS CONTROLLED BY: thomas james brown bey, executor office – thomas james brown trust. This is in addition to, but not limited by:

1. All proceeds from sovereign secured party's labor from every source; from products, accounts, fixtures, crops, mine head, wellhead, and transmitting utilities, etc.;
2. All rents, wages, and income from every source;
3. All land in which Debtor has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air sovereign rights; all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4. All real property and all documents involving all real property in which Debtor has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5. All cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;
6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
7. All inventory from any source;
8. All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;
9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;
12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;
13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired; whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;
14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which Debtor has an interest;
15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, i-pods, phonograph records, film, video and aural production equipment, cameras, projectors, etc.;
17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
18. All books and financial records of Debtor;
19. All trademarks, registered marks, copy sovereign rights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;
20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;
21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;
22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;

23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;

24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;

25. All sovereign rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;

26. All sovereign rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28. All sovereign rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All sovereign rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

30. All sovereign rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

31. All sovereign rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

32. All sovereign rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

33. All sovereign rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

34. All sovereign rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

35. All sovereign rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Sovereign rights";

36. All sovereign rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

37. All sovereign rights to keep and bear arms for defense of self, family, and parties entreating physical protection of person or property;

38. All sovereign rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

39. All sovereign rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity as a free, independent sovereign;

40. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

41. All sovereign rights to privacy and security in person and property, inter alia: all sovereign rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to Debtor or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

42. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

43. All intellectual property, inter alia: all speaking and writing; All thoughts, beliefs, world views, emotions, psychology, etc.;

44. All signatures and seals;

45. All signatures on all applications for and all value associated with all licenses foreign and domestic;

46. All present and future retirement incomes and sovereign rights to such incomes issuing from all accounts;

47. All present and future medical and healthcare sovereign rights; and sovereign rights owned through survivor-ship, from all accounts;

48. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analysis and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks,

image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;
49. All signatures on all applications for and all value associated with all library cards;
50. All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;
51. All credit of Debtor;
52. All signatures on and all value associated with all traffic citations/tickets;
53. All signatures on and all value associated with all parking citations/tickets;
54. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;
55. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;
56. All tax correspondence, filings, notices, coding, record numbers, all benefit from social security account # xxx-xx-5162; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;
57. All bank accounts, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401-K's, and the like;
58. All accounts, deposits, escrow accounts, lotteries, over-payments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived there from;
59. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Sovereign secured party;
60. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;
61. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;
62. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;
63. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;
64. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;
65. All fuel, fuel tanks, containers, and involved or related delivery systems;
66. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;
67. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;
68. All rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;
69. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;
70. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;
71. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;
72. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;
73. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;
74. All water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;
75. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;
76. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof; All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;
78. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;
79. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;
80. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;
81. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;
82. The Last Will and Testament from any source;
83. All inheritances gotten or to be gotten;
84. All wedding bands and rings, watches, and jewelry;

85. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques, etc.;
86. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, etc.;
87. All childrens' toys, clothing, playthings, and possessions of any type or amount;
88. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietor-ships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;
89. All ownership, equity, property, and sovereign rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietor-ships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;
90. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Debtor or natural man sovereign secured party, whether received or not received;
91. All telephone numbers;
92. All signatures on all applications for and all value associated with all certificates of birth documents of the natural man sovereign secured party, and all said documents themselves;
93. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the natural man sovereign secured party, and all said documents themselves;
94. All signatures on all applications for social security numbers, and all value associated with all accounts;
95. All signatures on all applications for social security numbers for all children and grandchildren of the natural man sovereign secured party, and all value associated with all accounts;
96. All value associated with the private contract trust account number of the natural man sovereign secured party: 368725162;
97. All value associated with the private contract trust account numbers of all children and grandchildren of the natural man sovereign secured party;
98. All signatures on all applications for and all value associated with Driver License #;
99. All signatures on all applications for and all value associated with all passports for the natural man sovereign secured party and his children and grandchildren;
100. All documents as recorded in the public record by and for the natural sovereign secured party as indicated herein;
101. All signatures on all applications for and all value associated with all marriage licenses;
102. All private marriage contracts;
103. All signatures on all applications for and all value associated with all professional licenses;
104. All private addresses of the natural man sovereign secured party as indicated herein;
105. All signatures on all applications for and all value associated with all public addresses;
106. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc.;
107. Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the natural man sovereign secured party.

## LEGAL NOTICE AND DEMAND – ATTACHMENT "B" – DEFINITIONS.

**1. Unlawful Arrest:** Means restricting a man or woman's right to move about freely without the proper use of a lawful 4th-amendment warrant signed by a judge of competent jurisdiction while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servants Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the sovereign, lawful sovereign rights of the natural man or woman sovereign secured party, created by God, who is not to be confused with the Corporate-Fiction "Straw-man" which was created by the state. This includes arrest when a natural man or woman sovereign secured party is incarcerated for refusing to sign any citation; arrest due to contempt of court when he or she is not violent or a physical threat to the court; arrest by Internal Revenue Service for failure to produce books, records, or other documents; arrest and refusal of Habeas Corpus; arrest for conspiracy of any kind without lawfully documented affidavits from at least three (3) eye witnesses, signed under oath and penalty of perjury.
**2. Illegal Arrest:** Means same as above item # 1, "**Unlawful Arrest.**"
**3. Unlawful Detention:** Means restraining a natural man or woman sovereign secured party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th-Amendment Warrant signed by a Judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the Officer, Agent, or Representative has been notified by the natural man or woman sovereign secured party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for Officer to examine said documents.
**4. Unlawful Distraint:** Means seizure or taking of any property that is lawfully owned or in possession of the natural man or woman sovereign secured party without proper probable cause, and/or due process, and lawful 4th-amendment warrant. This includes any seizure by any officer, agent, representative, in any capacity, or relationship with the "UNITED STATES" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

**5. Lawful 4th-Amendment Warrant**: Means a warrant that follows the provisions of the 4th- amendment to the original "Constitution for the united States of America." This warrant must not deter from the exact procedures as outlined by the 4th Amendment.

**6. Right to Speedy Trial**: Means trial will commence within 90 days of the date of arrest.

**7. Interstate Detainer**: Means the same as unlawful detainer as when involving a natural man or woman Sovereign secured party and involving more than one agency or state of the corporation, or any representative, agent, or officer who has any agreement with, contract with, or permission to act on behalf of any municipal corporation of the "UNITED STATES" or any subsidiary or sub-corporation thereof.

**8. Unlawful Restraint**: Means any action by any officer, agent, representative, contractor, associate, officer of the court, or the like, to prevent, coerce, intimidate, hinder, or in any way limit the right of a natural man or woman sovereign secured party from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any member of the public, or any sovereign.

**9. Freedom of Speech**: Means the right to speak open and plainly without the fear of reprisal. This includes the right of a natural man or woman sovereign secured party to speak at any hearing, arraignment, trial, and/or the like, before magistrates, judges, and officers of the court, agents, representatives, and the like, of the "UNITED STATES." It also means that no attempt to suppress this right will be made by any officer of the court or of the "UNITED STATES" corporation. No judge or officer of any court or tribunal will threaten contempt of court for free speech by any natural man or woman sovereign secured party.

**10. Lawful US Dollars**: Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to a one ounce silver dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated. Par value will be established by written law or the value established by the US MINT, whichever is higher at the time of the offense, for the purchase of an official, one troy ounce, .999 fine silver coin.

**11. Obstruction of Justice**: Means any attempt by any officer of the court or representative of any agency that represents the "UNITED STATES," or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, or threaten a Natural Man or Woman Sovereign secured party in an attempt to prevent any and every opportunity to legally/lawfully defend himself by attempting to produce and file lawful documents and or testimony to agents, officers, judges, magistrates, the court, clerk of the court, representatives, or investigators in order to settle any legal/lawful controversy. This also includes any attempt by a judge or officer of the court to hinder the natural man or woman sovereign secured party from filing, recording, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that he desires to submit as evidence in any type of court proceeding. The determination of what is evidence and what will be admitted is to be solely determined by the natural man or woman sovereign secured party. Any evidence will be tried on merits of the lawful content and validity. Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, corporate property, bank accounts, savings accounts, or any corporate property of value to the natural man or woman sovereign secured party upon written demand, and surrender all sovereign rights to said property, and waive any and all defenses against such claim. This also includes evidence that is supported by case law. This includes attempts by any officer of the court to make motions, to issue orders such as gag orders, or to use any other means of keeping information suppressed from the public or the official record. The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the natural man or woman sovereign secured party. This also includes the provision as indicated in item # 18 "Racketeering."

**12. Excessive Bail**: Means any amount of bail set at an unreasonable rate as per the 8th amendment of the "Constitution for the united States of America." This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if a natural man or woman sovereign secured party has lived as an upstanding member in a community or area for more than one year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk or a threat to society. If the natural man or woman sovereign secured party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes.

**13. Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against a natural man or woman sovereign secured party and that causes invisible or undetectable or visible physical injury, e.g., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, etc. This includes any other type of physical stress to the body or any chemically-induced, altered mental state of the natural man or woman sovereign secured party. This also includes any attempt to incarcerate; restrain; question; detain; withhold food when requested; withhold drink when requested; withhold medications as requested; withhold use of bathroom facilities and supplies when requested; withhold reading and writing materials; withhold communication with friends, family, legal counsel, and religious counsel; withhold proper clothing as needed for comfort; withhold blankets when requested; withhold hot and cold water for showers; withhold freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

**14. Conspiracy**: Means the cooperation of two or more persons working together to restrict, suppress, inhibit, or in any way deprive a natural man or woman sovereign secured party of any right, benefit, or privilege that would ordinarily be offered by the "Constitution for the united States of America" and the Honorable "bill of sovereign rights" to any member of the general American public, or to a sovereign. This also includes the provisions in item # 18, "Racketeering."

**15. Victim**: Means any natural man or woman sovereign secured party who has received direct damages to himself or his property as the result of an unlawful or illegal act by another.

**16. Victimless Laws**: Means any law that is passed or presumed to be passed that creates a violation of law in which no natural man or woman has been damaged. This includes any statute, ordinance, regulation, policy, or color-of-law provision. These types of laws will not be used in any action, of any kind, against any natural man or woman sovereign secured party.

**17. Aiding and Abetting**: Means the efforts of any officer, agent, or representative of the "UNITED STATES" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive, in any way, a natural man or woman sovereign secured party from receiving any and all sovereign rights, benefits, or privileges, as provided by the "Constitution for the united States of America" and/or the Honorable "bill of sovereign rights," or that would normally be offered to the general American public, or to a sovereign. This also includes the provisions as provided in item # 18 "**Racketeering**" and suppression of evidence.

**18. Racketeering**: Means any attempt by any two or more officers of any corporation/agency to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive a natural man or woman sovereign secured party from receiving every right, benefit, or privilege that is outlined by the "Constitution for the united States of America" and/or the Honorable "bill of sovereign rights." This also includes any effort by the officers of the court to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the natural man or woman sovereign secured party, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as can be accommodated by the courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

**19. Federal Zone**: Means any land, property, building, area, zone, 911 zone, or postal zone that is presumed to be within the territorial jurisdiction of the "UNITED STATES" or any of its representatives as defined herein. This does not include any land, property, building, structure, dwelling, area, zone that is held by deed, title, warranty deed, contract, or any written or verbal agreement, or any such thing by a Natural Man or Woman Sovereign secured party who is located outside of WASHINGTON, D.C., proper. All privately held properties of any type that are being held by any natural man or woman sovereign secured party are excluded from any federal zone or any jurisdiction of any representatives of the "UNITED STATES" or any of its territories. This is fact and may be presented in any court by affidavit of any natural man or woman sovereign secured party of interest involved in any interaction with the "united states" or any of its representatives, as outlined in this contract.

**20. State**: Means any of the fifty areas known as states of the "united States of America," which is not the same as the "UNITED STATES" corporation. These fifty states are designated by Upper and Lower Case spelling of the name of each state, vs. UPPER CASE spelling. The ALL UPPER CASE NAME denotes a "STATE" that is a part of the "UNITED STATES" corporation, whereas the spelling of the Upper and Lower Case Name denotes that which is not a part of the "UNITED STATES." This will be determined by the Natural Man or Woman Sovereign secured party as a condition of this contract. The Natural Man or Woman Sovereign secured party will also determine whether or not his state is a part of the jurisdiction of the "UNITED STATES," and his decision shall not be challenged by any representative of the "UNITED STATES." the natural man or woman sovereign secured party will determine if the alleged offense occurred within the limits of the "UNITED STATES." A violation of this provision will be Unlawful Determination, and shall be punishable as indicated by this contract agreement.

**21. Trespassing/Trespass**: Means the entry into or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, etc., of the Natural Man or Woman Sovereign secured party without his express written permission, or without a lawfully executed 4th-amendment warrant. Any and all agents or representatives of the corporation will fully and completely observe any and all protections as outlined in the "Constitution for the united States of America" and/or the Honorable "Bill of Sovereign rights." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this Notice and Demand document. I solemnly swear and affirm that I do not have any illegal contraband on my property; I have never had any illegal contraband on or around my property and never will. Any contraband, if it is found on my property, would have been placed there by the officers or agents during the time of trespass. I simply do not allow it on my property. Contraband or illegal items if they are found in a search do not belong to me and may not be used in any attempt in any claim against me. Any and all officers, agents, and representatives of the corporation will be held individually liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

**22. natural man or woman sovereign secured party**: means any flesh and blood, living, breathing man or woman, created by god, who notifies any representative of the corporation, verbally or in writing, that he is a sovereign, Non "UNITED STATES" Corporate Citizen, free man or free woman, and not subject to the jurisdiction of the Corporation or any of its Representatives. This is not to be confused with the Fictitious Legal Entity that was created by the state and is represented by an ALL-CAPITAL-LETTER-NAME. Any attempt to notify any Officer, Agent, or Representative of the status of the natural man or woman sovereign secured party will be sufficient notice. sufficient notice will be determined by oath, statement, or affidavit by the natural man or woman sovereign secured party, and the validity of such will not be challenged by any Officer of the Court.

**23. County or City**: Means any subdivision of any state of the "united States of America." This subdivision excludes any jurisdiction, zone, or territory of the "UNITED STATES" corporation that is described by the natural man or woman sovereign secured party in ALL CAPITAL LETTERS. Any dispute

over any errors contained in spelling or grammar will be resolved at the discretion of the natural man or woman sovereign secured party and will not be challenged by any representative of the Corporation.

**24. Agency, Entity, Department, Subdivision, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Agent, Authorized Representative, Policeman, Participant:** Means any person, Corporation, or Entity of any kind which works for, is compensated all or in part by, receives funds from, collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with the "UNITED STATES" or any of Its Subsidiaries, Sub-Corporations, Departments, or Agencies, etc.

**25. Contract:** Means any agreement in writing that has been offered for review and acceptance by another party wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review, respond, accept, or rebut any provisions of the contract as indicated in the contract. Non response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any other means than is indicated in this contract will be non response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the Clerk of Court or any Public Records Officer will be a lawful offer and notification and will be presentment to all Officers of the Court in that State or County. **Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.**

**26. False Imprisonment:** Means any attempt by any Officer of the Court or Corporation to incarcerate any natural man or woman sovereign secured party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America" and/or the Honorable "bill of sovereign rights".

**27. Representative:** Means any Agent, Agency, Department, Officer, Investigator, Entity, Subsidiary, Sub-Corporation, Contractor, Employee, Inspector, Individual, or Corporation that has any affiliation or association with, collects or distributes funds for, does any task for, receives any benefit or privilege from, of, or for the "UNITED STATES." This includes anyone or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to the "UNITED STATES" or any of its Subdivisions or Sub-Corporations.

**28. Corporation:** Means any Representative, Agency, Sub-Corporation, Contractor, or any Person or Entity that is Employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "UNITED STATES" Corporation.

**29. Interpretation:** Means if any conflict arises concerning the definition of any of the terms and/or conditions of this contract, the conflict concerning the meaning of the term or condition will be solely decided by the natural-man sovereign secured party's discretion. His decision will be final and not subject to review or argument. No liability or penalty will be incurred by the natural- man sovereign secured party due to his interpretation of such terms and or conditions.

**30. Corporate Capacity:** Means acting for, or on behalf of, a Corporation, or Government Entity, while under law or color of law.

**31. Legal Counsel:** Means anyone that a natural man or woman sovereign secured party chooses to have as legal assistance of counsel, whether Counsel is licensed or not, or a member of the Bar Association or not. Counsel may assist, represent, speak on behalf of, write cases for, or perform any act in or out of court for the natural man or woman sovereign secured party without any hindrance, threat, prosecution, charge, repercussion, etc., from any officer of the court, or representative of the "UNITED STATES" Corporation, or any Representative, Officer, or Agent thereof.

**32. Abuse of Authority:** Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America" and/or the Honorable "bill of sovereign rights." This includes arrest or detainment without documented evidence that a lawful crime has been committed by the natural man or woman sovereign secured party. This includes use of restraint devices on a natural man or woman sovereign secured party and/or physical abuse that makes or does not make any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this contract.

**33. Verbal Abuse:** Means the use of offensive and/or threatening, spoken words, body language, and non-verbal gestures or actions by any representative of the corporation as defined herein upon a natural man or woman sovereign secured party. if a controversy arises about an incident, the version told by the natural man or woman sovereign secured party will be accepted as truth and will not be contested.

**34. Assault and Battery with Weapon:** Means any actual, threatened, or perceived use of any weapons, by any Representative of the "UNITED STATES" Corporation, against the natural man or woman sovereign secured party, that creates an atmosphere of fear for the natural man or woman sovereign secured party. this includes non lethal weapons such as taser guns, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapons, or any other type of weapon that may be used to control or to create fear. if a conflict arises about the events, the version told by the natural man or woman sovereign secured party will be accepted as truth and will not be contested.

**35. Unfounded Accusations:** Means any accusation, charge, or claim, civil or criminal or in admiralty, that is alleged or made by any Representative of the "UNITED STATES" Corporation as defined herein that is not proven by written, documented evidence presented under oath and penalty of perjury by an authorized agent or Representative of the Corporation. The accuser has eight (8) hours to provide said documents to be reviewed and to put them into the possession of the natural man or woman sovereign secured party; and failure to do so will be Unfounded Accusations and subject to the penalties contained herein.

**36. Encroachment:** Means to invade, intrude, or in any way prevent a natural man or woman sovereign secured party the full and complete use of property, including trespass or impeding ingress or egress to the property of a natural man or woman sovereign secured party; and to limit the ability of a natural man or woman sovereign secured party to freely access, claim, hold, possess, use, convey, sell, rent, lease,

barter, exchange, or in any way make full and unfettered use of his property. This includes the application of unlawful liens and encumbrances of any and all property including wages; salaries; stocks; bonds; bank accounts (foreign or domestic); savings accounts; contents of safety deposit boxes; gold; silver; notes; insurance funds; annuities; retirement accounts; social security benefits; motor vehicles; automobiles; recreational vehicles; land; real estate; homes; structures; roads; driveways; personal property of any kind that is held by title, deed, contract, agreement (written or verbal), or is in possession of a natural man or woman sovereign secured party. this includes, but is not limited to: traffic stops; searches of vehicles; home invasion; confiscation of any lawful property owned by, in possession of, or under the control of the natural man or woman sovereign secured party.

**37. Assault and Battery without a Weapon**: Means the verbal abuse or physical contact, of any kind, upon a natural man or woman sovereign secured party without his express voluntary written consent. If a conflict arises about the facts involving the incident, the version as told by the natural man or woman sovereign secured party will be accepted as truth, without question, and will not be contested.

**38. Abuse of Due Process**: Means any action against a natural man or woman sovereign secured party when said action does not abide by all the sovereign rights and defenses contained in or represented by the "Constitution for the united States of America" and/or the Honorable "bill of sovereign rights." This includes any charge, or claim, Civil or Criminal, or in Admiralty, that is alleged or made by any Representative of the "UNITED STATES" Corporation.

**39. Denial of Due Process**: Means any attempt by any officer of the court and or corporation to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any natural man or woman sovereign secured party as outlined in the "Constitution for the united States of America" and/or the Honorable "bill of sovereign rights." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the aforementioned Constitution and/or Honorable "bill of sovereign rights" is null and void and will not be used in any action against any natural man or woman sovereign secured party.

**40. Unlawful Detainer**: Means any attempt by any Officer of the Court or Representative of the Corporation to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold a natural man or woman sovereign secured party without affording him every protection as outlined by the "Constitution for the united States of America" and/or the Honorable "bill of sovereign rights." Any public Law, Statute, Regulation, Ordinance or the like will be null and void and will not be used in any action in which a natural man or woman sovereign secured party is involved.

**41. Reckless Endangerment**: Means any attempt by any Officer of the Court and/or Corporation, as defined herein, to endanger, attempt or threaten to attempt to endanger the life or property of any natural man or woman sovereign secured party. This includes dangerous driving in a car, use or threatened use of lethal or non lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative natural man or woman sovereign secured party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the natural man or woman sovereign secured party will be considered as truth.

**42. Failure to Respond**: Means any attempt by any Officer or Representative of the Court/ Corporation to ignore, inhibit, withhold, delay, or deny a request for information from a natural man or woman sovereign secured party.

**43. Failure to Charge within Forty Eight (48) Hours**: Means any attempt by any Officer or Representative of a Corporation to delay, inhibit, prevent, or in any way stop a natural man or woman sovereign secured party from being lawfully charged by the court within forty eight (48) hours of arrest.

**44. Failure to Identify**: Means any time a natural man or woman sovereign secured party has interaction with any Officer or Representative of the Court or Corporation, the Officer or Representative must, upon request of the natural man or woman sovereign secured party, provide proper identification, written proof of authority, state what his business is with the natural man or woman sovereign secured party, complete a "Public Servants Questionnaire" in advance of arrest or detention, provide documentation properly identifying the Officer or Respondent Superior's Name and contact information, and any other relevant information as requested by the natural man or woman sovereign secured party. The Officer may not detain the natural man or woman sovereign secured party for more than ten (10) minutes while he obtains and provides this information.

**45. Counterfeiting Statute Staple Securities Instruments**: Means any attempt by any Officer or Representative of a Corporation to copy, duplicate, replicate any document that has "Statute Staple Securities Agreement" typed, printed, or hand written anywhere on the document, without the express, written, voluntary permission of the document's owner who is the natural man or woman sovereign secured party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the natural man or woman sovereign secured party will be accepted as fact without question and will not be contested.

**46. Coercion or Attempt to Coerce**: Means any attempt by any Officer or Representative of a Corporation to threaten, intimidate, deprive, conceal, or in any way prevent a natural man or woman sovereign secured party from receiving and/or enjoying any right or privilege that is granted, outlined, or secured by the "Constitution for the united States of America" and/or the Honorable "bill of sovereign rights," or allow another to do so.

**47. Purchase Price**: Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other tax, tag, license, title, and/or fee associated with total replacement of property.

**48. Destruction of Property**: Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the natural man or woman sovereign secured party.

**49. Deprivation of sovereign rights or property**: Means the concealment of, keeping from, hiding of, obstructing of any sovereign rights, property, or privileges that are outlined or protected by the "Constitution for the united States of America" and/or the Honorable "bill of sovereign rights."

50. **Concealment**: Means withholding or keeping information that should normally be revealed, about property and/or sovereign rights from a natural man or woman sovereign secured party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the natural man or woman sovereign secured party. No Officer of any Court or Representative of any Corporation may conceal any law and/or any evidence of any kind that is considered relevant by the natural man or woman sovereign secured party, and/or fail to disclose any law that benefits the natural man or woman sovereign secured party.

51. **Defacing**: Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, sovereign rights, property, documents, or any other thing that has value as determined by the natural man or woman sovereign secured party.

52. **Constitution**: Means, for the purpose of this contract, "The Constitution *for* the united States of America," circa 1791 to date, as opposed to the *redacted* "Constitution *of* the UNITED STATES" corporation, circa 1868.

53. **Bill of sovereign rights**: Means, for the purposes of this contract, the original, Honorable "bill of sovereign rights," circa 1791.

54. **sovereign rights and defenses**: Means one's legal and/or lawful right and/or ability to defend himself in any action. Upon agreement, the defendant in an action may give up his right to defend himself in a given action. This includes tacit agreement or agreement by default; and the natural man or woman sovereign secured party is never the defendant.

55. **willingly**: means that a natural man or woman sovereign secured party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, during any interaction in which he is involved with any Agent, Officer, or Representative of any Court or Corporation, including incorporated Governments.

56. **Individual Capacity**: Means acting on one's behalf to do a thing. The Officer, Representative, Agent, or the like may be acting under law or color of law and go outside of the capacity of the law and take on a personal liability.

57. **Artificial Person**: Means a fictitious entity that was created by the state for transacting commerce. This Artificial Man or Straw-man is represented by the ALL CAPITAL LETTER NAME that appears to be spelled the same as the name of the Natural Man or Woman. When the Artificial Person is used in commerce by the natural man or woman sovereign secured party, it is a transmitting utility.

58. **Agreement**: Means any contract which is expressed in writing by letters or marks, or expressed orally in spoken words or utterances by a natural man or woman sovereign secured party. any question of any agreement or contract will be resolved by an affidavit from the natural man or woman sovereign secured party. His affidavit will be considered fact in any action or dispute, without question by any Officer, Agent, or Representative of any Corporation including incorporated Governments.

59. **Unlawful Determination**: Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of a natural man or woman sovereign secured party, or group of natural men or women secured parties, that is not proven by documented, authorized, certified, evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a Judge or other Officer of the Court and any other Representative of any Corporation including incorporated Governments.

60. **Statute Staple Securities Instrument**: Means an edict or proclamation from a natural man or woman sovereign secured party.

61. **Clerk of the Public Record**: Means any Clerk who records or files documents in the Public record who is Employed by a City, County, State, Municipality, Federal Government, and/or International, Multinational, Or Multi-Jurisdictional Corporation, including incorporated Governments.

62. **Public Record**: Means any document or record that is filed or recorded into the Public record by the natural man or woman sovereign secured party. For example, when this document is recorded at a Register of Deeds Office, it becomes a public record.

63. **Presumption**: Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the natural man or woman sovereign secured party. No presumption shall prevail against the natural man or woman sovereign secured party without lawful, documented evidence that supports the presumption which is certified by the Officers of the Court, on and for the record under penalty of perjury.

64. **Unalienable Sovereign rights**: means natural sovereign rights given by god as acknowledged by the Law of Nations and incorporated into the "bill of sovereign rights," such as, but not limited to, Right to Bear Arms; Freedom of Speech; Right to Trial by a Jury of one's Peers; Right to Due Process; Right of Habeas Corpus; Right to be Exempt from Levy as a natural man or woman sovereign secured party creditor; right to be secure in one's private papers and effects.

65. **Right to Travel**: Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any Officer, Agent, Employee, Attorney, or Judge that in any manner willfully causes adverse affects or damages upon the natural man or woman sovereign secured party by an arrest, inhibition, detainment, restraint, deprivation, prevention, etc.

66. **Disrespect**: Means anything said or written to any natural man or woman sovereign secured party, about him or his, that he does not like, including body language, or anything that makes him or any reasonable man uncomfortable or fearful.

67. **The Placing or Filing of an Unlawful Lien, Levy, Garnishment, or Attachment**: Means any attempt by any officer, agent, or representative of a corporation to place a lien, levy, garnishment, or attachment on the property or collateral of a natural man or woman sovereign secured party, herein referred to as sovereign secured party. Any said officer, agent, or representative must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral, three (3) Notary Panel, hereinafter referred to as The Panel, selected by the sovereign secured party. Said officer, agent, or representative must guarantee in writing that the officer, agent, or representative signing said documents will be personally liable for any damages due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held

in trust by The Panel until The Panel determines if any actions of the officer, agent, or representative have violated any laws or caused damage to the sovereign secured party. The Panel will have the sole power to determine if any damage has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Sovereign secured party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said officer, agent, or representative agrees to surrender, including but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or Corporate Property as needed to satisfy any and all claims and/or assessments as filed against said Officer, Agent, or Representative by the sovereign secured party. Said Officer, Agent, or Representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the sovereign secured party until such time as a determination has been made by a jury of eighteen of the sovereign secured party's Peers as defined herein. In the event that a jury of eighteen of the Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the sovereign secured party shall be dismissed with prejudice, and every lien, levy, attachment, or garnishment shall be released within ten (10) days with all property sovereign rights restored and unencumbered. The Officer, Agent, or Representative who has authorized said lien, levy, attachment, or, garnishment, agrees to surrender any and all Surety Bonds, Public and/or Corporate Insurance Policies, Court Registry Investment System (CRIS) CUSIP numbers, CAFR funds, or Corporate Property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative by the Sovereign secured party.

68. **Peer**: Means a natural man or woman sovereign secured party who has recorded into the public record documents to prove his sovereign status.

69. **Ignore**: Means to refuse or in any way to deny a lawful request by the natural man or woman sovereign secured party to have an Officer, Agent, or Representative provide completed legal documents.

70. **natural man or woman**: Means a flesh and blood, living, breathing, biological man or woman created by God, as represented by the Upper and Lower Case Name, including "natural man or woman," or "real man," or "real woman," or "real man/woman." This is not to be confused with the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

71. **Sentient**: Means a flesh and blood, living, breathing, biological man or woman created by God, as represented by the Upper and Lower Case Name, including "natural man or woman," or "real man," or "real woman," or "real man/woman." This is not to be confused with the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

72. **Debtor**: Means the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL-CAPITAL-LETTER-NAME.

(Remainder of page intentionally left blank)

for upon my inherited status, i thomas james brown bey, being a descendant of the ancient moabites in other respect known as american – al moroccan – moor, standing squarely affirmed upon my oath to the 'five points of light' – *love, truth, peace, freedom,* and *justice;* being competent (in my own proper person) to attest to this affidavit upon which i place my autograph; whereas, i state, proclaim, and declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

for i am: _thomas james brown_

thomas james brown bey autograph – **omnia iura reservantis**
c/o mailing location: [15216] carlisle
near [detroit territory, michigan]
northwest amexem – northwest africa – north america – the north gate
southwest amexem – central amexem – adjoining atlantis and americana islands

representative in any capacity of any agency, government, corporation, and the like, agree to abide by this contract anytime that you interact with me. i, thomas james brown bey, executor office – thomas james brown trust, a/k/a "affiant," the undersigned, am of lawful majority age, clear head, and sound mind.

**(10) For knowledge,** you took a solemn, binding oath to protect and defend the original "Constitution for the united States of America," (1787) adopted circa 1791 to date. Violations of said oath is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor, infra, ¶13, ¶14 & ¶15. I accept said Oath of Office that you have sworn to uphold. I declare that any and all presumptions that I am a Corporate / Statutory / Military / Maritime / Admiralty / Fictitious "U.S. – citizen / consumer / individual / citizen-subject / plaintiff / defendant / taxpayer;" "STATE – resident / licensee / driver / gun/firearm owner;" "14th-Amendment – citizen / resident of the commonwealth / subject / person of inherence and/or incidence;" "CORPORATE – Officer / Agent / Member / Representative / Participant / Partner / Employee / Fiction / Transmitting Utility / Ens Legis / Stramineus Homo (Straw-Man) / Dummy / Juristic Person / Libelee / Debtor / Obligor / Accommodation Party / Surety," and all the like thereof being subject to the seizure of "Alien Properties" within any and all jurisdictions of the de facto UNITED STATES and / or any of it's sub-Divisions, Agencies, Entities, Departments, Subsidiaries, are now and forever rebutted. You may rebut my presumptions by submitting certified copies of lawful documents that have been certified by the Georgia states attorney general while under oath and on the official public record and under penalty of perjury and waiving all immunities from prosecution. You have Thirty (30) Days to rebut my statements as indicated herein, or my statements will stand as true, lawful, and legal in any and all of your courts and / or hearings.

**(11) For legal and timely notice, declaration, and, demand, is prima facie evidence** of sufficient Notice of Grace. The terms and conditions of this presentment / agreement are a quasi contract under the Uniform Commercial Code and Fair Debt Collection Practices Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in *any* way violate my sovereign rights and / or allow violations by others. Your Corporate Commercial Acts against me and / or mine and your failures to act on behalf of me and / or mine are ultra vires and injurious by willful and gross negligence.

**(12) For liability is upon you** and your respondent superior, *et al*, in addition to any and all local, state, regional, federal, multi-jurisdictional, international, and / or corporate agencies, and / or persons of the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and / or severally at my discretion. You are sworn to your Oath of Office, for I accept your Oath of Office and your responsibility to uphold the sovereign rights of me and mine at all times.

**FOR BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:**

**(13) For Unlawful Arrest, Illegal Arrest, and / or Restraint, or Distraint, Trespassing / Trespass,** without a lawful, correct, and complete 4th amendment warrant: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per Officer and / or Agent involved.

**For Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, and/or Abuse of Authority** as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per Officer/Agent involved.

**For Assault or Assault and Battery without Weapon:** $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per Officer and / or Agent involved.

**For Assault or Assault and Battery with Weapon:** $3,000,000.00 (Three Million) lawful US Dollars, per occurrence, per Officer and / or Agent involved.

**For Unfounded Accusations by Officers of the Court, or Unlawful Determination:** $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per Officer and / or Agent involved.

**(14) For Denial and / or Abuse of Due Process:** $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per Officer and / or Agent involved.

**For Obstruction of Justice:** $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per Officer and / or Agent involved.

**For Unlawful Distraint, Unlawful Detainer and / or False Imprisonment:** $5,000,000.00 (Five Million) Lawful US Dollars, per day, per occurrence, per Officer and / or Agent involved, plus 18% annual interest.

**For Reckless Endangerment, Failure to Identify and/or Present Credentials and / or Failure to Charge within 48 (Forty-Eight) Hours after being detained:** $2,000,000.00 (Two Million) Lawful US Dollars per occurrence, per Officer and / or Agent involved.

**For Counterfeiting Statute Staple Securities Instruments:** $2,000,000.00 (Two Million) Lawful US Dollars per occurrence, per Officer and / or Agent involved.

**(15) For Unlawful Detention or Incarceration:** $2,000,000.00 (Two Million) Lawful US Dollars per day, per occurrence, per Officer and / or Agent involved.