

# moorish national republic federal government
## ~ societas republicae ea al maurikanos ~
### moorish divine and national movement of the world
### northwest amexem / southwest amexem / central amexem / adjoining atlantis and americana islands
### ~ temple of the moon and sun ~
### the true and de jure natural peoples – heirs of the land
### ~ i.s.l.a.m. ~

---

## ~ judicial notice of res judicata estoppel ~

**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent**

by the power vested in me whereas i am ordained by the most high, ye shall heed this command;
Attention All Potus, Warden(s) Minister(s) Elected United State(s) Republic Official(s) and Public Servant(s) of Federal, State, City, and Municipal Government(s), Personnel and Corporate Entities: Concerning Hereditament the Constitution and all Civil and Statutory Law Code(s) of the Land etc. Know All Men by These Presents

| | |
|---|---|
| Thomas james brown bey, in propria persona<br>Ex rel: Thomas James Brown©®™<br>Ex rel: THOMAS JAMES BROWN©®™<br>aboriginal american national (Vessel Owner)<br>Plaintiff(s):<br><br>VS.<br>STATE OF MICHIGAN,<br>CITY OF DETROIT,<br>POLICE AND FIRE RETIREMENT SYSTEM,<br>DAVID CETLINSKI, KELLY TAPPER,<br>CASSANDRA CHILDRESS, RONALD KING,<br>Defendant(s): | UNITED STATES DISTRICT COURT<br>OF EASTERN MICHIGAN<br>DETROIT, MICHIGAN<br>CASE NO. 20-50804<br><br>7016 2070 0000 0217 4571<br><br>In Response To:<br>FRAUD AND NOTICE OF MOTION<br>FOR UNLAWFUL RULING<br>-INCLUDING-<br>(Documents and Supporting Declarations) |

---

*aboriginal and indigenous peoples' documents: northwest amexem / north africa / north america / 'the moroccan empire' – continental united states: 'temple of the moon and sun': non – domestic, non – resident, non-subject – being the rightful heirs and inheritors of the land.*

page **1** of **4** Delivered via Certified Mail and Email: **70162070000002194571**

   

## Res Judicata Estoppel by [Mis]representation

PLEASE TAKE NOTICE: Res judicata precludes a man from avowing the same thing in successive litigations.

[] Estoppel shuts the mouth of a person and prevents him from making contrary statements, [] Estoppel prevents a party from saying two contradictory things at different times. [] Res Judicata ousts the jurisdiction of the other court and prevents it from deciding over again a matter already decided upon by a competent court.

Whereas, Plaintiff did establish Bonafied Ownership, the DEFENDANT(s) and UNITED STATES CHRISTIAN CORPORATE MUNICIPALITIES did conspire there and then to Sham the Plaintiff into a forfeit of his private property and constitutional right(s).

Whereas, Plaintiff has suffered Financial Handicap as a result, the Law guarantees a Constitutional and Immediate Relief to give Remedy for said damage(s) affected. The evidence of this case is prima facie; Plaintiff has acted with competent hands to correct this error forthwith: Due Process of Law is a Maxim of Law that shall not be violated nor ignored.

## Legal Maxim

A Lien or Claim, under Commercial law, can only be satisfied by One of the following actions:

See Gen. 2-3; Matt 4; Revelation. Law Maxim: "If the Plaintiff does not prove his case, the [De]fendant is [Ab]solved."

10.1. A rebuttal Affidavit of Truth, supported by evidence, point-by-point.
10.2. Payment.
10.3. Agreement.
10.4. Resolution by a jury according to the rules of common law.

[] In the case of Res Judicata, it is the court that ceases to have jurisdiction. [] In Res Judicata, having obtained Adjudication from a competent court, the same matter cannot be agitated again before the same or another court. [] In the case of Estoppel, it is the Person who is Estoppel. [] In the case Estoppel having made a representation, the person making it is prevented from saying the opposite, (contrary to what He earlier said)

"Where Rights secure by the Federal Constitution are involved, there can be no rule-making [or legislation or litigation for judge-made law or judicial precedent] which would abrogate them".

---

aboriginal and indigenous peoples' documents: northwest amexem / north africa / north america / 'the moroccan empire' – continental united states: 'temple of the moon and sun': non – domestic, non – resident, non-subject – being the rightful heirs and inheritors of the land.

page 2 of 4 Delivered via Certified Mail and Email: 70162070000002194571

  

*{Miranda v Arizona, 384 U.S. 436 (1966)}*

"Due care" is an important issue, and involves having and maintaining a keen sense of responsibility to recognize the rights of others. This is the social duty of all citizens and natural people, when interacting publicly and with others. In regard to courts of inferior jurisdiction, "if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed." Norman v. Zieber, if any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case be must dismissed. {Louisville v. Motley 2111 US 149, 293 29S. CT 42}.

"The Accuser Bears the Burden of Proof Beyond A Reasonable Doubt".

Summary and Demand(s) For Grant Of Relief

Whereas, DEFENDANT(s) have no Jurisdiction. And,

Whereas, DEFENDANT(s) did violate the Plaintiff(s) rights to due process of Law. And,

Whereas, DEFENDANT(s) commited Fraud upon the court. And,

Whereas, DEFENDANT(s) commited covert and Lawless Acts to hide the diversity of

CITIZENSHIP issue at hand. And,

Whereas, DEFENDAND(s) conspired to STEAL said Finance from the Plaintiff. And,

Whereas, DEFENDANT(s) caused Financial Damage to the Plaintiff. And,

Whereas, DEFENDANT(s) has caused the Plaintiff to seek Advocacy on the Law of the Land, I, suggest the court grant said estoppel to secure the right(s) and Property of the Plaintiff from Unclean Hands and further fraudulent attempts. And,

Therefore In an attempt to give relief according to the Constitution and the Law of the Land, I, suggest the court grant said estoppel to secure the right(s) and property of the Plaintiff from Unclean Hands and further fraudulent attempts. And,

Therefore Plaintiff also command relief in the form of all lawful invoice(s) in Lawful Gold, Silver Coinage or United States dollars USD Equivalent for Damage(s), Copyright Infringement, Legal Fees and Assistance, trespass, kidnapping, conversion, unlawful seizing, escheatment. And,

Therefore, Plaintiff also would require an additional $$10,000 a day in lawful Gold, Silver Coinage or United States dollars (USD) Equivalent for Emotional Inconvenience, Undue Stress, Character Defamation and Compensation Loss. And,

aboriginal and indigenous peoples' documents: northwest amexem / north africa / north america / 'the moroccan empire' – continental united states: 'temple of the moon and sun': non – domestic, non – resident, non-subject – being the rightful heirs and inheritors of the land.

page 3 of 4 Delivered via Certified Mail and Email: 70162070000002194571

  

Therefore, By the power vested in me; a moor aboriginal american national by blood, live, living in full life plaintiff DEMAND(s) SEPARATION OF CHURCH AND STATE.

Therefore Plaintiff would like to thank the court for Her hand in the correction of the Lawless Acts and error(s) mentioned Herein. And,

Therefore DEFENDANT(s) has Seven (7) days from receipt of this Writ to respond and rebut. And,

Failure to rebut or noncompliance is acquiescence and said Writ shall become Law by default. And,

Therefore it is written by the most high; "For it is forbidden for the ROMAN CATHOLIC CHRISTIAN to Govern the moors."

Whereas I have been ordained by the most high; maketh it be manifest.

*thomas James brown bey*

I am: thomas james brown bey
Third party intervener, power of attorney in fact, authorized
Representative for: ™Ex Rel: THOMAS JAMES BROWN, ©, And
™Thomas James Brown©® CESTUI QUE TRUST. flesh and blood live i full life,
in propria persona, sui heredes, sui juris
all rights and liberties reserved without prejudice
[c/o 15216 CARLISLE near Detroit Territory, Michigan Republic]
Northwest Amexem/Northwest America



Seal



aboriginal and indigenous peoples' documents: northwest amexem / north africa / north america / 'the moroccan empire' – continental united states: 'temple of the moon and sun': non – domestic, non – resident, non-subject – being the rightful heirs and inheritors of the land.

page 4 of 4 Delivered via Certified Mail and Email: 70162070000002194571

thomas james brown bey
c/o 15216 Carlisle
Detroit, Michigan [near 48205-9998]
Non-Domestic Without the UNITED STATES
USPS Int'l Mail Manual
742.1 Marking Postage Paid
742.2 Parcels w/o Stamps
Treat as Pre-Paid

**MAIL TAMPERING**
In accordance With:
Title 18 USC 1341
Title 18 USC 1702
Title 18 USC 1703
Title 18 USC 1708

7016 2070 0000 0219 4571

CERTIFIED MAIL

TAXE PERCUE
POSTAGE PAID
Date: 11·3·20

UPU RL 114 (2.2)

stamp/seal
FOREIGN OFFICE OF ORIGIN

US District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

RECEIVED
NOV 13 2020
CLERKS OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
3 NOV 2020 PM 15 L

11-3-20