IN THE UNITED STATES EASTERN DISTRICT COURT IN
AND FOR MICHIGAN

|  |  |
|---|---|
| STATE OF MICHIGAN<br>POLICE & FIRE RETIREMENT SYSTEM OF<br>THE CITY OF DETROIT<br>*Plaintiff*<br>V.<br><br>THOMAS JAMES BROWN<br>*Defendant* | Case No. 20 MC 50804<br><br>SUPERIOR<br>FOREIGN COURT<br>CHARGE |

By the Power and Authority invested as an **Moorish American Consular Court Territorial Magistrate of a Foreign Court; I am,** Thomas James Brown Bey as the Inherit Moorish American National People an **Moorish National Republic Federal Government Citizen/Creditor** standing over my "UNITED STATES POSTAL Person" the DEFENDANT. Therefore, **I stand to CHARGE** this COURT, the "UNITED STATES/STATE OF MICHIGAN Administrative BAR and POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, as a UNITED STATES POSTAL STATE Agency to process to all of the US POSTAL "John Doe" THOMAS JAMES BROWN, the DEFENDANT'S Charges Fraudulent IRS LEVY and Fraudulent GARNISHMENT by POLICE & FIRE RETIREMENT SYSTEM FOR THE CITY OF DETROIT are to be Discharged and all Funds taken returned to Thomas James Brown within the **3 Days of Grace** with their Full and Complete Settlement by the means of Set-Offs from his US POSTAL **Trust Fund** account #*368725162*; with a USPS POSTAL ESTATE Depository **Bank Routing #** 071000301 Account # 81464396 to allow for the transferring my USPS POSTAL Depository Credited Asset Funds and at the same time the Just Compensation is Claimed for appearance and Fraud is to be deliver up to this Magistrate as the Inherit Moorish American Creditor.

<u>**Per the Constitution for the United States of America and its Amendments**</u>: the American Foundational Laws for the Peoples Governmental Enterprise.

- The Right <u>to petition</u> the government for a Redress of Grievances, <u>is secured to the people</u>. Amendm. Art. 1.

- Congress shall not ESTABLISH any Religion. Amendm. Art. 1.

- The People are SECURED in their Persons. Amendm. Art. 4.

- "Nor shall private property be taken for public use, without Just Compensation." Amendm. Art. 5.

- The judicial power of the United States *(referring to all of the States)* shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States *(of America as an American Citizen)* by citizens of another state, or by citizens or subjects of any foreign state *(i.e. the POSTAL STATES – the UNITED STATES and the STATE OF MICHIGAN byway the 14th amendment)*. **Amendm. Art. 11.**

> "No person shall be convicted of treason unless on the testimony of two witness to the same overt act, or on the confession in open court." Art. 3, Section 3.

There is but one major Creditor in this country and that is this Moorish American National Blooded Magistrate for all others are false creditors because they are in FACT - Public POSTAL Debtors. The usage of **False Attainders** per the Confiscation Act of 1862 and the Trading with the Enemy Act of 1917 combined are in violation of the Constitution; *Art. I, Sect. 9, cl. 3; Art. I, Sect. 10 and Art. III, Sect. 3, cl. 2.* The UNITED STATES and the STATE OF MICHIGAN are the users of the DEFENDANT's Credits; they are the Beneficiaries who owe usage rent and they can only claim a setoff against of the amount of rent they owe for their services given or justifiable American Public infractions.

---

I, **Thomas James Brown Bey** as a Foreign Court Magistrate by my Signature as the Undersigned make this **Affidavit CHARGE. I depose, affirm** and **certify** that I have written and reread this document. **I am** competent, knowledgeable and stand behind the contents thereof to the best of my **Truths, Knowledge and Beliefs. Therefore** this document now stands as the **FACTS in Law for this case,** which are to be the **Truth, Correct and Complete.**

CHARGE Signed and Sealed on this the 26th day of May in the present year of **Two Thousand and Twenty One.**

Autograph by: _Thomas James Brown_
Thomas James Brown Bey; an Moorish American Magister
All rights reserved without Prejudice.

# NOTICE

**From:** thomas james brown bey (kingtbrown@yahoo.com)

**To:** miag@michigan.gov; tenishayancey@house.mi.gov; ida.williams@dc.gov; ocfo@dc.gov; eom@dc.gov; houseclerk@house.mi.gov; wendellbyrd@house.mi.gov; clerk@house.mi.gov; cityclerkhelpdesk@detroitmi.gov; usarmy.jbsa.imcom-hq.list.ig-assistance@mail.mil; usarmy.pentagon.hqda-pmg.list.npe-mgt@mail.mil; moorishamericanconsulategl@gmail.com; mistatetreasurer@michigan.gov; mi14blima@mail.house.gov; jracine@waynecounty.com; kevinhertel@house.mi.gov; goxendine@rscd.org; paymaster@rscd.org; crio@detroitmi.gov; retirement@rscd.org; webmaster@rscd.org; rking@clarkhill.com; cconyers@rscd.org; forms@rscd.org; ktapper@rscd.org; cchildress@rscd.org; dcetlinski@rscd.org; rodhelp@waynecounty.com; julie_owens@mied.uscourts.gov; jacksonchr@detroitmi.gov; information@icj-cij.org; info@sheriffconnect.com; achats@icj-cij.org; library@icj-cij.org; info@upu.int; info@naacp.org

**Date:** Thursday, April 29, 2021, 10:51 PM EDT

# THIS IS CONSTRUCTIVE NOTICE TO: CITY OF DETROIT AND POLICE AND FIRE RETIREMENT SYSTEM DAVID CETLINSKI AND RONALD KING TO RETURN ALL FUNDS IMMEDIATELY OR FACE 48 COUNTS OF FELONY CHARGES.

City of Detroit and IRS conspired to fraudulently remove funds from my retirement account with a fraudulent claim. When I called them on it the CITY OF DETROIT had me kidnapped and held so that I couldn't stop them from taking my funds for over 5 months in wayne county jail without any lawful charges and placed in a medical ward and upon my release I found out that the City of Detroit has been taken funds from my account and placing them into a private account! I have called David Cetlinski the Director of the Pension Fund for 4 years and not one return phone call. I proceeded to Oakland County Register of Deeds to get verification and they were trying not to issue me the recording until I threaten to arrest the Bond of the Register of Deeds Office.

20197271295 Oakland County IRS LEVY Recording-Package 20196744606





 40826 Wayne County Certificate of Live Birth - Thomas James Brown 238884 March 17, 2017.pdf

1.3MB

 70192970000004873809 Affidavit of Obligation PFRS 4-23-21.pdf
7.8MB

 20210186230 UCCT1 CITY OF DETROIT 1.7.21.pdf
444.6kB

 70162070000002194892 QUO WARRANTO 1.27.21 PFRS.pdf
485.5kB

 RE297747139US Power of Attorney In Fact 1.17.21 PFRS.pdf
1.8MB

 70162070000002194571 Res Judicata Estoppel 20-50804 Detroit.pdf
412.1kB

 70192970000004873502 affivadit of written ucc detroit-PFRS 5.28.20 mailed.pdf
1.2MB

 20197271295 Oakland County IRS LEVY Recording-Package 20196744606.pdf
818.1kB

 20180706000183-2 MIUCC1-IRS-CITY OF DETROIT-7-06-18.pdf
302.4kB

  

THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
SocietasRepublicaeEa Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans.

## Averment Of Jurisdiction
For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

# DEMAND AND ORDER FOR CEASE AND DESIST

May 6, 2021

David Cetlinski dba Executive Director
Kelly Tapper dba Asst. Director
Cassandra Childress dba Post Master
POLICE & FIRE RETIREMENT SYSTEM
CITY OF DETROIT
500 WOODWARD AVENUE, STE. 3000
DETROIT, MI 48226

Ronald King dba Corp. Attorney
CLARK HILL PC
500 WOODWARD AVE., STE 3500
DETROIT, MI 48226

Joselyn Benson dba Secretary of State
OFFICE OF THE SECRETARY OF STATE
STATE OF MICHIGAN
Richard H. Austin Building
430 W. Allegan, 4th Floor
Lansing, MI 48918

Dana Nessel dba Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF MICHIGAN
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, Michigan 48909

cc: I demand and command the mailing of my physical paper check only and opt. out of direct deposit and demand the full amount due, restated and incorporated here as if set forth in full

Reference: Pension Number: **207641**     Alleged File Name: **Thomas James Brown**

Dear Mr. Cetlinski and Mr. King:

Document & Certified Mailing No. 7020 0090 0001 4164 6347
Return Receipt No. 9590 9402 6468 0346 5095 26

Page 1 of 4

I, **thomas james brown bey**, a natural moorish american national live and living man and party of interest in property commonly known as: Pension Fund Number 207641 Thomas James Brown. Listed Below **private property** By the thomas james brown trust:

I received a document that purports to be a Notice from the Retirement Systems of the CITY OF DETROIT near the City of DETROIT, State of Michigan.

As the lawful living man of Interest of the allodial private property known as Pension Fund Number 207641 Thomas James Brown.

I will be happy to comply with this purported NOTICE as soon as I receive the following documents from you, to wit:

THE PURPORTED NOTICE IS REJECTED WITHOUT DISHONOR AND PURSUANT TO PUBLIC POLICY UCC 3-501, and any and all International equivalents. Pursuant to said public policy, I demand that you produce:

1. your identification, public policy UCC 3-501, all "STATE OF . . ." and International equivalents, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the state of Michigan that the foregoing is true and accurate copy of your identification registered with the appropriate public and government offices;

2. your employee identification number, public policy UCC 3-501, all "STATE OF . . ."and International equivalents, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the state of Michigan that the foregoing is true and accurate copy of your employee identification registered with the appropriate public and government offices;

3. your oath, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the state of Michigan that the foregoing is true and accurate copy of the original recorded with the appropriate public and government offices;

4. your bond, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the state of Michigan that the foregoing is true and accurate copy of the original bond recorded with the appropriate public and government offices;

5. the accommodation agreement, public policy UCC 3-419, all "STATE OF . . ." and International equivalents, authorizing you to represent and present on behalf of STATE OF MICHIGAN, inclusive of any department or office thereof, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the State of Michigan that the foregoing is true and accurate copy of the original recorded with the appropriate public and government offices;

6. the statute, implementing regulation, state and Federal Register, volume and page number where a requirement has been published that states I must comply with the summons without my consent;

7. I deny that any such statute, implementing regulation, state and Federal Register exists;

8. the statute and implementing regulation that states or authorizes your jurisdiction over me, my private land and my property without my consent;

9. I deny that any such statute and implement regulation exists;

10. an original accommodation agreement, public policy UCC 3-419, all "STATE OF . . ."and International equivalents, made knowingly, willingly and intentionally, signed by my wet-ink signature signed under the penalty of perjury under the laws of UNITED STATES OF AMERICA and the State of Michigan that the foregoing is true and accurate;

11. I deny giving knowing, willing, and intentional written consent to State of Michigan or any state of United States of America granting authority over me, my private land and property, or authority to represent me and present on my behalf, signed by my wet-ink signature signed under the penalty of perjury under the laws of united States of America and the state of Michigan that the foregoing is true and accurate;

12. My principle of law is aligned with common law and protected under the UNITED STATES CONSTITUTION, Article 4 Section 3 Clause 1, governed and insured by public policy UCC 1-103, and all "STATE OF . . ." and International equivalents;

13. Identify your principle of law, public policy UCC 1-103, all "STATE OF . . ." and International equivalents, that abrogates my rights duly reserved and protected as stated herein, signed and sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the State of Michigan that the foregoing is true and accurate;

14. I deny that you can produce the proof and documents as demanded in #1-13 above;

15. I deny that STATE OF MICHIGAN, through any of its agencies, can produce the proof and documents as demanded in #1-14 above;

16. I DEMAND THAT YOU PRODUCE THE PROOF and DOCUMENTS AS DEMANDED IN #1-15 ABOVE, SEPARATELY POINT BY POINT, WITH SPECIFICITY AND PARTICULARITY;

17. NOTICE: YOUR FAILURE TO PRODUCE THE PROOF AND DOCUMENTATION AS DEMANDED IN #1-16 ABOVE RENDERS THE ABOVE ALLEGATIONS AND YOUR INABILITY OR UNWILLINGNESS TO PRODUCE AS TRUTH, AS A MATTER OF LAW, MATTER OF FACT

AND AS A MATTER OF PUBLIC POLICY, RESULTING IN THE ISSUANCE OF A CERTIFICATE OF DISHONOR PURSUANT TO PUBLIC POLICY UCC 3-505.

IF YOU ARE UNWILLING OR INCAPABLE OF PRODUCING THE PROOF AND DOCUMENTATION AS DEMANDED IN #1-16 ABOVE, THEN YOU ARE ORDERED TO:

A. CEASE AND DESIST PERMANENTLY FROM CONTACTING ME DIRECTLY AND INDIRECTLY BY ANY MEANS OF COMMUNICATION; YOU ARE HEREBY ORDERED TO CEASE AND DESIST PERMANENTLY FROM ALL ACTS AND INACTIONS THAT ARE CONSIDERED BY A REASONABLE MAN TO BE HARASSMENT UNDER ANY LAW AND JURISDICTION AGAINST MYSELF, MY FRIENDS, MY FAMILY, MY EMPLOYEES, MY WORK ASSOCIATES, MY AGENTS, AND MY PRIVATE LAND AND PROPERTY;

By your failure to CEASE AND DESIST, and to produce proof of your identification, standing, authority and jurisdiction as demanded in #1-16 above, you are deemed "uncooperative" but you are knowingly, willingly and intentionally accepting full liability and responsibility, to be perfected as due, owing and collectible, pursuant to the process as noticed and stated in # 17 above, inclusive of any and all damages incurred by me due to your actions and in-actions, by true bill, duly secured, invoicing principle amount, costs, expenses, lost profits, interest, and triple damages accumulating and accruing, NUNC PRO TUNC.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT;
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Duly sworn as true and correct, executed on this 21 day of May, 2021, with all rights reserved without prejudice, UCC 1-308, and any and all "State of . . ." and international equivalents ("UCC 1-308"):

UCC 1-308  _thomas james brown bey_

thomas james brown bey c/o Thomas James Brown
c/o 15216 Carlisle, Detroit, Michigan Republic near [48205]

**TAXE PERCUE**
**POSTAGE PAID**
Date: 5-8-21

UPU RL 114 (2.2)
*thomas james brown bey*
FOREIGN OFFICE OF ORIGIN

Police's Fire Retirement System
500 Woodward Ave., Ste. 3000
Detroit, Michigan 48226

thomas james brown bey
care of: [15216] Carlisle
detroit territory, michigan republic [near 48205-9998]
Non-Domestic Without the UNITED STATES
USPS Int'l Mail Manual
742.1 Marking Postage Paid
742.2 Parcels w/o Stamps
Treat as Pre-Paid

MAIL TAMPERING
In accordance With:
Title 18 USC 1341
Title 18 USC 1702
Title 18 USC 1703
Title 18 USC 1708

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PFRS
500 Woodward Ave, Ste 3000
Detroit, MI 48226

9590 9402 6468 0346 5095 26

2. Article Number (Transfer from service label)
7020 0090 0001 4164 6347

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
B. Received
D. Is delivery
If YES, en

3. Service Typ
☐ Adult Signatur
☐ Adult Signatur
☐ Certified Mail
☐ Certified Mail
☐ Collect on Del
☐ Collect on Del
☐ Insured Mail
☐ Insured Mail F (over $500)

---

7020 0090 0001 4164 6347

**CERTIFIED MAIL**

7020 0090 0001 4164 6347
7020 0090 0001 4164 6347

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To PFRS
Street and Apt. No., or PO Box No. 500 Woodward Ave, Ste 3000
City, State, ZIP+4 Detroit, MI 48226

Postmark Here
May 8, 2021

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions