IN THE UNITED STATES EASTERN DISTRICT COURT IN AND FOR MICHIGAN

| | |
|---|---|
| STATE OF MICHIGAN<br>POLICE & FIRE RETIREMENT SYSTEM OF<br>THE CITY OF DETROIT<br><br>*Plaintiff*<br><br>V.<br><br>THOMAS JAMES BROWN<br>*Defendant*<br><br><br>THOMAS JAMES BROWN<br>*Plaintiff*<br><br>V.<br><br>STATE OF MICHIGAN<br>POLICE & FIRE RETIREMENT SYSTEM OF<br>THE CITY OF DETROIT<br>*Defendant* | Case No. **20 MC 50804**<br><br>SUPERIOR<br>FOREIGN COURT<br>CHARGE |

### WRIT OF EXECUTION

TO: MARSHAL/DEPUTY MARSHAL

WHEREAS, on April 23, 2021, the Decision in the above-entitled case was rendered by this Court, the dispositive part of it which reads:

" WHEREFORE, there being no contrary evidence presented by the defendants and finding the complaint of POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, impressed with merit and duly supported by evidence on hand, judgment is hereby rendered in favor of the plaintiff and ordering the defendants, jointly and severally, to pay the following amounts together with the stipulated amount of interest, until fully paid, to wit:

    a.) Actual damages Invoice dated April 7, 2021 [7016 2070 0000 0219 4984] of P 600,000,000.00 [lawful funds only];

    b.) Consul fees of P 2,000,000.00; [lawful funds only].

    c.) Cost of this suit. 602,000,000.00; [lawful funds only].
x x x x x x x x x x x x x x x x x x x x x x x x x x x x x x x x x x x . "

WHEREAS, on June 10, 2021 a Writ For Execution of Decision was filed to this Court by plaintiff thru counsel.

WHEREAS, on June 10, 2021, the Court granted the Writ for Execution of the Decision filed by the plaintiff;

NOW, THEREFORE, you are hereby commanded to cause the execution of the aforesaid judgment, including payment in full of your lawful fees for the service of this Writ.

GIVEN UNDER MY HAND AND SEAL of this Court, this 10th day of June at Detroit Territore, Michigan Republic united states republic

*thomas james brown bey*
justice thomas james brown bey /minister/ consul
*moorishe amerikahn consular kourt / 248-227-9679*

By the Power and Authority invested as an Moorish American Consular Court Territorial Magistrate of a Foreign Court; I am, Thomas James Brown Bey as the Inherit Moorish American National People an **Moorish National Republic Federal Government Citizen/Creditor** standing over my "UNITED STATES POSTAL Person" the DEFENDANT. Therefore, **I stand to CHARGE** this COURT, the "UNITED STATES/STATE OF MICHIGAN Administrative BAR and POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, as a UNITED STATES POSTAL STATE Agency to process to all of the US POSTAL "John Doe" THOMAS JAMES BROWN, the DEFENDANT'S Charges Fraudulent IRS LEVY and Fraudulent GARNISHMENT by POLICE & FIRE RETIREMENT SYSTEM FOR THE CITY OF DETROIT are to be Discharged and all Funds taken returned to Thomas James Brown within the **3 Days of Grace** with their Full and Complete Settlement by the means of Set-Offs from his US POSTAL **Trust Fund** account #*368725162*; with a USPS POSTAL ESTATE Depository **Bank Routing** # 071000301 Account # 81464396 to allow for the transferring my USPS POSTAL Depository Credited Asset Funds and at the same time the Just Compensation is Claimed for appearance and Fraud is to be deliver up to this Magistrate as the Inherit Moorish American Creditor.

<u>Per the Constitution for the United States of America and its Amendments</u>: the American Foundational Laws for the Peoples Governmental Enterprise.

- The Right <u>to petition</u> the government for a Redress of Grievances, <u>is secured to the people</u>. Amendm. Art. 1.
- Congress shall not ESTABLISH any Religion. Amendm. Art. 1.
- The People are SECURED in their Persons. Amendm. Art. 4.
- "Nor shall private property be taken for public use, without Just Compensation." Amendm. Art. 5.
- The judicial power of the United States *(referring to all of the States)* shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States *(of America as an American Citizen)* by citizens of another state, or by citizens or subjects of any foreign state *(i.e. the POSTAL STATES – the UNITED STATES and the STATE OF MICHIGAN byway the 14th amendment)*. Amendm. Art. 11.
- "No person shall be convicted of treason unless on the testimony of two witness to the same overt act, or on the confession in open court." Art. 3, Section 3.

There is but one major Creditor in this country and that is this Moorish American National Blooded Magistrate for all others are false creditors because they are in FACT - Public POSTAL Debtors. The usage of **False Attainders** per the Confiscation Act of 1862 and the Trading with the Enemy Act of 1917 combined are in violation of the Constitution; *Art. I, Sect. 9, cl. 3; Art. I, Sect. 10* and *Art. III, Sect. 3, cl. 2*. The UNITED STATES and the STATE OF MICHIGAN are the users of the DEFENDANT's Credits; they are the Beneficiaries who owe usage rent and they can only claim a setoff against of the amount of rent they owe for their services given or justifiable American Public infractions.

---

**I, Thomas James Brown Bey** as a Foreign Court Magistrate by my Signature as the Undersigned make this **Affidavit CHARGE. I depose, affirm** and **certify** that **I** have written and reread this document. **I am** competent, knowledgeable and stand behind the contents thereof to the best of my Truths, Knowledge and Beliefs. **Therefore** this document now stands as the **FACTS in Law for this case,** which are to be the **Truth, Correct** and **Complete.**

**CHARGE** Signed and Sealed on this the 10th day of June in the present year of **Two Thousand and Twenty One.**

**Autograph by:** _Thomas James Brown Bey_
Thomas James Brown Bey; an Moorishe Amerikan Magistere

All rights reserved without Prejudice.