

THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America*

'The North Gate'.

SocietasRepublicaeEa Al Maurikanos.

Aboriginal and Indigenous Natural Peoples of the Land.

The true and de jure Al Moroccans / Americans.

## Averment Of Jurisdiction

For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.



# DEMAND AND ORDER FOR CEASE AND DESIST

June 28, 2021

Bernard A Friedman dba De Facto Judge
Denise Page Hood dba De Facto Chief Judge
Victoria A. Roberts dba De Facto Judge
Laurie J. Michelson dba De Facto Judge
UNITED STATES DISTRICT COURT INC.
231 West Lafayette Blvd. Room 564
DETROIT, MICHIGAN 48226

Monique Owens dba De Facto MAYOR
CITY OF EASTPOINTE INC.
23200 GRATIOT AVENUE
EASTPOINTE, MICHIGAN 48021

Joselyn Benson dba De Facto Secretary of State
OFFICE OF THE SECRETARY OF STATE
STATE OF MICHIGAN
Richard H. Austin Building
430 W. Allegan, 4th Floor
Lansing, MI 48918

Dana Nessel dba De Facto Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF MICHIGAN
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, Michigan 48909

cc: United States District Court Corporation Counsel/Objection and See Annex A, restated and incorporated here as if set forth in full.

Reference: Alleged Order Dated 6-21-21 Received on 6-28-21 @ 04:20 P.M. Cases Number: 20-MC-50805; 50804; 50795; 50813; 51107

Dear Ms. Hood and Mr. Friedman

**POOR QUALITY ORIGINAL**

Document & Certified Mailing No. 7020 0090 0001 4165 1815
Return Receipt No. 9590 9402 6468 0346 5091 20

Page 1 of 4

I, thomas james brown bey, a natural moorish american national live and living woman and party of interest in property commonly known as: THOMAS JAMES BROWN, Thomas James Brown, Thomas-James Brown-Bey and any derivatives Listed Below private property By the moorish national republic federal government:

received a document that purports to be a complaint to the UNITED STATES DISTRICT COURT INC. near the City of Detroit, State of Michigan.

As the lawful moorish national sovereign man of interest of the allodial private property known as THOMAS JAMES BROWN, Thomas James Brown, Thomas-James Brown-Bey and any derivatives..

I will be happy to comply with this purported complaint as soon as I receive the following documents from you, to wit:

THE PURPORTED COMPLAINT IS REJECTED WITHOUT DISHONOR AND PURSUANT TO PUBLIC POLICY UCC 3-501, and any and all International equivalents. Pursuant to said public policy, I demand that you produce:

1. your identification, public policy UCC 3-501, all "STATE OF . . ." and International equivalents, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the state of Michigan that the foregoing is true and accurate copy of your identification registered with the appropriate public and government offices;

2. your employee identification number, public policy UCC 3-501, all "STATE OF . . ."and International equivalents, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the state of Michigan that the foregoing is true and accurate copy of your employee identification registered with the appropriate public and government offices;

3. your oath, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the state of Michigan that the foregoing is true and accurate copy of the original recorded with the appropriate public and government offices;

4. your bond, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the state of Michigan that the foregoing is true and accurate copy of the original bond recorded with the appropriate public and government offices;

5. the accommodation agreement, public policy UCC 3-419, all "STATE OF . . ." and International equivalents, authorizing you to represent and present on behalf of STATE OF MICHIGAN, inclusive of any department or office thereof, sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the State of Michigan that the foregoing is true and accurate copy of the original recorded with the appropriate public and government offices;

6. the statute, implementing regulation, state and Federal Register, volume and page number where a requirement has been published that states I must comply with the summons without my consent;

7. I deny that any such statute, implementing regulation, state and Federal Register exists;

8. the statute and implementing regulation that states or authorizes your jurisdiction over me, my private land and my property without my consent;

9. I deny that any such statute and implement regulation exists;

10. an original accommodation agreement, public policy UCC 3-419, all "STATE OF . . ."and International equivalents, made knowingly, willingly and intentionally, signed by my wet-ink signature signed under the penalty of perjury under the laws of UNITED STATES OF AMERICA and the State of Michigan that the foregoing is true and accurate;

11. I deny giving knowing, willing, and intentional written consent to State of Michigan or any state of United States of America granting authority over me, my private land and property, or authority to represent me and present on my behalf, signed by my wet-ink signature signed under the penalty of perjury under the laws of united States of America and the state of Michigan that the foregoing is true and accurate;

12. My principle of law is aligned with common law and protected under the UNITED STATES CONSTITUTION, Article 4 Section 3 Clause 1, governed and insured by public policy UCC 1-103, and all "STATE OF . . ." and International equivalents;

13. Identify your principle of law, public policy UCC 1-103, all "STATE OF . . ." and International equivalents, that abrogates my rights duly reserved and protected as stated herein, signed and sworn by wet-ink signature signed under the penalty of perjury under the laws of United States of America and the State of Michigan that the foregoing is true and accurate;

14. I deny that you can produce the proof and documents as demanded in #1-13 above;

15. I deny that STATE OF MICHIGAN, through any of its agencies, can produce the proof and documents as demanded in #1-14 above;

16. I DEMAND THAT YOU PRODUCE THE PROOF and DOCUMENTS AS DEMANDED IN #1-15 ABOVE, SEPARATELY POINT BY POINT, WITH SPECIFICITY AND PARTICULARITY;

17. NOTICE: YOUR FAILURE TO PRODUCE THE PROOF AND DOCUMENTATION AS DEMANDED IN #1-16 ABOVE RENDERS THE ABOVE ALLEGATIONS AND YOUR INABILITY OR UNWILLINGNESS TO PRODUCE AS TRUTH, AS A MATTER OF LAW, MATTER OF FACT

AND AS A MATTER OF PUBLIC POLICY, RESULTING IN THE ISSUANCE OF A CERTIFICATE OF DISHONOR PURSUANT TO PUBLIC POLICY UCC 3-505.

IF YOU ARE UNWILLING OR INCAPABLE OF PRODUCING THE PROOF AND DOCUMENTATION AS DEMANDED IN #1-16 ABOVE, THEN YOU ARE ORDERED TO:

A. CEASE AND DESIST PERMANENTLY FROM CONTACTING ME DIRECTLY AND INDIRECTLY BY ANY MEANS OF COMMUNICATION; YOU ARE HEREBY ORDERED TO CEASE AND DESIST PERMANENTLY FROM ALL ACTS AND IN ACTIONS THAT ARE CONSIDERED BY A REASONABLE MAN TO BE HARASSMENT UNDER ANY LAW AND JURISDICTION AGAINST MYSELF, MY FRIENDS, MY FAMILY, MY EMPLOYEES, MY WORK ASSOCIATES, MY AGENTS, AND MY PRIVATE LAND AND PROPERTY;

By your failure to CEASE AND DESIST, and to produce proof of your identification, standing, authority and jurisdiction as demanded in #1-16 above, you are deemed "uncooperative" but you are knowingly, willingly and intentionally accepting full liability and responsibility, to be perfected as due, owing and collectible, pursuant to the process as noticed and stated in # 17 above, inclusive of any and all damages incurred by me due to your actions and in-actions, by true bill, duly secured, invoicing principle amount, costs, expenses, lost profits, interest, and triple damages accumulating and accruing, NUNC PRO TUNC.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT;
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Duly sworn as true and correct, executed on this 28th day of June, 2021, with all rights reserved without prejudice, UCC 1-308, and any and all "State of . . ." and international equivalents ("UCC 1-308"):

UCC 1-308 _thomas james brown bey_

thomas james brown bey c/o **THOMAS JAMES BROWN**
c/o 15216 Carlisle, Detroit, Michigan Republic near [48205]

TAXE PERCUE
POSTAGE PAID
Date: 6-28-21

UPU (C.1.14.2.2)

FOREIGN OFFICE OF ORIGIN



thomas james brown bey
care of: [15216] Carlisle
detroit territory, michigan republic
Non-Domestic Without the UNITED STA
USPS Int'l Mail Manual
742.1 Marking Postage Paid
742.2 Parcels w/o Stamps
Treat as Pre-Paid

CERTIFIED MAIL

7020 0090 0001 4165 1815

United States District Court
231 West Lafayette Blvd., RM 564
Detroit, MI 48226

6/28/21

METROPLEX MI 480
29 JUN 2021 PM 2 L

MAIL TAMPERING
In accordance With:
Title 18 USC 1341
Title 18 USC 1702
Title 18 USC 1703
Title 18 USC 1708